**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

CIVIL ACTION NO.
# 1:04CV00171

| | |
|---|---|
| CYNTHIA D. BARNHILL, )<br><br>Plaintiff, )<br><br>v. )<br><br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, )<br><br>Defendant. ) | **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that the defendant State Farm Mutual Automobile Insurace Company ("State Farm"), pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the above-styled action to the United States District Court for the Middle District of North Carolina, and respectfully states as follows:

1.      On or about January 15, 2004, the plaintiff commenced a proceeding against the defendant by the filing of a complaint in the General Court of Justice, Superior Court Division, Orange County, North Carolina, styled <u>Cynthia D. Barnhill v. State Farm Mutual Automobile Insurance Company</u>, Case No. 04 CVS 88, which proceeding is currently pending.  A copy of the complaint is attached hereto as Exhibit 1.

2.      Defendant received a copy of the complaint setting forth the plaintiff's claims upon which this action is based when it was served through the Department of Insurance on January 20, 2004 with the summons and complaint.

3.    This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.  The defendant has filed no pleadings or papers in this action in state court and the time during which State Farm is required by state law or rules of court to answer or to plead to the plaintiff's complaint has not expired.  No other process, pleading or order has been served on the defendant.

4.    This civil action arises out of claims by the plaintiff for breach of contract, unfair and deceptive trade practices, and extra-contractual bad faith.   The complaint seeks compensatory and punitive damages.

5.    This action is removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332.  The plaintiff, Cynthia D. Barnhill, is alleged to be a resident of Orange County, North Carolina.  State Farm is a corporation organized and existing under the laws of the State of Illinois, and has its principal place of business in Bloomington, Illinois.  Accordingly, complete diversity exists between the parties in this case.

6.    The  United States District Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is a diversity of citizenship among the necessary and properly named parties and, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  This action is therefore removable to this Court pursuant to 28 U.S.C. § 1441(b).

7.    This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within forty-two (42) days after receipt by the North Carolina Department of Insurance, of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based.

8.     By filing this Notice of Removal, State Farm does not waive any of its objections to personal jurisdiction or other affirmative defenses.

9.     Pursuant to 28 U.S.C. § 1446(d), State Farm will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the state court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Orange County, North Carolina of the removal.

10.     A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 2.  State Farm has served a copy of the Notice of Removal on the plaintiff in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Orange County, North Carolina.


This the ~~18th~~ 19TH day of February, 2004.


PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON, L.L.P.


By _____
      Scott Lewis
      State Bar No. 22167
      Charles George
      State Bar No. 21003
      Attorneys for Defendant
      2516 Independence Blvd., Suite 200
      Wilmington, NC  28412
      Telephone (910)452-2797

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, counsel for State Farm Mutual Automobile Insurance Company, has this date served Notice of Removal in the above captioned action upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States Mail, addressed to the attorney(s) for said parties.

SERVED:

Lisa Lanier
Kevin Ginsberg
Lanier Law Group, P.A.
600 South Duke Street
Durham, NC 27701

This 19TH day of February, 2004.

PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON, L.L.P.

By _____

Scott Lewis
State Bar No. 22167
Charles George
State Bar No. 21003
Attorneys for Defendant
2516 Independence Blvd., Suite 200
Wilmington, NC 28412
Telephone (910)452-2797

# STATE OF NORTH CAROLINA

ORANGE    County

File No.
**04 CWS 88**

In The  General Court of Justice
☐ District  ☒ Superior Court Division

| Name of Plaintiff | |
| --- | --- |
| Cynthia D. Barnhill | |
| Address | |
| 1745 Legion Road | |
| City, State, Zip | |
| Chapel Hill, North Carolina 27517 | |

**VERSUS**

| Name of Defendant(s) | |
| --- | --- |
| State Farm Mutual Automobile Insurance Company | |

## CIVIL SUMMONS
*SERVICE BY CERTIFIED MAIL*

G.S. 1A-1, Rules 3, 4

☐ Alias and Pluries Summons

Date Last Summons Issued

## To Each Of The Defendant(s) Named Below:

| Name And Address of Defendant 1 | Name And Address of Defendant 2 |
| --- | --- |
| State Farm Mutual Automobile Insurance Company<br>James E. Long, Commissioner of Insurance<br>Registered Agent<br>430 North Salisbury Street<br>Raleigh, North Carolina 27611 | |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address of Plaintiff's Attorney (If None, Address of Plaintiff) | Date Issued | Time |
| --- | --- | --- |
| Lisa Lanier and Kevin Ginsberg | 1-15-04 | 11:55 ☒AM ☐ PM |
| Lanier Law Group, P.A. | Signature | |
| 600 South Duke Street | *Sheila Clark* | |
| Durham, North Carolina 27701 | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

| ☐ ENDORSEMENT | Date of Endorsement | Time |
| --- | --- | --- |
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended thirty (30) days. | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

**NOTE TO PARTIES:** *Many Countries have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 9/95
© 1997 Administrative Office of the Courts

(Over)

**EXHIBIT**

1

STATE OF NORTH CAROLINA        IN THE GENERAL COURT OF JUSTICE
                                SUPERIOR COURT DIVISION
COUNTY OF ORANGE                        FILE NO.:


CYNTHIA D. BARNHILL,              )
                                  )
            Plaintiff,            )
                                  )
v.                                )              COMPLAINT
                                  )
STATE FARM MUTUAL                 )
AUTOMOBILE INSURANCE              )
COMPANY,                          )
            Defendants            )
_____ )


         NOW COMES Plaintiff, by her attorneys, Lisa Lanier and Kevin Ginsberg and the law
firm of Lanier Law Group, P.A., complaining of Defendants, says and alleges as follows:

   1.    Plaintiff, Cynthia D. Barnhill (hereinafter referred to as "Plaintiff"), is a citizen
         and resident of Orange County, North Carolina.

   2.    Defendant, State Farm Mutual Automobile Insurance Company (hereinafter
         referred to as "Defendant"), is an insurance company duly organized and existing
         pursuant to the laws of North Carolina or some other state unknown to the
         Plaintiff, with offices in Orange County, North Carolina, and licensed and doing
         substantial business in Orange County, North Carolina at all times alleged herein.

   3.    The Defendant is engaged in the business of providing insurance protection for
         medical payments and other insurance coverages through the issuance of
         insurance policies upon payment of a premium by the insured.  That prior to May
         13, 2002, Cynthia Barnhill did purchase from the Defendant an automobile
         insurance policy, policy number 19 4224-D20-33A, covering a 2001 Honda, and
         said policy was paid for and in full force and effect at all times herein alleged, and
         that said policy included liability insurance coverage and medical payments.

   4.    The purpose of medical payments coverage is to provide reimbursement for any
         reasonable expenses incurred for necessary medical services because of bodily
         injury caused by accident and sustained by a covered person while occupying or as
         a result of being struck by a motor vehicle.

5.     That on or about May 13, 2002, the Plaintiff was the operator/occupant in the 2001 Honda described above and covered by the policy described above, when said automobile was involved in an automobile collision within the City of Chapel Hill, North Carolina, as evidenced by the official investigative accident report attached hereto as Exhibit A and incorporated herein by reference as if fully set out.

6.     That as a result of the said collision, the Plaintiff sustained severe and potentially permanent injuries to her person, including but not limited to the following:

       Plaintiff's Injuries:
       a.     Right shoulder rotator cuff tear;
       b.     Right knee pain; and
       c.     Cervicalgia.

7.     As a result of the Plaintiff's injuries caused by the aforementioned collision, it was necessary for the Plaintiff to receive medical attention and treatment, for which Plaintiff incurred or has become obligated for payment in the amount of $26,142.41 in reasonable medical fees to the following medical service providers: Triangle Orthopaedic Associates, The North Carolina Family Doctor, Avalon Medical Group, Raleigh Facial Pain Services, UNC Physicians and Associates, Durham Regional Hospital, Durham Radiology, and North Carolina Specialty Hospital. Copies of said medical bills are attached hereto as Exhibit B are incorporated herein by reference. Medical reports from Triangle Orthopaedic Associates, The North Carolina Family Doctor, Avalon Medical Group, Raleigh Facial Pain Services, UNC Physicians and Associates, Durham Regional Hospital, Durham Radiology, and North Carolina Specialty Hospital are attached hereto as Exhibit C and incorporated herein by reference.

8.     Said medical bills and medical reports attached hereto make it clear and evident that the incurred expenses were reasonably necessitated by Plaintiff's injuries as a result of the automobile collision on May 13, 2002.

9.     That Plaintiff's policy has a limit of liability for medical payments coverage in the amount of $25,000.00.

10.    Under the terms of medical payments provision of said policy, the Plaintiff is a "covered person" entitling her to receive benefits under said policy for reasonably necessary medical expenses incurred as a result of injuries arising out of the aforementioned automobile collision.

-2-

11.   Under the insurance policy in effect between Plaintiff and Defendant, the
      Defendant is obligated to reimburse the Plaintiff for expenses listed above in the
      amount of $25,000.00. The Plaintiff has fulfilled all conditions precedent to
      entitle her to payment under this policy.

12.   The Plaintiff has made demand on the Defendant for payment under the policy, as
      evidenced by the letter attached hereto as Exhibit D, said letter having attached to
      it copies of all bills described herein as Exhibit B.

13.   The Defendant has refused to honor the terms of the insurance contract by
      refusing to pay the Plaintiff the sum of $25,000.00, demanded by Plaintiff.

14.   The Defendant has acted in such a manner and with such frequency in respect to
      medical payments claims, indicating a general business practice of the following:

      a.    Misrepresenting pertinent facts or insurance policy provisions
            relating to coverage at issue, including a representation that
            medical expenses incurred within three years of the accident will
            be paid. The policy does not state that the Defendant will hire a
            consultant to review the written report and bill of the claimant's
            treating physician and then determine a reasonable allowance for
            the cost of treatment, but instead has represented that reasonable
            expenses will be paid by the Defendant;

      b.    By denying medical payments claims, in whole or in part,
            without conducting a reasonable investigation based upon all
            available information, that the Defendant has not sought to obtain
            information directly from the treating physician, nor has it sought
            independent medical examination;

      c.    By failing to effectuate a prompt, fair and equitable settlement of
            claims in good faith;

      d.    By making claims payments to the insured's or beneficiaries
            without a statement setting forth the coverage under which the
            payment was being made and an explanation of why certain
            payments were being made and certain payments were not being
            made; and

      e.    By failing to promptly provide a reasonable explanation of any
            basis in the insurance policy in relationship to the facts or
            applicable law when denying a claim.

15.     The Defendant's aforesaid actions are unfair and deceptive acts or practices in the business of insurance as defined by North Carolina General Statute 58-63-15(11).

16.     The Defendant's refusal to honor its contract on this basis constitutes an unfair and deceptive trade practice under North Carolina General Statutes 75-1.1.

17.     That as a direct and proximate result of the aforesaid unfair and deceptive trade practices of the Defendant, the Plaintiff has been injured and damaged in excess of $10,000.

18.     That under North Carolina General Statute 75-16, the Plaintiff is entitled to recover treble damages.

19.     That the Defendant has breached its contract with its insured by failing to make payment as demanded by the Plaintiff, and as a result, the Plaintiff has sustained damages in excess of $10,000.

20.     That Plaintiff is entitled to recover of Defendant punitive damages in a sum in excess of $10,000.00 for Defendant's bad faith and unfair trade practices.

**WHEREFORE,** the Plaintiff respectfully prays the Court for relief as follows:

1.     That she have and recover of the Defendant a sum in excess of $10,000.00, plus interest from the date of the filing of this action and post judgment interest until paid for compensatory damages;

2.     That she have and recover of the Defendant a sum in excess of $10,000.00, plus interest from the date of the filing of this action and post judgment interest until paid for punitive damages;

3.     That all issues of fact be tried by a jury;

4.     That the Defendant be taxed with the cost of this action, including a reasonable fee for the Plaintiff's attorney as provided by North Carolina General Statute 6-21.1 and/or as provided by North Carolina General Statute 75.16.1; and

5.     For such other, further and different relief as the Court deems just and proper.

-4-

This the ___14___ day of January, 2004.

                              LANIER LAW GROUP, P.A.

                              _____
                              LISA LANIER
                              Attorney for Plaintiff
                              600 South Duke Street
                              Durham, North Carolina 27701
                              Telephone: (919) 682-2111


                              _____
                              KEVIN GINSBERG
                              Attorney for Plaintiff
                              600 South Duke Street
                              Durham, North Carolina 27701
                              Telephone: (919) 682-2111

-5-

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
COUNTY OF ORANGE              SUPERIOR COURT DIVISION
                                        FILE NO. 04 CVS 88

| | |
|---|---|
| **CYNTHIA D. BARNHILL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NOTICE OF FILING OF NOTICE OF** |
| ) | **REMOVAL** |
| **STATE FARM MUTUAL AUTOMOBILE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

      Please take notice that the defendant State Farm Mutual Automobile Insurance Company, in the above-entitled action, has this day sent a Notice of Removal to the Office of the Clerk of the United States District Court for the Middle District of North Carolina. True copies of said Notice of Removal are attached hereto.

      You are hereby advised that the defendant State Farm, after filing such Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of North Carolina, has also filed copies thereof with the Clerk of Superior Court for Orange County, North Carolina, to affect removal pursuant to 28 U.S.C. § 1446.

      This the 18th day of February, 2004.

                       PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON, L.L.P.

By_____

                    Scott Lewis
                    State Bar No. 22167
                    Attorney for Defendant
                    2516 Independence Blvd., Suite 200
                    Wilmington, NC 28412
                    Telephone (910)452-2797



EXHIBIT

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, counsel for defendant, has this date served Notice of Filing of Notice of Removal in the above captioned action upon the plaintiff in this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States Mail, addressed to the attorney(s) for said parties.

SERVED:

Lisa Lanier
Kevin Ginsberg
Lanier Law Group, P.A.
600 South Duke Street
Durham, NC 27701

This 19th day of February, 2004.

PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON, L.L.P.

By _____

Scott Lewis
State Bar No. 22167
Attorney for Defendant
2516 Independence Blvd., Suite 200
Wilmington, NC 28412
Telephone (910)452-2797

**EXHIBIT A**

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING DETERMINATIONS. ARE THE RESPONSIBILITY OF INSURES OR OF THE STATE'S COURTS

**2**

Do not write in these spaces

No. of Units Involved __2__  Form __1__ of __2__  ☐ Supplemental Report  ☐ Non-Reportable  **0212540**

| Date | County | Time | Local Use/Patrol Area | Date Received by DMV |
|---|---|---|---|---|
| 05/13/2002 | ORANGE | 0737 | STANDISH | |

**LOCATION**

33 Relation to Roadway Surface __1__  Crash Occurred ☒ In ☐ Near  CHAPEL HILL (Municipality)  or ___ Miles N S E W ☐ outside municipality

on __PVA (1745 LEGION RD)__ (Highway Number, or Highway, Street: (If ramp or service road, indicate on line))  R.R.Crossing = _____ ) __1__ Miles ( 0 ft. Intersection) ( If available )

at or from __LEGION RD__ X  ☐☐☐☐ toward ___ N S E W (Use Highway Number, Street Name or Adjacent County or State Line)

Latitude / Longitude / Altitude

| UNIT# 1 ☒VEHICLE ☐PEDESTRIAN ☐HIT & RUN ☐COMMERCIAL 20 VEHICLE | UNIT# 2 ☒VEHICLE ☐PEDESTRIAN ☐HIT & RUN ☐OTHER |
|---|---|
| Driver CYNTHIA DIANNE BARNHILL | Driver MICHAEL PATRICK IRWIN JR |
| Address 1745 LEGION ROAD | Address 1753 LEGION RD |
| City CHAPEL HILL  State NC  Zip 27514 | City CHAPEL HILL  State NC  Zip 27514 |
| Same Address on Driver's License? ☒Yes ☐No  Driver's Phone Numbers H(919)942-5726 W() | Same Address on Driver's License? ☐Yes ☒No  Driver's Phone Numbers H(919)932-5891 W(919)929-2106 |
| D.L.# 4102850  State NC  CDL License ☐ | D.L.# 8898788  State NC  CDL License ☐ |
| DOB 10/15/1958  34 Vision Obstruction 0  35 Physical Condition 1  36 D.L. Restriction | DOB 03/11/1976  34 Vision Obstruction 0  35 Physical Condition 0  36 D.L. Restriction 0 |
| 37 Alcohol/Drugs Suspected 0  38 Alcohol/Drugs Test 0  39 Results (if known) 0.0  40 Vehicle Seizure (DWI) ☐ | 37 Alcohol/Drugs Suspected 0  38 Alcohol/Drugs Test 0  39 Results (if known) 0.0  40 Vehicle Seizure (DWI) ☐ |
| Owner DEEDRA ANN DONLEY  ☐ Same as Driver? | Owner MICHAEL PATRICK IRWIN Jr  ☒ Same as Driver? |
| Address 1745 LEGION RD  Same Address as Driver? ☒ | Address 1753 LEGION RD  Same Address as Driver? ☒ |
| City CHAPEL HILL  State NC  Zip 27514 | City CHAPEL HILL  State NC  Zip 27514 |
| Plate # PNC6634  Plate State NC  Plate Year 2002 | Plate # MVT2714  Plate State NC  Plate Year 2001 |
| VIN JHLRD18661C041312 | VIN 4TARN81A0RZ179112 |
| Vehicle Make HOND  Vehicle Year 2001  41 Vehicle Style (Type) 4  42 Vehicle Drivable ☒Yes ☐No | Vehicle Make TOYT  Vehicle Year 1994  41 Vehicle Style (Type) 2  42 Vehicle Drivable ☒Yes ☐No |
| 43 TAD LBQ1  Estimated 44 Damage $1,000.00 | 43 TAD BL1  Estimated 44 Damage $150.00 |
| Insurance Company STATE FARM | Insurance Company INTEGON |
| Policy # 0174224D2033 | Policy # SAN9414580 |

20 COMMERCIAL VEHICLE: Carrier Name, Address, Source
45 Cargo Body Type ___ ☐ Same as Owner?

Source:
☐ Truck
☐ Shipping papers
☐ Driver

Carrier Identification Numbers, GVWR, Axles

US DOT# _ _ _ _ _ _ _  ICC# _ _ _ _ _ _  Axles un Vehicle Including Trailers ___

State _ _  State# _ _ _ _ _  IFTA# ___

FEI# _ _ _ _ _ _ _ _ _  Fleet# _ _ _ _  Gross Vehicle Weight Rating ___

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Names and Addresses for All Person (Unit 1/Unit 2 drv, Ped, etc. - See Above) Use check blocks if address same as Driver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | | Unit 1-Drv1, Ped1, etc, see above | W | F | 2 | 1 | 0 | 2 | 1 | 5 | see above  Veh# 1  Towed To/By: / |
| B | 2 | 1 | | Unit 2-Drv2, Ped2, etc, see above | W | M | 2 | 0 | 0 | 2 | 1 | 5 | see above  Veh# 2  Towed To/By: / |
| C | | | | | | | | | | | | | ☐ |
| D | | | | | | | | | | | | | ☐ |
| E | | | | | | | | | | | | | ☐ |
| F | | | | | | | | | | | | | ☐ |
| G | | | | | | | | | | | | | ☐ |
| H | | | | | | | | | | | | | ☐ |

46 Name of EMS ___
47 Injured Taken by EMS to ___ (Treatment Facility and City or Town)

46 Name of EMS ___
47 Injured Taken by EMS to ___ (Treatment Facility and City or Town)

| 48 POINTS OF INITIAL CONTACT (Write in Codes) | Unit# 1 | 7 |
|---|---|---|
| | Unit# 2 | 8 |

| VEHICLE INFO. | Veh.# 1 | Veh.# 2 |
|---|---|---|
| 60 Authorized Speed Limit | 0 | 0 |
| 61 Estimate of Original Traveling speed | 5 | 5 |
| 62 Estimate of Speed at Impact | 5 | 5 |
| 63 Tire Impressions Before Impact (ft.) | 0.00 | 0.00 |
| 64 Distance Traveled After Impact (ft.) | 0 | 0 |
| 65 Emergency Vehicle Use | | |

| ROAD INFO. | |
|---|---|
| 69 Road Feature | 0 |
| 70 Road Character | 1 |
| 71 Road Classification | 5 |
| 72 Road Surface Type | 3 |
| 73 Road Configuration | 2 |
| 74 Access Control | 1 |
| 75 Number of Lanes | 0 |
| 76 Traffic Control Type | |
| 77 Traffic Control oper. | |

| WORK ZONE RELATED | |
|---|---|
| 78 Workzone Area | |
| 79 Work Activity | |
| 80 Work Area Marked | |
| 81 Crash Location | |

| CRASH SEQUENCE (Unit Level) | Unit# 1 | Unit# 2 |
|---|---|---|
| 49 Vehicle Maneuver/Action | 4 | 10 |
| 50 Non-Motorist Action | | |
| 51 Non-Motorist Location Prior to Impact | | |
| 52 Crash Sequence-First Event for This Unit | 31 | 31 |
| 53 Crash Sequence-Second Event | " | " |
| 54 Crash Sequence-Third Event | " | " |
| 55 Crash Sequence-Fourth Event | " | " |
| 56 Most Harmful Event for This Unit | 31 | 31 |
| 57 Distance/Direction to Object Struck | 0 | 0 |
| 58 Vehicle Underride/Override | 3 | 3 |
| 59 Vehicle Defects | 0 | 0 |

| TRAILER INFO. | Unit# 1 | Unit# 2 |
|---|---|---|
| 82 Trailer Type | | |
| 1st Trailer No. of Axles | 0 | 0 |
| Width (inches) | 0.00 | 0.00 |
| Length (feet) | 0.00 | 0.00 |
| 2nd Trailer No. of Axles | 0 | 0 |
| Width (inches) | 0.00 | 0.00 |
| Length (feet) | 0.00 | 0.00 |

| 83 Unit# _____ | Overwidth Permit# |
|---|---|
| Overwidth Trailer and Overwidth Mobile Homes | |

| COMMERCIAL VEHICLE: Hazardous Materials Involvement | | |
|---|---|---|
| 66 Post Crash Fire (if "Yes" check block) | ☐ Veh1 | ☐ Veh2 |
| 67 School Bus - Contact Vehicle | ☐ | ☐ |
| 68 School Bus - Noncontact Vehicle | ☐ | ☐ |

| COMMERCIAL VEHICLE: Hazardous Materials Involvement |
|---|
| Haz Mat Placard ☐ Yes ☐ No |
| Hazardous Cargo ☐ Yes ☐ No |
| Released (does not include fuel from fuel tank) ☐ Yes ☐ No |
| Carrying Haz Mat ☐ Yes ☐ No |

From Placard indicate:
4-digit placard number or name from diamond or box    1-digit number from bottom of diamond

_____    _____

## 84 DIAGRAM



Indicate North

Drawing Not To Scale.

Unit.# _1_ was: ☒ Traveling ☐ Parked Facing   ☒☐☐☐ N S E W  on  PVA

Unit.# _2_ was: ☒ Traveling ☐ Parked Facing   ☒☐☐☒☐ N S E W  on  PVA

## 85 CRASH NARRATIVE (Include pertinent and unusual aspects, which are not listed elsewhere on the form)

VEH 1 WAS TRAVELING NORTH ON PVA WHEN IT WAS STRUCK ON THE LEFT REAR QUARTER PANEL BY THE LEF REAR CORNER OF VEH 2 WHICH WAS BACKING OUT OF A PARKING SPACE.

| 86 Type/Owner | Owner Address Phone | ADDITIONAL PROPERTY DAMAGE | State Property ☐ | Estimated Damage _____ |
|---|---|---|---|---|

$ _____

| WITNESSES | | |
|---|---|---|
| Name _____ | Address _____ | Phone _____ |
| Name _____ | Address _____ | Phone _____ |

| TRAFFIC VIOLATION(S) | |
|---|---|
| Name _____ | Charges _____ |
| | (Citation # optional) |
| Name _____ | Charges _____ |

| Officer Name | Number | Department | Date of report |
|---|---|---|---|
| BRADLEY, S. | 5475 | 0680100 | 05/14/2002 |

**EXHIBIT B**

919 968 1985


THE FAMILY DOCTOR
151 Rams Plaza
Chapel Hill, North Carolina  27514
(919) 968-1985, ext. 126
TAX I.D. 54-1489418
STATEMENT OF ACCOUNT


OFFICE                                          1


CYNTHIA D BARNHILL                              05/10/02
1745 LEGION ROAD
CHAPEL HILL NC 27517


BARNHILL        CYNTHIA                    67-605


| Date | Code | Description | Amount | |
|---|---|---|---|---|
| 05/13/02 | 99213 | LEVEL 3 EST. PT, OV | 70.00 | 7 |
| 07/17/02 | 99213 | LEVEL 3 EST. PT, OV | 70.00 | 14 |
| 08/23/02 | 814000 | MEDICAL RECORDS COPY | 10.00 | 15 |

| CURRENT | 30 DAYS | 60 DAYS | > 90 DAYS | TOTAL | TOTAL D |
|---|---|---|---|---|---|
| | | | | 150.00 | |

# Statement of Account

Avalon Medical Group
1001 South Hamilton Road`
Chapel Hill, NC 27514


BARN239


1

Cynthia D. Barnhill
1745 Legion Road
Chapel Hill, NC 27517


08/20/2002

| Date | For | Description | Ref | Charges | Credits |
|------|-----|-------------|-----|---------|---------|
| 05/31/2002 | Cynthia | Office Visit- New Patient | 8725 | 180.00 | |
| 05/31/2002 | Cynthia | Anoscopic Exam | 8725 | 81.00 | |
| 05/31/2002 | Cynthia | Hemoccults (3 slides) | 8725 | 10.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---------------------|-----------------------|-----------------------|------------------------|---------------------|---|-------------|
| $0.00 | $0.00 | $271.00 | $0.00 | $0.00 | | $271.00 |

**Notes**


*Exam*

# RALEIGH FACIAL PAIN SERVICES
4505 Fair Meadow Lane, Suite 207 • Raleigh, North Carolina 27607 • (919) 781-6600
**KEITH A. YOUNT, DDS, FAGD**
Diplomate, American Board of Orofacial Pain    Tax ID #56-1307204    License #4701

PATIENT NAME _____ *Diane Cynthia Barnhill* _____    DATE _____ *6-19-2002* _____

CHART NUMBER _____    ■ LETTER MEDICAL NECESSITY    TIME: _____

## OFFICE VISIT
| | | |
|---|---|---|
| ☑ New Patient Comprehensive | 99245 | *360⁰⁰* |
| ☐ New Patient Extended | 99354 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ Follow-Up | 99212 | |
| ☐ Follow-Up | 99213 | |
| ☐ Follow-Up | 99214 | |
| ☐ Follow-Up | 99215 | |
| ☐ New Patient/Emergency | 99205 | |
| ☐ Emergency | 99050 | |

## CONSULTATION SERVICES
| | | |
|---|---|---|
| ☐ Insurance Consultation | 09932 | |
| ☐ Telephone Consultation (1) | 99372 | |
| ☐ Telephone Consultation (2) | 99373 | |
| ☐ Physician Consultation | 99361 | |
| ☐ Legal Consultation | 99075 | |
| ☐ Diagnostic Report | 99080 | |
| ☐ Duplication of X-Rays | 76499 | |
| (_____ X-Rays at $_____ /X-Ray) | | |
| ☐ Duplication of Records | 76499 | |
| (_____ Pages at $_____ /Page) | | |
| ☐ Written Records _____ Pages | 99080 | |

## MANAGEMENT
| | | |
|---|---|---|
| ☐ Occlusal Orthotic | 21089 | |
| ☐ Preventative Counseling | 99401 | |
| ☐ Trigger Point Injection | 90782 | |
| ☐ Injection Auriculotemporal | 90799 | |
| ☐ Nerve Injections | 64400 | |
| ☐ Facial | 64402 | |
| ☐ Trigeminal | 64400 | |
| ☐ Sympathetics | 64505 | |
| ☐ Physical Med | 97010 | |
| ☐ Obstructive Sleep Appliance | 99002 | |

## DIAGNOSTIC
| | | |
|---|---|---|
| Photography (x) | 99080 | |
| TM Joint Injection | 64402 | |
| Nerve Block Injections | 64400 | |
| Diagnostic Mounted Case | 20999 | |
| Deprogrammer | 21089 | |

## IMAGING
| | | |
|---|---|---|
| ■ Cervical | 72052 | |
| ☐ Occlusal | 70100 | |
| ☐ Intraoral-Complete | 70320 | |
| ☐ Intraoral-First Film | 70300 | |
| ☐ Intraoral-Additional | 70310 | |
| ☐ AP Skull | 70140 | |
| ☐ Submento-Vertex | 70250 | |
| ☐ Transcranials-Bilateral | 70330 | |

## IMAGING
| | | |
|---|---|---|
| ☐ Cephalometric | 70350 | |
| ☐ Orthopantograph | 70355 | |
| ☐ Consult (Other X-Rays) | 76140 | |

## MANAGEMENT
| | | |
|---|---|---|
| ☐ Closed Reduction | 21480 | |
| ☐ Neuromuscular Re Educ Train | 97112 | |
| ☐ Physical Medicine | 97110 | |

## DIAGNOSIS (ICD-9 CODE)
| | | |
|---|---|---|
| 524.61 | Ankylosis/Adhesions (Fibrous or Osseous) | |
| 524.63 | Articular Disc. Disorder | |
| 350.2 | Atypical Facial Pain | |
| 525.8 | Atypical Odontalgia | |
| 351.00 | Bell's Palsy | |
| 306.8 | Parafunction | |
| 726.9 | Capsulitis/Synovitis | |
| 739.1 | Cervical Dysfunction | |
| 723.1 | Cervicalgia | |
| 830.0 | Closed Lock | |
| 726.9 | Coronoid Tendonitis | |
| 780.4 | Dizziness/Vertigo | |
| 781.0 | Dystonia | |
| 381.81 | Eustachian Tube Dysfunction | |
| 351.9 | Facial N. Neuropathy | |
| 951.4 | Facial Nerve Injury | |
| 729.1 | Fibromyalgia | |

| | | |
|---|---|---|
| ☐ 529.6 | Glossodynia |
| ☐ 352.1 | Glossopharyngeal Neuralgia |
| ☐ 346.20 | Headache-Cluster |
| ☐ 346.10 | Headache-Migraine |
| ☐ 307.81 | Headache-Tension |
| ☐ 346.9 | Headache-CPH |
| ☐ 784.0 | Head and/or Face Pain |
| ☐ 728.5 | Hypermobility |
| ☐ 306.9 | Inordinate Occlusal Awareness |
| ☐ 524.69 | Internal Derangement |
| ☐ 728.85 | Muscle Spasm |
| ☐ 729.1 | Myalgia/Myofascitis |
| ☐ 728.9 | Myofascial Pain Dysfunction |
| ☐ 729.2 | Neuralgia/Neuritis |
| ☐ 352.1 | Neuropathic Pain |
| ☐ 830.1 | Open Disclocation-Jaw |

| | | |
|---|---|---|
| ☐ 333.82 | Orofacial Dyskinesia |
| ☐ 524.5 | Orthopaedic Instability |
| ☐ 524.62 | Osteoarthritis |
| ☐ 715.38 | Osteoarthrosis |
| ☐ 730.1 | Osteomyelitis |
| ☐ 388.72 | Otalgia, Referred Pain |
| ☐ 352.1 | Post Herpetic Neuralgia |
| ☐ 337.29 | Reflex Sympathetic Dystrophy |
| ☐ 729.99 | Retrodiscitis |
| ☐ 714.0 | Rheumatoid Arthritis |
| ☐ 473.0 | Sinusitis |
| ☐ 780.5 | Sleep Disturbance |
| ☐ 446.5 | Temporal Arteritis |
| ☐ 338.31 | Tinnitus |
| ☐ 959.0 | Trauma to Face/Neck |
| ☐ 350.1 | Trigeminal Neuralgia V-1 V-2 V-3 |
| ☐ 951.2 | Trigeminal Nerve Injury |

NEXT VISIT: _____ *Consult / Exam / Xrays* _____

PATIENT EDUCATION NEEDS: _____

SCHEDULING NEEDS: _____

IMAGING NEEDS: *MRI - UNC* _____ *MRI Beyond*

OTHER NEEDS: *Request report 91 - Durham*

| | |
|---|---|
| TODAY'S CHARGES | $ *360⁰⁰* |
| AMOUNT PAID | $ *360⁰⁰* |
| BALANCE | $ *0* |

PAYMENT TYPE:    MC    VISA    AMEX

# RALEIGH FACIAL PAIN SERVICES

_____ air Meadow Lane, Suite 207 • Raleigh, North Carolina 27607 • (919) 781-6600
**KEITH A. YOUNT, DDS, FAGD**
Diplomate, American Board of Orofacial Pain    Tax ID #56-1807204    License #4701

NAME _Cynthia Barnhill_    DATE _7/8-02_

CHART NUMBER _____  ■ LETTER MEDICAL NECESSITY _____  TIME: _____

| OFFICE VISIT | | |
|---|---|---|
| ☐ New Patient Comprehensive | 99245 | |
| ☐ New Patient Extended | 99354 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ Follow-Up | 99212 | |
| ☐ Follow-Up | 99213 | |
| ☐ Follow-Up | 99214 | ✓/120 = 120 |
| ☐ Follow-Up | 99215 | |
| ☐ New Patient/Emergency | 99205 | |
| ■ Emergency | 99050 | |

| CONSULTATION SERVICES | | |
|---|---|---|
| ☐ Insurance Consultation | 09932 | |
| ☐ Telephone Consultation (1) | 99372 | |
| ☐ Telephone Consultation (2) | 99371 | |
| ☐ Physician Consultation | 99361 | |
| ☐ Legal Consultation | 99075 | |
| ☐ Diagnostic Report | 99080 | |
| ☐ Duplication of X-Rays | 76499 | |
| (____ X-Rays at $____ /X-Ray) | | |
| ☐ Duplication of Records | 76499 | |
| (____ Pages at $____ /Page) | | |
| ☐ Written Records ____ Pages | 99080 | |

| MANAGEMENT | | |
|---|---|---|
| ☐ Occlusal Orthotic | 21089 | |
| ☐ Preventative Counseling | 99401 | |
| ☐ Trigger Point Injection | 90782 | |
| ☐ Injection Auriculotemporal | 90799 | |
| ☐ Nerve Injections | 64400 | |
|   ☐ Facial | 64402 | |
|   ☐ Trigeminal | 64400 | |
|   ☐ Sympathetics | 64505 | |
| ☐ Physical Med | 97010 | |
| ☐ Obstructive Sleep Appliance | 99002 | |

| IMAGING | | |
|---|---|---|
| ☐ Cephalometric | 70350 | |
| ☐ Orthopantograph | 70355 | |
| ☐ Consult (Other X-Rays) | 76140 | |

| IMAGING | | |
|---|---|---|
| ■ Cervical | 72052 | |
| ☐ Occlusal | 70100 | |
| ☐ Intraoral-Complete | 70320 | |
| ☐ Intraoral-First Film | 70300 | |
| ☐ Intraoral-Additional | 70310 | |
| ☐ AP Skull | 70140 | |
| ☐ Submento-Vertex | 70250 | |
| ☐ Transcranials-Bilateral | 70330 | |

| DIAGNOSTIC | | |
|---|---|---|
| ☐ Photography (x) | 99080 | |
| ☐ TM Joint Injection | 64402 | |
| ☐ Nerve Block Injections | 64400 | |
| ☐ Diagnostic Mounted Case | 20999 | |
| ■ Deprogrammer | 21089 | |

| MANAGEMENT | | |
|---|---|---|
| ☐ Closed Reduction | 21480 | |
| ☐ Neuromuscular Re Educ Train | 97112 | |
| ☐ Physical Medicine | 97110 | |

## DIAGNOSIS (ICD-9 CODE)

| | | |
|---|---|---|
| ☐ 524.61 | Ankylosis/Adhesions (Fibrous or Osseous) | |
| ☐ 524.63 | Articular Disc. Disorder | |
| ☐ 350.2 | Atypical Facial Pain | |
| ☐ 525.8 | Atypical Odontalgia | |
| ☐ 351.00 | Bell's Palsy | |
| ☐ 306.8 | Parafunction | |
| ☐ 726.9 | Capsulitis/Synovitis | |
| ☐ 739.1 | Cervical Dysfunction | |
| ☐ 723.1 | Cervicalgia | |
| ☐ 830.0 | Closed Lock | |
| ☐ 726.9 | Coronoid Tendonitis | |
| ☐ 780.4 | Dizziness/Vertigo | |
| ☐ 781.0 | Dystonia | |
| ☐ 381.81 | Eustachian Tube Dysfunction | |
| ☐ 351.9 | Facial N. Neuropathy | |
| ☐ 951.4 | Facial Nerve Injury | |
| ☐ 729.1 | Fibromyalgia | |
| ☐ 529.6 | Glossodynia | |
| ☐ 352.1 | Glossopharyngeal Neuralgia | |
| ☐ 346.20 | Headache-Cluster | |
| ☐ 346.10 | Headache-Migraine | |
| ☐ 307.81 | Headache-Tension | |
| ☐ 346.9 | Headache-CPH | |
| ☐ 784.0 | Head and/or Face Pain | |
| ☐ 728.5 | Hypermobility | |
| ☐ 306.9 | Inordinate Occlusal Awareness | |
| ☐ 524.69 | Internal Derangement | |
| ☐ 728.85 | Muscle Spasm | |
| ☐ 729.1 | Myalgia/Myofascitis | |
| ☐ 728.9 | Myofascial Pain Dysfunction | |
| ☐ 729.2 | Neuralgia/Neuritis | |
| ☐ 352.1 | Neuropathic Pain | |
| ☐ 830.1 | Open Discloccation-Jaw | |
| ☐ 333.82 | Orofacial Dyskinesia | |
| ☐ 524.5 | Orthopaedic Instability | |
| ☐ 524.62 | Osteoarthritis | |
| ☐ 715.38 | Osteoarthrosis | |
| ☐ 730.1 | Osteomyelitis | |
| ☐ 388.72 | Otalgia, Referred Pain | |
| ☐ 352.1 | Post Herpetic Neuralgia | |
| ☐ 337.29 | Reflex Sympathetic Dystrophy | |
| ☐ 729.99 | Retrodiscitis | |
| ☐ 714.0 | Rheumatoid Arthritis | |
| ☐ 473.0 | Sinusitis | |
| ☐ 780.5 | Sleep Disturbance | |
| ☐ 446.5 | Temporal Arteritis | |
| ☐ 338.31 | Tinnitus | |
| ☐ 959.0 | Trauma to Face/Neck | |
| ☐ 350.1 | Trigeminal Neuralgia V-1 V-2 V-3 | |
| ☐ 951.2 | Trigeminal Nerve Injury | |

NEXT VISIT: _Imp / ___ / 1 wk_

PATIENT EDUCATION NEEDS: _____

SCHEDULING NEEDS: _____

IMAGING NEEDS: _____

OTHER NEEDS: _____

| TODAY'S CHARGES | $ 120 00 |
|---|---|
| AMOUNT PAID | $ 120 00 |
| BALANCE | $ 0 |

PAYMENT TYPE:  MC  (VISA)  AME



*IMPRESSION*

# ~~RA~~LEIGH FACIAL PAIN SERVICES

Meadow Lane, Suite 207 • Raleigh, North Carolina 27607 • (919) 781-6600
**KEITH A. YOUNT, DDS, FAGD**
Diplomate, American Board of Orofacial Pain    Tax ID #56-1807204    License #4701

NAME _Cynthia Barnhill_    DATE _7-25-02_

CHART NUMBER _____    ■ LETTER MEDICAL NECESSITY    TIME: _11:00_

## OFFICE VISIT
| | | |
|---|---|---|
| ☐ New Patient Comprehensive | 99245 | |
| ☐ New Patient Extended | 99354 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ Follow-Up | 99212 | |
| ☐ Follow-Up | 99213 | |
| ☐ Follow-Up | 99214 | |
| ☐ Follow-Up | 99215 | |
| ☐ New Patient/Emergency | 99205 | |
| ■ Emergency | 99050 | |

## CONSULTATION SERVICES
| | | |
|---|---|---|
| ☐ Insurance Consultation | 09932 | |
| ☐ Telephone Consultation (1) | 99372 | |
| ☐ Telephone Consultation (2) | 99373 | |
| ☐ Physician Consultation | 99361 | |
| ☐ Legal Consultation | 99075 | |
| ☐ Diagnostic Report | 99080 | |
| ☐ Duplication of X-Rays | 76499 | |
| (_____ X-Rays at $_____/X-Ray) | | |
| ☐ Duplication of Records | 76499 | |
| (_____ Pages at $_____/Page) | | |
| ☐ Written Records _____ Pages | 99080 | |

## MANAGEMENT
| | | |
|---|---|---|
| ☒ Occlusal Orthotic _21110-52_ | | _870_ |
| ☐ Preventative Counseling | 99451 | |
| ☐ Trigger Point Injection | 90782 | |
| ☐ Injection Auriculotemporal | 90799 | |
| ☐ Nerve Injections | 64400 | |
|   ☐ Facial | 64402 | |
|   ☐ Trigeminal | 64400 | |
|   ☐ Sympathetics | 64505 | |
| ☐ Physical Med | 97010 | |
| ☐ Obstructive Sleep Apliance | 99002 | |

## IMAGING
| | | |
|---|---|---|
| ☐ Cephalometric | 70350 | |
| ☐ Orthopantograph | 70355 | |
| ☐ Consult (Other X-Rays) | 76140 | |

## MANAGEMENT
| | | |
|---|---|---|
| ☐ Closed Reduction | 21480 | |
| ☐ Neuromuscular Re Educ Train | 97112 | |
| ☐ Physical Medicine | 97110 | |

## DIAGNOSTIC
| | | |
|---|---|---|
| ☐ Photography (x) | 99080 | |
| ☐ TM Joint Injection | 64402 | |
| ☐ Nerve Block Injections | 64400 | |
| ☐ Diagnostic Mounted Case | 20999 | |
| ☐ Deprogrammer | 21089 | |

## IMAGING
| | | |
|---|---|---|
| ■ Cervical | 72052 | |
| ☐ Occlusal | 70100 | |
| ☐ Intraoral-Complete | 70320 | |
| ☐ Intraoral-First Film | 70300 | |
| ☐ Intraoral-Additional | 70310 | |
| ☐ AP Skull | 70140 | |
| ☐ Submento-Vertex | 70250 | |
| ☐ Transcranials-Bilateral | 70330 | |

## DIAGNOSIS (ICD-9 CODE)
| | | | | | |
|---|---|---|---|---|---|
| ☐ 524.61 | Ankylosis/Adhesions (Fibrous or Osseous) | ☐ 529.6 | Glossodynia | ☐ 333.82 | Orofacial Dyskinesia |
| ☐ 524.63 | Articular Disc. Disorder | ☐ 352.1 | Glossopharyngeal Neuralgia | ☐ 524.5 | Orthopaedic Instability |
| ☐ 350.2 | Atypical Facial Pain | ☐ 346.20 | Headache-Cluster | ☐ ~~524.02~~ | Osteoarthritis _715.98_ |
| ☐ 525.8 | Atypical Odontalgia | ☐ ~~346.10~~ | ~~Headache-Migraine~~ | ☐ 715.38 | Osteoarthrosis |
| ☐ 351.00 | Bell's Palsy | (☒) 307.81 | Headache-Tension | ☐ 730.1 | Osteomyelitis |
| ☐ 306.8 | Parafunction | ☐ 346.9 | Headache-CPH | ☐ 388.72 | Otalgia, Referred Pain |
| ☐ 726.9 | Capsulitis/Synovitis | ☐ 784.0 | Head and/or Face Pain | ☐ 352.1 | Post Herpetic Neuralgia |
| ☐ 739.1 | Cervical Dysfunction | ☐ 728.5 | Hypermobility | ☐ 337.29 | Reflex Sympathetic Dystrophy |
| ☐ 723.1 | Cervicalgia | ☐ 306.9 | Inordinate Occlusal Awareness | ☐ 729.99 | Retrodiscitis |
| ☐ 830.0 | Closed Lock | ☐ 524.69 | Internal Derangement | ☐ 714.0 | Rheumatoid Arthritis |
| ☐ 726.9 | Coronoid Tendonitis | ☐ 728.85 | Muscle Spasm | ☐ 473.0 | Sinusitis |
| ☐ 780.4 | Dizziness/Vertigo | ☐ 729.1 | ~~Myalgia/Myofascitis~~ | ☐ 780.5 | Sleep Disturbance |
| ☐ 781.0 | Dystonia | (☒) 728.9 | Myofascial Pain Dysfunction | ☐ 446.5 | Temporal Arteritis |
| ☐ 381.81 | Eustachian Tube Dysfunction | ☐ 729.2 | Neuralgia/Neuritis | ☐ 338.31 | Tinnitus |
| ☐ 351.9 | Facial N. Neuropathy | ☐ 352.1 | Neuropathic Pain | ☐ 959.0 | Trauma to Face/Neck |
| ☐ 951.4 | Facial Nerve Injury | ☐ 830.1 | Open Disclocation-Jaw | ☐ 350.1 | Trigeminal Neuralgia V-1 V-2 V-3 |
| ☐ 729.1 | Fibromyalgia | | | ☐ 951.2 | Trigeminal Nerve Injury |

NEXT VISIT: _Ruts / dil / 1 hour_

PATIENT EDUCATION NEEDS: _____

SCHEDULING NEEDS: _____

IMAGING NEEDS: _____

OTHER NEEDS: _____

_K.H A. Yount_

| | |
|---|---|
| TODAY'S CHARGES | $ _870.00_ |
| AMOUNT PAID | $ _445.00_ |
| BALANCE | $ _445.00_ |

PAYMENT TYPE:  MC/  (VISA)  AME

# RALEIGH FACIAL PAIN SERVICES

4505 Fair Meadow Lane, Suite 207 • Raleigh, North Carolina 27607 • (919) 751-6600
**KEITH A. YOUNT, DDS, FAGD**
Diplomate, American Board of Orofacial Pain    Tax ID #56-1807204    License #4701

PATIENT NAME **Cyndi Barnhill**    DATE **9-12-02**

CHART NUMBER _____    ■ LETTER MEDICAL NECESSITY _____    TIME: _____

| OFFICE VISIT | | |
|---|---|---|
| ☐ New Patient Comprehensive | 99245 | |
| ☐ New Patient Extended | 99254 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ New Patient Extended | 99355 | |
| ☐ Follow-Up | 99212 | |
| ☐ Follow-Up | 99213 | |
| ☐ Follow-Up | 99214 | |
| ☐ Follow-Up | 99215 | |
| ☐ New Patient/Emergency | 99205 | |
| ■ Emergency | 99050 | |

| CONSULTATION SERVICES | | |
|---|---|---|
| ☐ Insurance Consultation | 09932 | |
| ☐ Telephone Consultation (1) | 99372 | |
| ☐ Telephone Consultation (2) | 99373 | |
| ☐ Physician Consultation | 99361 | |
| ☐ Legal Consultation | 99075 | |
| ☒ Diagnostic Report | 99080 | 10.00 |
| ☐ Duplication of X-Rays | 76499 | |
| (____ X-Rays at $____ /X-Ray) | | |
| ☒ Duplication of Records | 76499 | 9.75 |
| (13 Pages at $.75 /Page) | | |
| ☐ Written Records ____ Pages | 99080 | |

| IMAGING | | |
|---|---|---|
| ■ Cervical | 72052 | |
| ☐ Occlusal | 70100 | |
| ☐ Intraoral-Complete | 70320 | |
| ☐ Intraoral-First Film | 70300 | |
| ☐ Intraoral-Additional | 70310 | |
| ☐ AP Skull | 70140 | |
| ☐ Submento-Vertex | 70250 | |
| ☐ Transcranials-Bilateral | 70330 | |

| MANAGEMENT | | |
|---|---|---|
| ☐ Occlusal Orthotic | 21089 | |
| ☐ Preventative Counseling | 99401 | |
| ☐ Trigger Point Injection | 90782 | |
| ☐ Injection Auriculotemporal | 90799 | |
| ☐ Nerve Injections | 64400 | |
|   ☐ Facial | 64402 | |
|   ☐ Trigeminal | 64400 | |
|   ☐ Sympathetics | 64505 | |
| ☐ Physical Med | 97010 | |
| ☐ Obstructive Sleep Appliance | 99002 | |

| IMAGING | | |
|---|---|---|
| ☐ Cephalometric | 70350 | |
| ☐ Orthopantograph | 70355 | |
| ☐ Consult (Other X-Rays) | 76140 | |

| MANAGEMENT | | |
|---|---|---|
| ☐ Closed Reduction | 21480 | |
| ☐ Neuromuscular Re Educ Train | 97112 | |
| ☐ Physical Medicine | 97110 | |

| DIAGNOSTIC | | |
|---|---|---|
| ☐ Photography (x) | 99080 | |
| ☐ TM Joint Injection | 64402 | |
| ☐ Nerve Block Injections | 64400 | |
| ☐ Diagnostic Mounted Case | 20999 | |
| ☐ Deprogrammer | 21089 | |

## DIAGNOSIS (ICD-9 CODE)

| | | |
|---|---|---|
| ☐ 524.61 | Ankylosis/Adhesions (Fibrous or Osseous) | |
| ☐ 524.63 | Articular Disc. Disorder | |
| ☐ 350.2 | Atypical Facial Pain | |
| ☐ 525.8 | Atypical Odontalgia | |
| ☐ 351.00 | Bell's Palsy | |
| ☐ 306.8 | Parafunction | |
| ☐ 726.9 | Capsulitis/Synovitis | |
| ☐ 739.1 | Cervical Dysfunction | |
| ☐ 723.1 | Cervicalgia | |
| ☐ 830.0 | Closed Lock | |
| ☐ 726.9 | Coronoid Tendonitis | |
| ☐ 780.4 | Dizziness/Vertigo | |
| ☐ 781.0 | Dystonia | |
| ☐ 381.81 | Eustachian Tube Dysfunction | |
| ☐ 351.9 | Facial N. Neuropathy | |
| ☐ 951.4 | Facial Nerve Injury | |
| ☐ 729.1 | Fibromyalgia | |

| | | |
|---|---|---|
| ☐ 529.6 | Glossodynia | |
| ☐ 352.1 | Glossopharyngeal Neuralgia | |
| ☐ 346.20 | Headache-Cluster | |
| ☐ 346.10 | Headache-Migraine | |
| ☐ 307.81 | Headache-Tension | |
| ☐ 346.9 | Headache-CPH | |
| ☐ 784.0 | Head and/or Face Pain | |
| ☐ 728.5 | Hypermobility | |
| ☐ 306.9 | Inordinate Occlusal Awareness | |
| ☐ 524.69 | Internal Derangement | |
| ☐ 728.85 | Muscle Spasm | |
| ☐ 729.1 | Myalgia/Myofascitis | |
| ☐ 728.9 | Myofascial Pain Dysfunction | |
| ☐ 729.2 | Neuralgia/Neuritis | |
| ☐ 352.1 | Neuropathic Pain | |
| ☐ 830.1 | Open Disclocation-Jaw | |

| | | |
|---|---|---|
| ☐ 333.82 | Orofacial Dyskinesia | |
| ☐ 524.5 | Orthopaedic Instability | |
| ☒ 524.66 715.98 | Osteoarthritis | |
| ☐ 715.38 | Osteoarthrosis | |
| ☐ 730.1 | Osteomyelitis | |
| ☐ 388.72 | Otalgia, Referred Pain | |
| ☐ 352.1 | Post Herpetic Neuralgia | |
| ☐ 337.29 | Reflex Sympathetic Dystrophy | |
| ☐ 729.99 | Retrodiscitis | |
| ☐ 714.0 | Rheumatoid Arthritis | |
| ☐ 473.0 | Sinusitis | |
| ☐ 780.5 | Sleep Disturbance | |
| ☐ 446.5 | Temporal Arteritis | |
| ☐ 338.31 | Tinnitus | |
| ☐ 959.0 | Trauma to Face/Neck | |
| ☐ 350.1 | Trigeminal Neuralgia V-1 V-2 V-3 | |
| ☐ 951.2 | Trigeminal Nerve Injury | |

NEXT VISIT: _____

PATIENT EDUCATION NEEDS: _____

SCHEDULING NEEDS: _____

IMAGING NEEDS: _____

OTHER NEEDS: _____

_Keith A. Yount_ (signature)

| | |
|---|---|
| TODAY'S CHARGES | $ 19.75 |
| AMOUNT PAID | $ |
| BALANCE | $ |

PAYMENT TYPE:   MC   VISA   AME
CHECK   CASH   CARECREDIT   OTHER



**UNC**
PHYSICIANS &
ASSOCIATES
The University of North Carolina at Chapel Hill
P.O. Box 900014 • Raleigh, NC 27675-9014
Telephone (919) 966-2211

| INSURANCE INFORMATION ON FILE |
|---|
| STATE OF NORTH CAROLINA |

☐ Check here if address or insurance changes noted on back

0000709268 3 00000000 7

ɪlɪɪlɪɪlɪɪlɪɪllɪɪɪllɪɪlɪɪlɪɪllɪɪɪllɪɪll

CYNTHIA D BARNHILL
1745 LEGION RD
CHAPEL HILL  NC 27517-2351

| DATE DUE ▼ | AMOUNT DUE ▼ | AMOUNT ENCLOSED ▼ |
|---|---|---|
| | | |

PRINT CARD HOLDER NAME:

EXPIRATION DATE

MASTERCARD OR VISA CARD NUMBER

MAKE CHECK PAYABLE TO UNC PHYSICIANS & ASSOCIATES
MASTERCARD AND VISA ACCEPTED

TO ENSURE PROPER CREDIT PLEASE DETACH TOP PORTION AND RETURN IT WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED.
SEE REVERSE SIDE FOR ADDRESS CHANGES, INSURANCE CHANGES, AND OTHER IMPORTANT INFORMATION.

| DATE OF SERVICE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/22/02 | DR STEVEN BURNHAM & ASSOC EXTREMITY STUDY | 71.00 | 71.00 |
| 06/12/02 | DR YOLANDA V SCARLETT & ASSOC COLONOSCOPY AND BIOPSY | 990.00 | 1,061.00 |
| 06/12/02 | DR P A GROBEN & ASSOC TISSUE EXAM BY PATHOLOGIST | 165.00 | 1,226.00 |
| 07/08/02 | DRJ K SMITH & ASSOC MAGNETIC IMAGE JAW JOINT | 300.00 | 1,526.00 |
| 09/18/02 | DR M A FARBER & ASSOC EXTREMITY STUDY | 125.00 | 1,651.00 |
| 09/18/02 | DR MARSHALL C MCCOY & ASSOC EMERGENCY DEPT VISIT | 239.00 | 1,890.00 |

THIS BILL IS FOR PHYSICIANS CHARGES ONLY
AND DOES NOT INCLUDE HOSPITAL CHARGES WHICH ARE BILLED SEPARATELY BY THE HOSPITAL.

| PREVIOUS BALANCE | NEW CHARGES | PAYMENTS | | DATE OF STATEMENT | AMOUNT DUE |
|---|---|---|---|---|---|
| | | INSURANCE | PERSONAL | | |
| ACCOUNT NUMBER | NEW BALANCE | ADJUSTMENTS | INSURANCE PENDING | | |

UNC PHYSICIANS & ASSOCIATES     P.O. BOX 900014 - RALEIGH, NC  27675-9014
TELEPHONE (919) 966-2211  MONDAY - FRIDAY  8:00-4:30
SEND EMAIL INQUIRIES TO: UNC_PA@UNCHealthCare.org

1 END
PATIENT NAME:  BARNHILL          CYNTHIA    D                    401  L*SXX

```
   061102-061102 9995    -    -CANCELLED AP 719.46  -PAIN, LOWER    1      0.00
----------------------------------------------------------------------------
     Tick#1642437 U 0061  CYNTHIA        BARNHILL       Total:   123.00
06/25/02   20-DELLAERO, MD WITHROW MD                 TRI ORTHO C HIL
   062502-062502 99214  - 57-EST PT DETLD 719.46  -PAIN, LOWER    1    123.00
----------------------------------------------------------------------------
     Tick#1650687 U 0061  CYNTHIA        BARNHILL       Total:   120.00
06/26/02   15-BLACK, JR.,  WITHROW MD                  TRI ORTHO C HIL
   062602-062602 73562  - 99-KNEE MULT 3 719.46  -PAIN, LOWER    1    120.00
----------------------------------------------------------------------------
     Tick#1652177 U 0025  CYNTHIA        BARNHILL       Total: 5,281.00
06/27/02   20-DELLAERO, MD WITHROW MD                  NC SPECIALTY
   062702-062702 29876  - 94-SYNOVEC,MAJO 727.83  -PLICA SYNDRO   1  2,754.00
   062702-062702 29877  -5194-ARTHRO W/ DE 733.92  -CHONDROMALAC   1  2,527.00
----------------------------------------------------------------------------
     Tick#1651984 U 0061  CYNTHIA        BARNHILL       Total:     .00
07/02/02 6820-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   070202-070202 99024  -  -POST OP EXAM 727.83  -PLICA SYNDRO   1      0.00
----------------------------------------------------------------------------
     Tick#1654912 U 0061  CYNTHIA        BARNHILL       Total:     .00
07/23/02   20-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   072302-072302 99024  -  -POST OP EXAM 726.61  -BURSITIS KNE   1      0.00
----------------------------------------------------------------------------
     Tick#1665897 U 0061  CYNTHIA        BARNHILL       Total:   442.00
07/30/02   20-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   073002-073002 99213  - 24-EST PT-EXPAN 726.10  -DISORDERS OF   1     85.00
   073002-073002 20610  -    -ASP/INJ MAJO 726.10  -DISORDERS OF   1    124.00
   073002-073002 J3301  -    -KENALOG 10MG 726.10  -DISORDERS OF   4     12.00
   073002-073002 J3490  -    -MARCAINE (BU 726.10  -DISORDERS OF   1      4.00
   073002-073002 J2000  -    -XYLOCAINE    726.10  -DISORDERS OF   1      4.00
   073002-073002 73030  - 99-SHOUL 2/MORE 718.31  -SHOULD DIS/N   1    131.00
   073002-073002 73050  - 99-A-C JT 2 VIE 718.31  -SHOULD DIS/N   1     82.00
----------------------------------------------------------------------------
     Tick#1669183 U 0061  CYNTHIA        BARNHILL       Total:    85.00
08/13/02   20-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   081302-081302 99213  - 24-EST PT-EXPAN 718.31  -SHOULD DIS/N   1     85.00
----------------------------------------------------------------------------
     Tick#1684694 U 0000  CYNTHIA        BARNHILL       Total:     .00
08/14/02   20-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   081902-081902 MRIDRH -   -MRI-DRH      718.31  -SHOULD DIS/N   1      0.00
PRIOR AUTH:   NO PRECERT REQUIRED  /               /           _ _
----------------------------------------------------------------------------
     Tick#1684688 U 0061  CYNTHIA        BARNHILL       Total:    66.00
08/27/02   20-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   082702-082702 99212  - 57-EST PT-BRIEF 718.31  -SHOULD DIS/N   1     66.00
----------------------------------------------------------------------------
     Tick#1689449 U 0061  CYNTHIA        BARNHILL       Total:   205.00
09/03/02   20-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   090302-090302 99213  -  -EST PT-EXPAN 719.06  -EFFUSION KNE   1     85.00
   090302-090302 73562  - 99-KNEE MULT 3 719.06  -EFFUSION KNE   1    120.00
----------------------------------------------------------------------------
     Tick#1694447 U 0061  CYNTHIA        BARNHILL       Total:   197.00
09/09/02 6820-DELLAERO, MD WITHROW MD                  TRI ORTHO C HIL
   090902-090902 99215  -  -EST PT COMP  V72.83  -PREOP EXAM-S   1    197.00
   090902-090902 DX     -  -SECOND DIAGN 726.10  -DISORDERS OF   1      0.00
----------------------------------------------------------------------------
     Tick#1708064 U 0025  CYNTHIA        BARNHILL       Total: 5,243.00
09/12/02   20-DELLAERO, MD WITHROW MD                  NC SPECIALTY
   091202-091202 29826  - 79-ARTHRO,ACROM 726.10  -DISORDERS OF   1  2,779.00
         091202 29827  - 79-ARTHROSCOPY, 727.61  -ROTATOR CUFF   1  2,464.00
```

```
TRIANGLE ORTHOPAEDIC ASSOCIATES,PA          919 220 5255
120 WILLIAM PENN PLAZA
INDEPENDENCE PARK
DURHAM        NC 27704
DETAIL  9/01/02 - 12/31/11                 PRINTED  2/12/03 12.44 BY klb001
================================================================================

  0- 30 days        0.00  | CYNTHIA    D BARNHILL    | Home 919 942 5726
 31- 60 days        0.00  | 1745 LEGION RD           | Work     000 0000
 61- 90 days        0.00  |                          | PT-0011  BC-0001
 91-120 days        0.00  | CHAPEL HILL   NC 27517   | CS-0004  DR-0053
121-150 days       30.00  |--------------------------
150+   days     1,348.31  | CYNTHIA  D BARNHILL    F-10/15/58- 44-6008205
                          | Next app't
                          |----------------------------------------------
Total bal       1,378.31
- Pending           0.00  |                 · ·
= Pat bal       1,378.31
Budget due          0.00
Nonbud due      1,378.31  |----------------------------------------------
Total due       1,378.31  | Last chg 110502   210.00 Last ins pay 010703    0.00
Budget bal          0.00  | SSN: 239 15 3492         Last per pay 110502   15.00
Bud paymnt          0.00  | Diag:719.06  EFFUSION KNEE
Last aging    02/11/03    | Reg date 041002 PATIENT IN COLLECTIONS & HAS NOTES
Review date   04/12/02    |----------------------------------------------
Insurance       Subscriber      Policy id                            TB PR
BCBS          BARNHILL CYNTHIA 2391 849204                           IY-02
LIEN          BARNHILL CYNTHIA 2391 8492      LIEN                    PD-02
$ 15.00 CO-PAY  BARNHILL CYNTHIA 2391 8492                           PD-02

----------------------------------------------------------------
  Tick#1689449 U 0061  CYNTHIA   | BARNHILL      Total:  205.00
09/03/02  20-DELLAERO, MD WITHROW MD             TRI ORTHO C HIL
 090302-090302 99213   -   -EST PT-EXPAN 719.06 -EFFUSION KNE   1     85.00
 090302-090302 73562   - 99-KNEE MULT 3  719.06 -EFFUSION KNE   1    120.00
----------------------------------------------------------------
  Tick#1694447 U 0061  CYNTHIA   | BARNHILL      Total:  197.00
09/09/02 6820-DELLAERO, MD WITHROW MD            TRI ORTHO C HIL
 090902-090902 99215   -   -EST PT COMP  V72.83 -PREOP EXAM-S   1    197.00
 090902-090902 DX      -   -SECOND DIAGN 726.10 -DISORDERS OF   1      0.00
----------------------------------------------------------------
  Tick#1708064 U 0025  CYNTHIA   | BARNHILL      Total: 5,243.00
09/12/02  20-DELLAERO, MD WITHROW MD             NC SPECIALTY
 091202-091202 29826   - 79-ARTHRO,ACROM 726.10 -DISORDERS OF   1  2,779.00
 091202-091202 29823   - 79-ARTHROSCOPY, 727.61 -ROTATOR CUFF   1  2,464.00
----------------------------------------------------------------
  Tick#1708066 U 0025  CYNTHIA   | BARNHILL      Total: 1,573.00
09/12/02 6820-DELLAERO, MD WITHROW MD            NC SPECIALTY
 091202-091202 29826   - 85-ARTHRO,ACROM 726.10 -DISORDERS OF   1    834.00
 091202-091202 29823   - 85-ARTHROSCOPY, 727.61 -ROTATOR CUFF   1    739.00
----------------------------------------------------------------
  Tick#1707602 U 0061  CYNTHIA   | BARNHILL      Total:     .00
09/17/02 6820-DELLAERO, MD WITHROW MD            TRI ORTHO C HIL
 091702-091702 99024   -   -POST OP EXAM 726.10 -DISORDERS OF   1      0.00
----------------------------------------------------------------
  Tick#1704925 U 0061  CYNTHIA   | BARNHILL      Total:     .00
09/24/02  20-DELLAERO, MD WITHROW MD             TRI ORTHO C HIL
 092402-092402 99499   -   -NO CHARGE OV 723.1  -CERVICAL PAI   1      0.00
----------------------------------------------------------------
  Tick#1726408 U 0001  CYNTHIA   | BARNHILL      Total:   45.00
```

10/07/02    53-PRESTON MD    WITHROW MD                    TRI ORTHO C HIL

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 26 of 126

```
  100702-100702 76499   -  99-X-RAY COPYIN 723.1  -CERVICAL PAI  9     45.00
----------------------------------------------------------------------------
    Tick#1709715 U 0061  CYNTHIA     BARNHILL      Total:      .00
10/08/02   20-DELLAERO, MD WITHROW MD               TRI ORTHO C HIL
  100802-100802 99024   -  -POST OP EXAM 726.10 -DISORDERS OF  1      0.00
----------------------------------------------------------------------------
    Tick#1723455 U 0555  CYNTHIA     BARNHILL      Total: 1,095.00
10/09/02   20-DELLAERO, MD DELLAERO M               TRI ORTHO 1
  100902-100902 73721   -  2-MRI-LOWER EX 726.10 -DISORDERS OF  1  1,095.00
----------------------------------------------------------------------------
    Tick#1729608 U 0061  CYNTHIA     BARNHILL      Total:      .00
10/29/02   20-DELLAERO, MD WITHROW MD               TRI ORTHO C HIL
  102902-102902 99024   -  -POST OP EXAM 726.10 -DISORDERS OF  1      0.00
----------------------------------------------------------------------------
    Tick#1739273 U 0061  CYNTHIA     BARNHILL      Total:   210.00
11/05/02   20-DELLAERO, MD WITHROW MD               TRI ORTHO C HIL
  110502-110502 99212   -  -EST PT-BRIEF 719.06 -EFFUSION KNE  1     66.00
  110502-110502 20610   -  -ASP/INJ MAJO 719.06 -EFFUSION KNE  1    124.00
  110502-110502 J3301   -  -KENALOG 10MG 719.06 -EFFUSION KNE  4     12.00
  110502-110502 J3490   -  -MARCAINE (BU 719.06 -EFFUSION KNE  1      4.00
  110502-110502 J2000   -  -XYLOCAINE    719.06 -EFFUSION KNE  1      4.00
----------------------------------------------------------------------------
            TOTAL OF PRINTED CHARGES                          8,568.00
```

```
TRIANGLE ORTHOPAEDIC ASSOCIATES,PA          919 220 5255
120 WILLIAM PENN PLAZA
INDEPENDENCE PARK
DURHAM          NC 27704
DETAIL  9/01/02 - 12/31/11               PRINTED  2/12/03 12.45 BY klb001
========================================================================

  0- 30 days     0.00 | CYNTHIA    D BARNHILL      | Home 919 942 5726
 31- 60 days     0.00 | 1745 LEGION RD             | Work 919 962 0046
 61- 90 days     0.00 |                            | PT-3011  BC-0001
 91-120 days    34.00 | CHAPEL HILL   NC 27517     | CS-0002  DR-0039
121-150 days   176.00 |----------------------------|------------------------
150+   days    557.20 | CYNTHIA    D BARNHILL     F-10/15/58- 44-PT6008205
                      | Next app't
                      |------------------------------------------------------
Total bal      767.20 |
- Pending      127.00 |
= Pat bal      640.20 |
Budget due       0.00 |
Nonbud due     767.20 |-----------------------------------------------------
Total due      640.20 | Last chg 111102   205.00 Last ins pay 121102    10.00
Budget bal       0.00 | SSN: 239 15 8492          Last per pay 111102    15.00
Bud paymnt       0.00 | Diag:719.46 PAIN, LOWER LEG
Last aging   02/11/03 | Reg date 052902 PATIENT HAS NOTES
Review date  04/12/02 -------------------------------------------------------
Insurance    Subscriber       Policy id                              TB PR
BCBS         BARNHILL CYNTHIA 23915849204                            IY-02

$ 15.00 CO-PAY  BARNHILL CYNTHIA STATE BCBS                          PD-02

------------------------------------------------------------------------
   Tick#1696715 U 0053  CYNTHIA   | BARNHILL      Total:  147.00
09/03/02   39-MASSA LPT    PRESTON MD|              CHAPEL HILL PT
  090302-090302 97110   -  -THERAPEUTIC  719.41 -PAIN SHOULDE  3    147.00
  090302-090302 22      -  -OTHER MEDICA 719.41 -PAIN SHOULDE  1      0.00
------------------------------------------------------------------------
   Tick#1696716 U 0053  CYNTHIA   | BARNHILL      Total:     .00
09/04/02   97-SHOUT        PRESTON MD|              CHAPEL HILL PT
  090402-090402 9995    -  -CANCELLED AP 719.41 -PAIN SHOULDE  1      0.00
------------------------------------------------------------------------
   Tick#1696718 U 0053  CYNTHIA   | BARNHILL      Total:     .00
09/05/02   39-MASSA LPT    PRESTON MD|              CHAPEL HILL PT
  090502-090502 9995    -  -CANCELLED AP 719.41 -PAIN SHOULDE  1      0.00
------------------------------------------------------------------------
   Tick#1697344 U 0053  CYNTHIA   | BARNHILL      Total:   93.00
09/16/02   43-BERNARD-LACY DELLAERO M|              CHAPEL HILL PT
  091602-091602 97001  - 25-PHYS THER EV 719.41 -PAIN SHOULDE  1     93.00
  091602-091602 2222   -  -NEW MEDICAL   719.41 -PAIN SHOULDE  1      0.00
------------------------------------------------------------------------
   Tick#1708589 U 0053  CYNTHIA   | BARNHILL      Total:     .00
09/19/02   39-MASSA LPT    PRESTON MD|              CHAPEL HILL PT
  091902-091902 9997    -  -VOIDED TICKE 719.41 -PAIN SHOULDE  1      0.00
------------------------------------------------------------------------
   Tick#1708592 U 0053  CYNTHIA   | BARNHILL      Total:     .00
09/23/02   39-MASSA LPT    PRESTON MD|              CHAPEL HILL PT
  092302-092302 9997    -  -VOIDED TICKE 719.41 -PAIN SHOULDE  1      0.00
------------------------------------------------------------------------
   Tick#1715572 U 0053  CYNTHIA   | BARNHILL      Total:  142.00
09/25/02   39-MASSA LPT    PRESTON MD|              CHAPEL HILL PT
  092502-092502 97001  - 25-PHYS THER EV 719.41 -PAIN SHOULDE  1     93.00
```

```
 110402-110402 22        -    -OTHER MEDICA 719.41  -PAIN SHOULDE    1      0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Tick#1739260 U 0053  CYNTHIA    BARNHILL        Total:   196.00
11/05/02   39-MASSA LPT     PRESTON MD              CHAPEL HILL PT
 110502-110502 97110  -    -THERAPEUTIC  719.41  -PAIN SHOULDE    4    196.00
 110502-110502 22        -    -OTHER MEDICA 719.41  -PAIN SHOULDE    1      0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Tick#1739264 U 0053  CYNTHIA    BARNHILL        Total:    26.00
11/07/02   39-MASSA LPT     PRESTON MD              CHAPEL HILL PT
 110702-110702 97014  -    -ELECTRICAL S 719.41  -PAIN SHOULDE    1     26.00
 110702-110702 22        -    -OTHER MEDICA 719.41  -PAIN SHOULDE    1      0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Tick#1745336 U 0053  CYNTHIA    BARNHILL        Total:     .00
11/08/02   39-MASSA LPT     PRESTON MD              CHAPEL HILL PT
 110802-110802 9996   -    -NO SHOW      719.41  -PAIN SHOULDE    1      0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Tick#1745089 U 0053  CYNTHIA    BARNHILL        Total:     .00
11/08/02   39-MASSA LPT     PRESTON MD              CHAPEL HILL PT
 110802-110802 9997   -    -VOIDED TICKE 719.41  -PAIN SHOULDE    1      0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Tick#1745090 U 0053  CYNTHIA    BARNHILL        Total:   205.00
11/11/02   39-MASSA LPT     PRESTON MD              CHAPEL HILL PT
 111102-111102 97001  -  25-PHYS THER EV 719.46  -PAIN, LOWER     1     93.00
 111102-111102 97110  -    -THERAPEUTIC  719.46  -PAIN, LOWER     1     49.00
 111102-111102 97035  -    -ULTRASOUND 1 719.46  -PAIN, LOWER     1     26.00
 111102-111102 97033  -    -IONTOPHORESI 719.46  -PAIN, LOWER     1     31.00
 111102-111102 A4556  -    -IONTOPHORESI 719.46  -PAIN, LOWER     1      6.00
 111102-111102 2222   -    -NEW MEDICAL  719.41  -PAIN SHOULDE    1      0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
               TOTAL OF PRINTED CHARGES                          1,863.00
```

092502-092502 97110   -   -THERAPEUTIC  719.41  -PAIN SHOULDE   1      49.00

```
 092502-092502 2222      -    -NEW MEDICAL 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1715692 U 0053   CYNTHIA    BARNHILL        Total:  142.00
09/26/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 092602-092602 97001  - 25-PHYS THER EV 719.41  -PAIN SHOULDE   1       93.00
 092602-092602 97110   -    -THERAPEUTIC 719.41  -PAIN SHOULDE   1       49.00
 092602-092602 2222    -    -NEW MEDICAL 723.1   -CERVICAL PAI   1        0.00
------------------------------------------------------------------------------------
    Tick#1708590 U 0053   CYNTHIA    BARNHILL        Total:      .00
09/30/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 093002-093002 9995    -    -CANCELLED AP 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1708596 U 0053   CYNTHIA    BARNHILL        Total:  147.00
10/02/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 100202-100202 97110   -    -THERAPEUTIC 719.41  -PAIN SHOULDE   3      147.00
 100202-100202 22      -    -OTHER MEDICA 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1722558 U 0053   CYNTHIA    BARNHILL        Total:      .00
10/08/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 100802-100802 9995    -    -CANCELLED AP 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1722560 U 0053   CYNTHIA    BARNHILL        Total:  196.00
10/09/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 100902-100902 97110   -    -THERAPEUTIC 719.41  -PAIN SHOULDE   4      196.00
 100902-100902 22      -    -OTHER MEDICA 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1722567 U 0053   CYNTHIA    BARNHILL        Total:      .00
10/22/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 102202-102202 9995    -    -CANCELLED AP 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1722569 U 0053   CYNTHIA    BARNHILL        Total:  147.00
10/24/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 102402-102402 97110   -    -THERAPEUTIC 719.41  -PAIN SHOULDE   3      147.00
 102402-102402 22      -    -OTHER MEDICA 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1739501 U 0053   CYNTHIA    BARNHILL        Total:    4.00
10/24/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 102402-102402 99070   -    -THERABAND    719.41  -PAIN SHOULDE   1        4.00
------------------------------------------------------------------------------------
    Tick#1736884 U 0053   CYNTHIA    BARNHILL        Total:   75.00
10/25/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT          - -
 102502-102502 97110   -    -THERAPEUTIC 719.41  -PAIN SHOULDE   1       49.00
 102502-102502 97014   -    -ELECTRICAL S 719.41  -PAIN SHOULDE   1       26.00
 102502-102502 22      -    -OTHER MEDICA 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1739244 U 0053   CYNTHIA    BARNHILL        Total:      .00
10/30/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 103002-103002 9995    -    -CANCELLED AP 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1739248 U 0053   CYNTHIA    BARNHILL        Total:      .00
10/31/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 103102-103102 9995    -    -CANCELLED AP 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1742475 U 0053   CYNTHIA    BARNHILL        Total:  147.00
11/01/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
 110102-110102 97110   -    -THERAPEUTIC 719.41  -PAIN SHOULDE   3      147.00
 110102-110102 22      -    -OTHER MEDICA 719.41  -PAIN SHOULDE   1        0.00
------------------------------------------------------------------------------------
    Tick#1739254 U 0053   CYNTHIA    BARNHILL        Total:  196.00
11/04/02   39-MASSA LPT    PRESTON MD               CHAPEL HILL PT
```

110402-110402 97110   -    -THERAPEUTIC  719.41  -PAIN SHOULDE   4     195.00

**Triangle Orthopaedics, PA**
120 William Penn

Durham, NC 27704

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 02/12/03 | CONTINUED | 001000003355 |

| | |
|---|---|
| SHOW AMOUNT PAID HERE | $ |

STATEMENT

ADDRESSEE:

lıılılıılılıılıılılıılılılılıl
**Barnhill, Cynthia D**
1745 Legion Rd

Chapel Hill, NC 27517

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

REMIT TO:

lıılılıılılıllıılılıılılllıl
**Triangle Orthopaedics, PA**
120 William Penn

Durham, NC 27704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
www.triangleortho.com
(919) 220-5255

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 11/18/02 | VISIT 4774 FOR CYNTHIA WITH MASSA OPT, FRAN | | | | |
| 11/18/02 | 97110 - Therap 1/> Areas/15 Min; Exerc | $49.00 | | | |
| 11/19/02 | *Patient Check | -$15.00 | | | |
| 12/06/02 | BCBS Payment | -$17.00 | | | |
| 12/06/02 | BCBS Adjustment | -$17.00 | | | |
| 11/18/02 | 97035 - Applic Modal 1/> Areas; Ultras | $26.00 | | | |
| 12/06/02 | BCBS Payment | -$19.00 | | | |
| 12/06/02 | BCBS Adjustment | -$7.00 | | | |
| 11/18/02 | 97033 - Applic Modal 1/> Areas; Iontop | $31.00 | | | |
| 12/06/02 | BCBS Payment | -$23.00 | | | |
| 12/06/02 | BCBS Adjustment | -$8.00 | | | |
| 11/18/02 | A4556 - Electrodes (apnea Monitor) | $6.00 | | | |
| 12/06/02 | BCBS Adjustment | -$6.00 | | | |
| | VISIT TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| 11/18/02 | VISIT 5049 FOR CYNTHIA WITH BLACK JR MD, KYLE E | | | | |
| 11/18/02 | 99214 - Offic/outpt E&m Estab Mod-hi 2 | $123.00 | | | |
| 11/18/02 | *Patient Check | -$15.00 | | | |
| 12/06/02 | BCBS Payment | -$67.00 | | | |
| 12/06/02 | BCBS Adjustment | -$41.00 | | | |
| 11/18/02 | 72050 - Rad Exam Spine Cerv; Mini 4 Vi | $247.00 | | | |
| 12/06/02 | BCBS Payment | -$114.13 | | | |
| 12/06/02 | BCBS Adjustment | -$132.87 | | | |
| | VISIT TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| 11/20/02 | VISIT 5329 FOR CYNTHIA WITH MASSA OPT, FRAN | | | | |
| 11/20/02 | 97110 - Therap 1/> Areas/15 Min; Exerc (QTY 2) | $98.00 | | $15.00 | |
| 12/06/02 | BCBS Adjustment | -$34.00 | | | |
| 12/06/02 | BCBS Payment | -$49.00 | | | |
| 11/20/02 | 97035 - Applic Modal 1/> Areas; Ultras | $26.00 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 001000003355 | $1,452.00 | $0.00 | $15.00 | $0.00 | $0.00 | $1,467.00 |

MESSAGE:
Triangle Orthopaedic Associates, P.A.
Quality Care and The Best Physicians Possible!

| |
|---|
| **PLEASE PAY** |
| **THIS AMOUNT ›››› CONTINUED** |

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**STATEMENT**

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 33 of 126

**Triangle Orthopaedics, PA**
120 William Penn

Durham, NC 27704

STATEMENT

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 02/12/03 | CONTINUED | 001000003355 |

| SHOW AMOUNT PAID HERE | $ |
|---|---|

ADDRESSEE:

lıllıllullıllıollıullıllıl
Barnhill, Cynthia D
1745 Legion Rd

Chapel Hill, NC 27517

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

REMIT TO:

lıllıllullllıllıllıllılll
**Triangle Orthopaedics, PA**
120 William Penn

Durham, NC 27704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
www.triangleortho.com
(919) 220-5255

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 12/06/02 | BCBS Adjustment | -$7.00 | | | |
| 12/06/02 | BCBS Payment | -$10.00 | | | |
| 11/20/02 | 97033 - Applic Modal 1/> Areas; Iontop | $31.00 | | | |
| 12/06/02 | BCBS Adjustment | -$6.00 | | | |
| 12/06/02 | BCBS Payment | -$23.00 | | | |
| 11/20/02 | A4556 - Electrodes (apIree Moriitor) | $6.00 | | | |
| 12/06/02 | BCBS Adjustment | -$6.00 | | | |
| | VISIT TOTAL | $15.00 | $0.00 | $15.00 | $15.00 |
| | | | | | |
| 12/31/02 VISIT 20266 FOR CYNTHIA WITH DELL'AERO MD, DAVID T | | | | | |
| 12/31/02 | 99213 - Offic/outpt E&m Estab Low-mod | $85.00 | | $15.00 | |
| 01/16/03 | BCBS Adjustment | -$30.00 | | | |
| 01/16/03 | BCBS Payment (Copay (Co-Pay)) | -$40.00 | | | |
| | VISIT TOTAL | $15.00 | $0.00 | $15.00 | $15.00 |
| | | | | | |
| 01/06/03 VISIT 22610 FOR CYNTHIA WITH DELL'AERO MD, DAVID T | | | | | |
| 01/06/03 | 72141 - Mri Spinal Canal Cerv; Wo Cont | $1,108.00 | $1,108.00 | | |
| | VISIT TOTAL | $1,108.00 | $1,108.00 | $0.00 | $1,108.00 |
| | | | | | |
| 01/14/03 VISIT 28679 FOR CYNTHIA WITH DELL'AERO MD, DAVID T | | | | | |
| 01/14/03 | 99213 - Offic/outpt E&m Estab Low-mod | $85.00 | $70.00 | $15.00 | |
| | VISIT TOTAL | $85.00 | $70.00 | $15.00 | $85.00 |
| | | | | | |
| 01/16/03 VISIT 28821 FOR CYNTHIA WITH BHAT MD, ATUL L1 | | | | | |
| 01/16/03 | 99244 - Offic Cons New/estab Mod-hi 60 | $259.00 | $244.00 | | |
| 01/16/03 | Patient Check | -$15.00 | | | |
| | VISIT TOTAL | $244.00 | $244.00 | $0.00 | $244.00 |
| | | | | | |
| | Thank You For Your Prompt Payment | | | | |
| | Your balance is now 60 days past due, please remit payment in full or call our office to make payment arrangements | | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 0010000C3355 | $1,452.00 | $0.00 | $15.00 | $0.00 | $0.00 | $1,467.00 |

MESSAGE:
Triangle Orthopaedic Associates, P.A.
Quality Care and The Best Physicians Possible!

| PLEASE PAY THIS AMOUNT »»»» CONTINUED |
|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
**STATEMENT**

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 34 of 126

# STATEMENT

MEDICAL MODALITIES INC.
P.O. BOX 640
122 SOUTH MAIN STREET
KANNAPOLIS NC 28082-0640
PHONE: 704-932-8885

OCT 09 2002

RETURN SERVICE REQUESTED

If paying by credit card, please complete this section.

| CIRCLE CARD TO BE USED FOR PAYMENT | VISA ☐ | MASTERCARD ☐ | DISCOVER ☐ | AMEX ☐ |
|---|---|---|---|---|

CARD NUMBER                                  AMOUNT

SIGNATURE                                    EXP. DATE

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 09/21/2002 | 000000000IP2 |
| AMOUNT DUE | AMOUNT PAID |
| 36.00 | $ |

CYNTHIA BARNHILL                A167
1745 LEGION RD                  DF5
CHAPEL HILL NC 27517-2351

MEDICAL MODALITIES INC.
P.O. BOX 640
122 SOUTH MAIN STREET
KANNAPOLIS NC 28081-3211

Please check box if you have a current insurance information??
and indicate change(s) on reverse.

▼ Please detach and return top portion with your payment ▼

MEDICAL MODALITIES INC. * P.O. BOX 640 * 122 SOUTH MAIN STREET * KANNAPOLIS NC 28082-0640

| DATE | CODE | DESCRIPTION | RENT IND | CHARGE | PATIENT PORTION | PAYMENT |
|---|---|---|---|---|---|---|
| 08/15/2002 | E0730 | TENS NIKOMED FLIP - 4 LEAD | R | 60.00 | 12.00 | |
| 08/15/2002 | A4595 | TENS SUPPLIES 4 LEAD | P | 30.00 | 6.00 | |
| 09/15/2002 | E0730 | TENS NIKOMED FLIP - 4 LEAD | R | 60.00 | 12.00 | |
| 09/15/2002 | A4595 | TENS SUPPLIES 4 LEAD | P | 30.00 | 6.00 | |
| * NOTE: R=Rental P=Purchase O=N/A | | | TOTALS: | 180.00 | 36.00 | |

| | | |
|---|---|---|
| INSURANCE PENDING: | | 144.00 |
| TOTAL DUE: | | 180.00 |
| AMOUNTS APPLIED TO DEDUCTIBLE: | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | Statement Date | Account Number | PATIENT DUE |
|---|---|---|---|---|---|---|---|
| 180.00 | | | | | 09/21/2002 | 000000000IP2 | 36.00 |

Your "Patient Portion" total is based on information obtained regarding your insurance deductible, co-payment or denial of your claim and the "Patient Portion" is now due. Insurance claims are submitted as a service to our clients and all charges remain the responsibility of the patient.

DURHAM REGIONAL HOSPITAL     B20
3643 N ROXBORO RD       JAN 08 2003    4657638
DURHAM, NC 27704-9988
919-470-4000      562070036    081902   081902

BARNHILL, CYNTHIA D     1745 LEGION RD    CHAPEL HILL    NC 27517

10151958 F S 081902 13    2 13 01 239158492     X1

11 051302

CYNTHIA D BARNHILL
1745 LEGION RD
CHAPEL HILL NC 27517

| | | | REV DATE | SERV UNITS | TOTAL CHARGES | |
|---|---|---|---|---|---|---|
| 272 | M/S/C STERILE SUPPLY | | 081902 | 1 | 106 00 | |
| 322 | ARTHROGRAPHY | 73040 | 081902 | 1 | 369 00 | |
| 361 | OR SVC MINOR SURGERY | 23350 | 081902 | 1 | 142 00 | |
| 610 | MRI GENERAL | 73221 | 081902 | 1 | 900 00 | |
| 621 | SUPPL INC TO RAD | | 081902 | 1 | 82 00 | |
| 001 | TOTAL | | | 5 | 1599 00 | |

310 BC STAT T01    E0000 0004N    Y   Y

DUE FROM PATIENT $

BARNHILL    CYNTHIA D   1 23915849204

00     3 UNEMPLOYED

83100   71941   78079          83100

9 8832   081902   8894   081902      G36911    DELLAERO, DAVID T
                       G36911    DELLAERO, DAVID T

BCBS STATE ADMIN
PO BOX 35
DURHAM     ,NC 27702

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 36 of 126

12/11/02

HEALTH INSURANCE CLAIM FORM 4304 LANIER LAW

| | | |
|---|---|---|
| BARNHILL CYNTHIA | 10 15 58    X | SAME |
| 1745 LEGION RD | X | SAME |
| CHAPEL HILL      NC | | |
| 27517   919 942-5726 | | |
| SAME | | |
| 23915849204 | YES  X NO | |
| | AUTO ACCIDENT  YES  X NO | |
| | OTHER ACCIDENT  YES  X NO | |

BCBS/STATE EMPLOYEES

X YES   NO

Hospital based Physician
SIG. ON FILE

Signature on File   DATE 10/15/02   SIGNED

08 19 02

DAVID DELLAERO,MD    NC G36911

OUTSIDE LAB?  YES  X NO

719.41 RADIOLOGY SERVICE

| A | | B | C | D | | E | F | G | H |
|---|---|---|---|---|---|---|---|---|---|
| 08 19 02 | 08 19 02 | 22 | 2 | 23350 | | 1 | 146 00 | 1 | |
| 08 19 02 | 08 19 02 | 22 | | 73222 | 26RT | 1 | 177 00 | 1 | |
| 08 19 02 | 08 19 02 | 22 | | 76003 | 2659 | 1 | 78 00 | 1 | |

| | | |
|---|---|---|
| 56-0945618 | 4657638   X YES  NO | 401 00   -227 34   173 66 |
| | | DURHAM RADIOLOGY ASSOC., INC |
| RANDY A CRUELL,MD | DURHAM REGIONAL HOSPITAL | PO BOX 13166 |
| 10/15/02 | 3643 N ROXBORO RD | ROANOKE, VA 24031-3166 |
| | DURHAM, NC 27704 | (866)647-4532 |

CYNTHIA D BARNHILL

1745 LEGION RD                    Case: 6229 / 9/12/02 ARTHROSCOPY, SH

CHAPEL HILL, NC 27517             Confirmed:09/19/02    Surgeon:    DAVID T. DELLAERO, MD

Procedure: ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDEMENT, EXTENSIVE

| Date | Code | Item Description | Qty | Amount |
|------|------|-----------------|-----|--------|
| 09/12/02 | 258 | SOLUTION IV NACI 0.9% IRRIG 3000CC | 4 | 84.00 |
| | | Sub Total 258: | 4 | $84.00 |
| 09/12/02 | 360 | OR SERVICES (14:16 - 15:27) | 71 | 4,756.00 |
| | | Sub Total 360: | 71 | $4,756.00 |
| 09/12/02 | 370 | ANESTHESIA (14:11 - 15:35) | 84 | 252.00 |
| | | Sub Total 370: | 84 | $252.00 |
| 09/12/02 | 710 | RECOVERY CARE (15:30 - 16:30) | 60 | 500.00 |
| | | Sub Total 710: | 60 | $500.00 |
| 09/12/02 | 360 | ARTHROSCOPY, SHOULDER, SURGICAL; DEBRIDE | 1 | .00 |
| 09/12/02 | 360 | ARTHROSCOPY, SHOULDER, SURGICAL; DECOMP | 1 | .00 |
| | | Sub Total 360: | 2 | $0.00 |
| 09/12/02 | 636 | FENTANYL 100 MG/2ML AMP J3010 | 1 | 58.00 |
| 09/12/02 | 636 | FENTANYL 250MG/5ML INJ J3010 | 1 | 14.11 |
| 09/12/02 | 636 | ONDANSETRON 4MG/2ML INJ ((ZOFRAN) J2405 | 1 | 82.08 |
| | | Sub Total 636: | 3 | $154.19 |
| 09/12/02 | 270 | POLAR CARE 300 SHOULDER | 1 | 399.60 |
| 09/12/02 | 270 | POLAR CARE SHOULDER PAD | 1 | 118.80 |
| 09/12/02 | 270 | TUBING PUMP ARTHREX | 1 | 174.00 |
| | | Sub Total 270: | 3 | $692.40 |
| 09/12/02 | 272 | GREY CANNULA #7 | 1 | 84.00 |
| 09/12/02 | 272 | VORTEX HOODED BURR 6.0MM | 1 | 158.40 |
| 09/12/02 | 272 | WAND ARTHROCARE TURBOVAC 90 3.5MM | 1 | 516.00 |
| | | Sub Total 272: | 3 | $758.40 |
| 09/12/02 | 250 | BUPIVACAINE 0.25% INJ 50ML (SENSORCAINE) | 2 | 23.00 |
| 09/12/02 | 250 | CEFAZOLIN 1GM ADD-VANT W/ 50ML IV | 1 | 19.42 |
| 09/12/02 | 250 | EPINEPHRINE 1:1,000 INJ 30ML | 1 | 13.37 |
| 09/12/02 | 250 | LIDOCAINE 1% W/EPI 1:100,000 INJ 30ML | 1 | 11.50 |
| 09/12/02 | 250 | MIDAZOLAM 2MG/2ML VIAL (VERSED) | 1 | 14.50 |
| 09/12/02 | 250 | MIDAZOLAM 2MG/2ML VIAL (VERSED) | 1 | 14.50 |
| 09/12/02 | 250 | MORPHINE 10MG INJ J2275 | 1 | 14.50 |
| 09/12/02 | 250 | OXYCONTIN 20MG TAB | 1 | 14.50 |
| 09/12/02 | 250 | PROPOFOL 1% 20ML VIAL (DIPRIVAN) | 1 | 72.88 |
| | | Sub Total 250: | 10 | $183.67 |
| 09/12/02 | 290 | ARTHREX PUMP | 1 | .00 |
| 09/12/02 | 290 | ARTHROCARE CORD | 1 | .00 |
| 09/12/02 | 290 | ARTHROCARE UNIT | 1 | .00 |
| 09/12/02 | 290 | ARTHROSCOPIC RASPS/AWLS | 1 | .00 |
| 09/12/02 | 290 | ARTHROSCOPY TOWER | 1 | .00 |
| 09/12/02 | 290 | BASIN, OR | 1 | .00 |
| 09/12/02 | 290 | CAUTERY, CONMED SABRE 2400 | 1 | .00 |
| 09/12/02 | 290 | MITEK VAPR | 1 | .00 |
| 09/12/02 | 290 | SHOULDER CHAIR, ALLEN MED | 1 | .00 |
| 09/12/02 | 290 | SUCTION CAROUSEL | 1 | .00 |
| | | Sub Total 290: | 10 | $0.00 |

Total:  $7,380.66

MS0375                     S T A T E M E N T                      10/14/02

                    DURHAM ANESTHESIA ASSOC., P.A.              PAGE:    1
                    P.O. BOX 15609
                    DURHAM          , NC  27704
                    (919) 384-0200


CYNTHIA    D BARNHILL        ACCOUNT NUMBER: 03295
1745 LEGION RD               PATIENT NAME  : CYNTHIA    D BARNHILL
CHAPEL HILL    , NC 27517


            CODE...   DESCRIPTION ...................

DIAGNOSIS:   840 .4   SPRAIN ROTATOR CUFF

*********************************************************************
 D.O.S.   CPT ...   DESCRIPTION ...............   PROV       AMOUNT

                    SERVICES RENDERED

09/12/02  29826    ARTHROSCOPY, SHOULDER, SURGI    PARVATA     780.00
 TIME 14:11  15:35 C-UNIT 10.0 ANES-B PS-    LOC-SH MDIR-C

            TOTAL ....................................   $780.00


TAX ID NUMBER 56-1275994


NOTICE:  THIS IS AN ITEMIZED STATEMENT OF ACTIVITY ON YOUR ACCOUNT

SouthTechEX
Attn: Accounts Receivable
2609 Discovery Drive Suite 125
Raleigh, NC 27616



Andrea Carson       800-292-5966  Ext. 150
                    919-832-9555

Cynthia D. Barnhill
1745 Legion Road
Chapel Hill, NC 27517

## STATEMENT OF ACCOUNT

Cynthia D. Barnhill                                    DATE:       10/15/02
Account Number #   02-0001851

| DATE | INVOICE | DESCRIPTION | AMOUNT |
|------|---------|-------------|--------|
| 9/12/2002 | 0003201-IN | Accufuser Pain Pump | $625.00 |

TOTAL DUE SOUTHTECH EX                                     $625.00
Please contact Andrea Carson at above number if you have any questions
or to make payment arrangements.

Please forward payment upon receipt of this bill. Your insurance has been filed and
has paid the required amount minus any co-insurance and or deductible or has denied the claim.
Please note that we file your insurance as a courtesy and that the patient is responsible
for payment. Thank You

PLEASE DETACH AND RETURN WITH PAYMENT
REMITTANCE ADVICE

Cynthia D. Barnhill                              Due Date:        11/15/02
Account#          02-0001851                     Amount Due:      $625.00
Dates of Service:  9/12/2002

                                                 Amount Enclosed:_____

**EXHIBIT C**

## THE NORTH CAROLINA FAMILY DOCTOR, P.A.
151 Rams Plaza, Chapel Hill, NC 27514  (919) 968-1985

| 5/13/02 | Cynthia Barnhill | 67-605 | 210° |
|---------|------------------|--------|------|
| Date | Patient Name | Chart No. | Weight |

CC: pt's was in MVA today around 730-8 AM. pt was driving, and car was hit from behind on driver's side. Neck feels stiff and has spasms arms feel weak.

| | 100/68 | 96 |
|---|--------|-----|
| Temp. | BP | Pulse |

Height

meds: Seroquel 200 mg T qhs, Celexa 40 mg qhs, Depakote 750 mg qhs

---

5/13/02                         Cynthia Barnhill                         67-605

S:   See chart.  In addition, patient does have some stiffness in her neck.  Denies any pain or numbness radiating out into arm.  Denies abdominal pain.  No dizziness, CP, SOB.  Patient was pulling her Honda CRV into a parking space when a vehicle struck her behind her rear tire swinging her car around.  Patient was not evaluated at scene but notes that the car is not drivable.  Airbags did not deploy.  Otherwise no C/O.

O:   General: NAD.  A&O.  HEENT:  TM's, nares, posterior ora WNL.  No carotid bruits, cervical lymphadenopathy, or thyromegaly.  FROM C-spine with some tenderness on lateral rotation.  CV:  $S_1$, $S_2$.  RRR.  No MRG.  Pulmonary: CTA.  M/S:  Motor 5/5 bilaterally UE/LE.  Pulse intact.  DTR's intact.  Positive tenderness over trapezius region bilaterally.  No seatbelt sign.  +/- tenderness over L clavicle.  Patient was wearing seatbelt.

A:   Trapezius muscle spasm secondary to MVA.

P:   Discussed possible treatments with patient.  Since patient is on other medications, decided to monitor muscle spasms.  Patient to take Cytotec 5/200, 1 po tid prn pain, #15 with 1 refill.  RTC if condition worsens.  Advised heating pad.

Stephen R. Todd, PA-C/prn/kbo

**THE FAMILY DOCTOR**
**151 RAMS PLAZA, CHAPEL HILL NC 27314**

Arrival
_7pm_ Check in
_LLC_ Initial

## SHOULDER TRAUMA/ PAIN

RM# _8_
Name: _Cynthia Barnhill_ Age: _43_ Sex M (F) Chart # _67-405_ Date: _7/17/02_
Allergies: _non-steroidal_ Medications: _Vicodin bid, celexa 40 mg qhr_
_anti inflammatory drugs_ _seaquil 100mg, depakote 500mg qhs_
SUBJECTIVE: Cause of shoulder injury: _MVA 5/13/02_ When: _5/13/02_ _(R) shoulder_
Mechanism of injury: (fall, collision, hyperextension): _MVA_
Past history of injury: _Ø_ Activity that caused injury: □ football □ basketball □ tennis
□ wrestling ☒ MVA □ other: _____
Was there immediate ☒ pain ☒ swelling ☒ lost of range of motion □ locking □ other: _____
□ has pain, swelling, lost or range of motion, locking become worse since injury. ☒ scale of pain 1 to 10 _7_
at time of injury _10_ ☒ scale of pain now _7_. What treatment has been instituted prior to arrival at this
facility: _____

Worker's Compensation injury: YES (NO) Company: _____
Attorney contracted for litigation: (YES) (NO) _LLC error_

OBJECTIVE: Ht: Wt: _218.0_ Temp: BP: _116/74_ Pulse: _84_ LMP:
HEENT: CNII-XI: MINIMENTAL:
DTRS: HEART: LUNGS:
NEURO: OTHER:

Inspection (1) anterior - note if any of the following are positive findings □ prominence of Sterno-
Clavicular joint L R □ Deformity of Clavicle L R □ prominence of Acromo-Clavicular joint L R □
Deltoid wasting L R. (2) Laterally □ swelling L R.

Palpation: ☒ Tenderness □ Bruising ☒ Left □ Right □ Anterior and Lateral aspects of Gleno-
Humeral joint □Upper Humeral shaft and head via Axilla. □ Acromo-Clavicular joint □ Press below
Acromion and abduct arm . □ Clavicle area _____

**Range of Motion** Active: □ Left ☒ Right □ Apley "Scratch" Test - ( test of abduction and external
rotation)- have patient reach behind his head and touch superior medial angle of opposite scapula □
normal ☒ abnormal. □ Internal rotation and adduction - have patient reach in front of his head and touch
opposite acromion. □ normal □ abnormal. □ Internal rotation and adduction - have patient reach behind
his back and touch the inferior angle of opposite scapula □ normal ☒ abnormal. _= pain by → ⊙ 90°_

**Range of Motion** : Passive □Left ☒Right -- Abduction □ ___° ☒normal 180°. Adduction □ ___°
☒ normal 45°. Flexion □___° ☒normal 90°. Extension □ ___° ☒normal 45°. Internal Rotation
□___° ☒normal 55°. External Rotation □ ___° □ normal 40-45°. _c pain_

Motor Strength: ☒Left ☒Right -- Flexors ☒normal □ weakness. Extensors ☒normal □ weakness .

Sensation Testing: ☒Left □ Right -- Lateral arm (C-5) ☒normal □ decreased □ absent. Medial arm (T-
1) ☒normal □ decreased □ absent. Axilla (T-2) □ normal □ decreased □ absent . Axilla to Nipple
(T-3) □ normal Nipple (T-4) □ normal □ decreased □ absent.

Special Tests: □ Yergason Test ( biceps stability ) - externally rotate arm and pull down on elbow. = □
stable □ unstable. □ Drop Arm Test (rotator cuff stability) - □ stable ☒ unstable. □ Apprehension
Test (chronic shoulder dislocation) abduct and externally rotate. □ stable □ unstable. _S/s utz_
_painful_

Diagnostics: □ shoulder films plain : Findings:
□ hemogram: hct: wbc: platelets: □ sed rate: □ other:

# Avalon Medical Group
1001 South Hamilton Road
Chapel Hill, NC 27514

Barnhill, Cynthia                                              05/31/2002
1745 Legion ~~Word~~ Road
Chapel Hill, NC-27517

---

SSN: 239-1-8492
CHART #: ~~225~~
DOB: 06/15/1958

CHIEF COMPLAINT:        Abdominal pain and blood in stool
and neck pain.

PAST MEDICAL HISTORY: Includes
1. New patient visit to this establishment.
2. Health maintenance.
3. Gastritis.
4. Peptic ulcer ~~discharge.~~ disease
5. GI bleed.
6. Depression with hospitalization for the same.
7. Benign breast biopsy x 2.
8. Fibrocystic changes of the breast bilaterally.
9.   Denies any chronic problems, illness, or surgeries.   No
problems otherwise.
10. Colon polyps. Last colonoscopy in 1996, due for the same.

MEDICATIONS: Include
1. Celexa 40 mg p.o. q.p.m.
2. Seroquel 200 mg p.o. q.p.m.
3. Depakote 750 mg p.o. q.d.
4. New prescription today for Protonix 40 mg one p.o. q.d. with
samples given as well.
5.    New prescription today for Flexeril ½ to 1 p.o. b.i.d. and
     one p.o. q.h.s.

ALLERGIES:   No specific allergies, however tries to avoid
NSAID, as they do cause GI bleed.  No other specific allergies
reported.

---

Anelia Petree, M.D.

# Avalon Medical Group
1001 South Hamilton Road
Chapel Hill, NC 27514

Barnhill, Cynthia                                    05/31/2002

---

SOCIAL HISTORY: The patient recently was laid off on her job as an accounting tech. She has been having a 15-year relationship with her partner, who was Deedra Donley. The patient's psychiatrist's name is Dr. Andrea Jimenez. The patient is a nonsmoker, nondrinker. No drugs. no routine exercise.

FAMILY HISTORY: No hypertension. She reports every body on her paternal side of the family of diabetes. Maternal grandfather with colon cancer in his 60s. Paternal grandmother with breast cancer and nephritis in her 70s. The patient's mother, sister, and brother with depression. Three paternal uncles and one paternal cousin committed suicide all from depression. No viral disease. Thyroid Maternal grandfather with Alzheimer's disease. No side effects each CAD except in her brother at 41 years of age who also was abusing cocaine. Father and paternal uncle with alcoholism. Paternal grandmother with a stroke in her 80s.

HEALTH MAINTENANCE: The patient reports she last had a complete physical examination may be couple years ago. We did go ahead and ordered a mammogram today in anticipation. However, go ahead and get her physical She had a with tetanus shot in 1998. Last colonoscopy in 1996 and we referred for the same today.

Subjective

reports an MVC on 5/13/02.

Ms. Barnhill is a very pleasant 43-year-old white female. The patient new to the clinic comes with the above complaints. She at times sort of malaise. She _ May 13, 2002, where she was kept in hit on the side the home. She went to the family doctor who prescribed her ibuprofen knowing that she had had GI bleed in the past and she reports she took this and then since that time, she has developed abdominal cramping, bloated with gas as well. She does not have any weight loss. She has had some discolored stools. She also planning to as well. No fevers or chills. Some significant cramping, however.

---

Anelia Petree, M.D.

Barnhill, Cynthia                                     05/31/2002

Some associated nausea and no vomiting. She reports she is having some back and neck pain associated from her ~~colic as~~ *car wreck* well. She has been trying to avoid anything given her significant trouble already. She is not even taking anything like Tylenol. She reports she would need something for that as well as neck back *Arthrotec* does feel very tight. She also was prescribed ~~from family~~ doctor after she had problems with ibuprofen, and of course she had problems with different __ subsequently as well. She also has significant GI history as above. She is due for colonoscopy as well and has been trying regarding the same. Otherwise she does not have any other complaints. She reports her moods has been stable and she has been fine from her depressive standpoint.

REVIEW OF SYSTEMS: As above.

**Objective**

| | |
|---|---|
| V. Signs | Blood pressure 102/70, pulse 84, weight is 212 pounds. |
| General | Well developed, well nourished, in no acute distress. Nontoxic. OT Ill appearing. Extremely pleasant. |
| HEENT | Benign. Moist mucous membranes. |
| Neck | Supple without any lymphadenopathy. |
| Lungs | Clear bilaterally. Normal respiratory effort. No wheeze, rhonchi, or rales. |
| Cardiovascular | Regular in rate and rhythm. Normal S1 and S2. |
| Abdomen | Positive bowel sounds x all four quadrants. No evidence of any surgical scars or other any skin lesions. No rebound or guarding. She has some general epigastric discomfort, but no one palpable area in all quadrants, soft overall, nontender, and nondistended. She is overweight. |
| Rectal | External rectal exam reveals no evidence of any external *anoscope* blood, hemorrhoids, lesions, or fissures. Insertion of ~~endoscopy~~ is done on procedure and the patient tolerated this very well. She has a small little area of some erythema and a small hemorrhoid within this area noted internally. There is no active bleeding noted. ~~No~~ stool in the rectal vault. |

Anelia Petree, M.D.

# Avalon Medical Group
1001 South Hamilton Road
Chapel Hill, NC-27514

Barnhill, Cynthia                                                    05/31/2002

---

She has normal tone and the exam is tolerated very well. _now H_
Hemoccult here is positive for blood. Musculoskeletal of neck.
She has full range of motion of her neck. No pain on palpation
with the C spine to LS spine. She has no meningeal signs. She
also has some paravertebral muscle tenderness to the cervical and
lumbar area. Back, she does have ~~fullness~~ and some tenderness to
the muscular to the ~~muscular~~ area. She has full range of motion
about her back otherwise. Normal gait. Normal strength
bilaterally in the upper and lower extremities. Normal muscle tone
and no atrophy or weakness.

**Assessment**

1.  Gastritis related to nonsteroidal antiinflammatory drugs
    use.
2.  Cervical pain status post motor vehicle accident.
3.  Muscle spasm status post motor vehicle accident.
4.  Positive hemoccult here in the clinic with a report of GI
    bleeding at home as well and a history of the same.

**Plan**

1.  I spent at least 35 to 40 minutes today with this new patient
    on all of these issues as above. We did a complete medical
    history review and delineation of her treatment of the
    above.
2.  We are going to try some Flexeril 10 mg one-half to one
    p.o. b.i.d. and one p.o. q.p.m. for her muscle spasm. I have
    instructed her to try and start with Tylenol 1 g every six
    hours to see if this gives her some relief of her pain.
    Otherwise, we will have to try one of the other class of
    drugs even consider Ultram and see if she does not have
    any problems with these first as given her symptoms like
    Vicodin or any class drugs that are not in NSAIDs class.
    Certainly, I discussed with her to be doing exercises to help
    stretch out her neck and range of motion to help with her
    symptoms as well. She voiced understanding and is in
    agreement with the same.

---

Anelia Petree, M.D.

Barnhill, Cynthia                                                    05/31/2002

---

I have told her that if she has any tingling sensation down her arms or in the fingers or weakness please do not hesitate to come back and get it evaluated and she voiced understanding.

3.  I gave her some Protonix 40 mg one p.o. q.d.. She is given #14 samples with lot # 3023159, expiring November 2003. She is also given a prescription for the same, for three months. This is to for irritation or any ulcerations, specifically this is causing her bleeding, associated with NSAID use.

4.  We did go ahead in referral for colonoscopy that she is certainly needs to get done. She is due as it has been six years and she noticed positive hemoccult and GI bleeding at home. Also with the positive family history of colon cancer with her grandfather in his 60s as well puts her at greater risk. We will refer her back to UNC where they have her records from previous colonoscopies.

5.  I will go ahead and order a mammogram in anticipation of her physical. I have asked her to come in a week before her physical to get labs done, fasting and is written out for reception to get these scheduled. We will discuss the results of her physical. She is up-to-date on other health maintenance issues and we have got a colonoscopy scheduled as above.

6.  I have instructed her that if she has any worsening of her symptoms, no improvement, new symptoms with the above prior to any other followup, please do not hesitate to come back and get it evaluated sooner. She voiced understanding and is in agreement with the same. Otherwise, I will see her back here for physical and most certainly follow up on how she is doing at that time as well.

---

Anelia Petree, M.D.
ARP/vna
D: 05/31/02  T: 06/03/02

Avalon Medical Group
1001 South Hamilton Road
Chapel Hill NC 27514

## ADULT HEALTH COORDINATION SHEET

DRUG: Allergies: NKDA (avoids NSAIDs 2/0 GIB)

Reactions: _____

Barnhill, Cynthia
BARN239

### PROBLEM LIST

| DATE | PROBLEM | DATE RES. | DATE | PROBLEM | DATE RES. |
|------|---------|-----------|------|---------|-----------|
| | 1. HEALTH MAINTENANCE | | | 11. | |
| | 2. Diabetes | | | 12. | |
| | 3. PUD | | | 13. | |
| | 4. GIB b | | | 14. | |
| | 5. Depression c h/o hospitalization | | | 15. | |
| | 6. Breast bx x2 - benign path. | | | 16. | |
| | 7. FCC Breast | | | 17. | |
| | 8. Colon polyps (adenomatous) | due 2005 | | 18. | |
| | 9. Internal hemorrhoids | | | 19. | |
| | 10. | | | 20. | |

### LIFESTYLE ISSUES (DATES DISCUSSED/CURRENT STATUS)

| OCCUPATION | Trained as Acct. Tech | | | MARITAL STATUS | Partner - Deedra Donkey | | |
|------------|------|---|---|------|------|---|---|
| SMOKER | Θ | | | ETOH | Θ | | |
| SEAT BELTS | | | | EXERCISE | no routine | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FAMILY HISTORY/RELATIONSHIP

Suicide: 3 pat. uncles, 1 pat. cousin b/ depression

| | | |
|---|---|---|
| 1. HTN ⊕ | 2. Depression M, B, S | 3. CAD<50 B (4/yrs) MI: Θ coarse above |
| 4. DM pat. side | 5. Breast Canc. PGM (40s) | 6. ETOH F pat. uncle |
| 7. Colon Canc. MGF (60s) | 8. Other Alzheimers: MGF  CVA PGM (80s) | |

thyroid dz Θ

### IMMUNIZATION / DATES

| IMMUNIZATION | DATES | | |
|--------------|-------|---|---|
| Pneumovax | MMR | | |
| Influenza | | | |
| Hepatitis B | | | |
| dT | 1998 | | |
| | | | |
| | | | |

### HEALTH MAINTENANCE

| EXAM | DATES | | | | |
|------|-------|---|---|---|---|
| Breast Exam | | | | | |
| Colon Screening | 10/02 #3 | | | | |
| Cholesterol | | | | | |
| Mammogram | | | | | |
| Pap & PelvIc | | | | | |
| Rectal Exam | | | | | |
| TB | | | | | |
| | | | | | |
| | | | | | |

1. Hemocult  2. Flex Sig.  3. Colonoscopy

FORM #0001-8338 (1/99)

Medication Usage

Avalon Medical Group
1001 South Hamilton Road
Chapel Hill NC 27514

Patient's Name _____

Allergies: __NKDA (avoide NSAIDS Ho ßIB)__

_____

_____

Adverse Reactions: _____

Abuses: _____

Barnhill, Cynthia

BARN239

Dr. menge

| MEDICATION | DATE | DATE | DATE | DATE | DATE | DATE | DATE | DATE | D |
|------------|------|------|------|------|------|------|------|------|---|
| Celexa 40 mg po qpm | | | | | | | | | |
| Seroquel 200mg po qpm | | | | | | | | | |
| Depakote 750mg po qd | | | | | | | | | |
| Protonix 40mg 0+ po qd | | | | | | | | | |
| Flexeril ½ po bid 3 po qhs | | | | | | | | | |

# Avalon Medical Group

1001 South Hamilton Road
Chapel Hill, NC 27514

Barnhill, Cynthia                                                    05/31/2002
1745 Legion ~~Word~~ Road
Chapel Hill, NC-27517

SSN: 239-1-8492
CHART #: ~~228~~
DOB: 06/15/1958

CHIEF COMPLAINT:        Abdominal pain and blood in stool
and neck pain.

PAST MEDICAL HISTORY: Includes
1. New patient visit to this establishment.
2. Health maintenance.
3. Gastritis.
4. Peptic ulcer ~~discharge~~ disease.
5. GI bleed.

Keith A. Yount, DDS, FAGD
Diplomate, American Board of Orofacial Pain

Medical Review
BCBS of NC
State Employees Plan

RE: Cyndi Barnhill          DOB:10-15-58          Date: 06-19-2002
Subscriber ID#: 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
Ins Co: BCBS

Ms. Cyndi Barnhill was seen for a detailed examination at Raleigh Facial Pain Services today. This correspondence will serve as a synopsis of the history obtained, findings of the examination, impressions and management recommendations. These are discussed with the patient at the consultation.

Ms. Cyndi Barnhill is a 43-year-old female working as an accountant. She receives her dental care from Dr. Theresa Robinson, and her medical care from Dr. Stephen Todd. Ms. Barnhill presented today with the *Chief Complaint* of "jaw and neck pain". The patient's home number is 942-5726.

HISTORY OF CHIEF COMPLAINTS:
1.  Jaw Pain
    Location: post auricular and pre-auricular
    Onset: in September 1974, she was hit in the chin with a see saw; she was sent to the New Hanover
        ER for stitches in chin; she reported her bilateral jaw soreness and limited opening for two
        weeks; following the accident, a sporadic click begin in her left joint on early opening;
        between 1974-1995, the symptoms remained the same; in November 1995, she reports
        waking up with limited jaw opening, extreme pain at her left joint, and spasm of her deep
        Masseter; in Nov 95, Dr. Karen Sailer prescribed Tylenol #3 (+); Dr. Tommy Fix prescribed
        Lorcet (+); in January 1996, there was an increase in pain and muscle spasm with limited
        opening; Dr. Barry Kendell referred to PT for ultrasound and heat sessions (-); in March
        1996, Dr. Kendell referred to Durham Regional for an MRI of jaw joint (by patient report, it
        revealed deterioration of her left disc); in May 1996, Drs. Kendell and Patterson performed
        arthrocentesis (+); on 5-13-02, she was involved in a MVC that resulted in neck pain, low
        back pain, numbness, & weakness in her arms; she consulted Stephen Todd, PA, at urgent
        care who prescribed Arthrotec (-); on 5-15-02, she reported her right deep Masseter had
        developed constant pain, a right side click on early opening, and sporadic joint locks on her
        left side; on 5-17-02, the jaw pain became bilateral and she develop a headache behind both
        ear; on 5-31-02, there the bilateral jaw pain and headaches became constant; she consulted
        Dr. Anelie Petree, who prescribed Flexeril (+); she consulted Dr. Theresa Robinson (by
        phone) who referred to Raleigh Facial Pain Services
    Trauma: (1) in 1974, she was hit with a see saw
       ** (2) on 5-13-02, she was involved in MVC with her side struck by a truck backing out
    Quality:  (1) ache   (2) deep

Quantity: severe
    -temporal pattern: worse upon awakening
    -verbal analog pain score: today 6/10, worst 8/10, and least 4/10
Pain constant with flares: onset (abrupt), frequency (6-7x weekly), length (minutes)
Progression Over Time: worse in frequency and severity
Aggravating Factors: chewing, talking, yawning, biting, and talking on the phone
Alleviating Factors: soft diet, muscle relaxant, relaxation, and hot compressions
Associated Symptoms: joint noise: left joint click began shortly after MVC; the right joint began to click several days later; locking developed in the left joint

Prior Evaluations:

| Provider | Specialty | Treatment |
|---|---|---|
| Karen Sailer | MD | Tylenol #3 (+) |
| Tommy Fix | DDS | Lorcet (+) |
| Barry Kendell | OS | see PT for ultrasound and heat (-) |
| Durham Regional | MD | MRI |
| Kendell & Patterson | OS, DDS | Arthrocentesis (+) |
| Stephen Todd | PA, urgent care | Arthrotec (-) |
| Anelie Petree | MD | Flexeril (+) |
| Theresa Robinson | DDS | referred to RFPS |

Past Medications for This Pain: (+) means effective, (-) means ineffective: Flexeril (+)

2. <u>Neck Pain</u>
    Location: bilateral sub-Occipitals
    Onset: on 5-15-02, following a MVC she reported constant pain and muscle spasm; on 6-2-02, she consulted Dr. Beverly Large for an chiropractic evaluation
    Quality: (1) throb (2) deep
    Quantity: moderate
        -temporal pattern: worse upon awakening and on workdays doing computer work
        -verbal analog pain score: today 6/10, worst 9/10, and least 3/10.
        -lifestyle changes: lifting and decrease in neck and head ROM
    Pain episodes: onset (abrupt), frequency (2x daily), length (minutes)
    Progression Over Time: worse in severity
    Aggravating Factors: lifting; ROM right to left, left to right, head forward to back

    Prior Evaluations:

| Provider | Specialty | Treatment |
|---|---|---|
| Beverly Large | DC | evaluation |
| Stephen Todd | MD | Arthrotec (-) |

    Past Medications for This Pain: Flexeril (+), Tylenol #3 (+)

MEDICAL: Hospitalizations: tonsils (61), 2 nasal septic plugs (82, 93), foot (89), wrist blood clot (97)
    Conditions: low back pain, numbness down both arms, pain in Brachio-radialis since MVC, sinus, IBS, stomach ulcers, NSAIDS created a GI bleed
    Current Medications: Depakote, Celexa, Seroquel

CLINICAL EXAMINATION:
    Palpation temporomandibular joint: Right: severe tenderness lateral pole, posterior lateral pole, loading tenderness. Left: moderate tenderness lateral pole, severe post. lateral pole and loading tenderness. The pop in left joint could be felt under finger during palpation.
    Clenching on Separator: clenching on separator on the bilateral refers discomfort to right Masseter

Auscultation temporomandibular joint: Right: moderate rotational crepitus, coarse translational crepitus. Left: moderate rotational crepitus, coarse translational crepitus. Reciprocal click painful-opening 12mm-closing 15mm. Click was removed on protrusive opening and closing.

Range of Motion Measurements: Opening without pain--------- 18 mm
Opening with pain------------- 35 mm, refers to left joint.
Right lateral-------------------- 6 mm
Left lateral--------------------- 8 mm, refers to left Masseter.
Protrusive---------------------- 8 mm

Muscle Assessment:
Severe: (Right): anterior border Masseter, origin Masseter, deep Masseter, middle Temporalis, posterior Temporalis (same pain as headache), Temporalis insertion, anterior Trapezius, Trapezius insertion, Splenius Capitis, SCM, SCM insertion, anterior Digastric, posterior Digastric, Medial Pterygoid (Left): anterior border Masseter, Masseter insertion, deep Masseter, anterior Temporalis, middle Temporalis, posterior Temporalis (same pain as headache), Temporalis insertion, anterior Trapezius, Trapezius insertion, Splenius Capitis, SCM, SCM insertion, anterior Digastric, posterior Digastric, Medial Pterygoid

Moderate: (Right): superficial Masseter, Masseter insertion, anterior Temporalis, Lateral Pterygoid (Left): superficial Masseter, origin Masseter, Lateral Pterygoid

Trigger Points:(Right & Left): multiple trigger points in both Masseter, Trapezius, and few in SCM

Cervical Screening: extreme forward head and shoulder posture; major discomfort and restriction in flexion/extension, rotation, and lateral tilt referring pain to SCM, Trapezius, and Masseter

Vascular Assessment: moderate tenderness in Facial artery on palpation

Sleep Pattern: un-refreshed sleep; difficulty in falling, maintaining, and returning to sleep; sleep onset is 30 minutes; one awakenings/night; pain upon awakening is of jaw, neck, and ear; sleeps 7/7.5 hours

Psychosocial: patient acknowledges anxiety of PTSD from MVC, stress, and depression associated with pain syndrome; patient's reporting style is high sensory using words such as tender and ache; she has been treated for major depression since 1994; family history of depression (father and mother); presently taking Depakote, Seroquel, and Celexa; presently under care of Dr. Jimenez

Nutritional Screening: 1) no multiple vitamins    2) no supplements    3) Stimulants with vasoconstriction properties in muscle: 3 caffeine intake

Oral Examination: Significant Findings: working contacts-right is canine/1st premolar & 2nd molar, left is canine and lateral; muscle activating contacts-2/31; protrusive contacts-incisors; skeletal-prognathic; ant relationship-Class I bilaterally & post relationship-Class I & II on right side; overjet – 3 mm; overbite – 2 mm; wisdom teeth extracted (1,16,17,32); soft tissue exam-WNL,; crossbite on 5/28; missing teeth (5,12,21); crowns (3,18,19,30,31); root canal (19)

Parafunction: patient denies mass hyper, antigonal notch, palatal tori, broken teeth, and max bone buttress; occlusal adjustment; she has had 3 different splints (2 soft and 1 hard); the soft splints increased the pain; hard upper splint reduced clenching, but does not fit due to new crowns in 1998

Cardiovascular Conditioning: no cardiovascular conditioning; Weight: 209 lbs; Height: 5'10"

IMPRESSIONS:

| Diagnosis | ICD-9 code |
| --- | --- |
| Tension Headache | 307.81 |
| Myofascial Pain Dysfunction | 728.9 |
| Internal Derangement | 524.69 |
| Cervical Dysfunction | 739.1 |

**RECOMMENDATIONS:** The successful management of chronic pain requires an understanding of the pathophysiology and management protocols and recommendations. Successful pain reduction requires a tenacious and continuous effort at implementation by the patient. It requires physical therapy, SMT, & RFPS every week for first 5 weeks after the consult, then bi-weekly for approximately 6 weeks. The duration of the protocol will be approximately two months for muscle based pathologies and longer for joint pathologies, ARS, or fibromyalgia. The protocol will commence the week after the consult. The use of medications and guidelines will follow the protocol in medication material provided. Note: 12 visits for each of the three modalities

> **Facial Pain** (<u>99214 or 99215</u>)-medical management, medication adjustment, behavioral therapy (repeat timer), time contingent medications (Valium bid, Flexeril qhs, Motrin tid); trigger point injections around 6 to 8 visit to PT, hot compresses to Masseter, very warm liquid to Medial Pterygoid; **Muscle Relaxation Orthotic** (<u>21110-52</u>)-(new) muscle recruitment deprogrammer (orthotic) adjustments weekly
>
> **Manual Therapy** (Center for Creative Healing)– ROM mobilization, postural retraining, trigger point therapy, neuromuscular therapy, TENS, ultrasound, ice & stretch, iontophoresis
>
> **Sympathetic modulation training** (Sue Intemann)–biofeedback, progressive muscle relaxation, stress management, parafunction retraining, depression management
>
> **Medical Nutrition Therapy (97802 and 97803)** (Mary Elizabeth Smith, RD, LDN)

We appreciate your participation in the recommended treatment plan for Cyndi Barnhill. If you have any questions concerning our findings and management recommendations, please feel free to call.

Sincerely,

*Keith A. Yount DDS*

Keith A. Yount, DDS, FAGD
Diplomate, Amer. Board Orofacial Pain

Phone
(919) 781-6600

KEITH A. YOUNT, DDS, FAGD
Diplomate, American Board of Orofacial Pain
4505 Fair Meadow Lane, Suite 207
Raleigh, North Carolina 27607

DATE 7-18-02

NAME Cyndi Barnhill

Valium 2 mg
1 tab b.i.d
Disp: 20 tab

REFILL 0 TIMES
GENERIC ALLOWED
AS WRITTEN

Keith A. Yount
KEITH A. YOUNT, D.D.S.
AY 877 8865

---

Phone
(919) 781-6600

KEITH A. YOUNT, DDS, FAGD
Diplomate, American Board of Orofacial Pain
4505 Fair Meadow Lane, Suite 207
Raleigh, North Carolina 27607

DATE 7-18-2002

NAME Cyndi Barnhill

Vioxx 12.5
1 tab b.i.d
Disp: 20 tab

REFILL 0 TIMES
GENERIC ALLOWED
AS WRITTEN

Keith A. Yount
KEITH A. YOUNT, D.D.S.
AY 877 8865

---

Phone
(919) 781-6600

KEITH A. YOUNT, DDS, FAGD
Diplomate, American Board of Orofacial Pain
4505 Fair Meadow Lane, Suite 207
Raleigh, North Carolina 27607

DATE 7-18-02

NAME Cyndi Barnhill

Flexeril 10 mg
1 tab qhs
Disp: 10 tab

REFILL 0 TIMES
GENERIC ALLOWED
AS WRITTEN

Keith A. Yount
KEITH A. YOUNT, D.D.S.
AY 877 8865

Cyndi
Barnhill

6-27-02  faxed order to UNC @ 9:05 AM

7-14-02  Pt called; wanted to schedule.

7-15-02  pt. scheduled for 7/18 for consult.

7-18-02  Consult, packet 2
called pt. >left msg. that ~~I've scheduled~~ her
for mp. @ 11:00 Am on Thurs 7/25/02.
Great understanding paramter

7-25-02  Imp/packet                    JA
                                Global ——— 30%
                                Occ A ——— 5%

PT —→   must start, gause card
                    "        "
B10 —→  _____
        Cover MRI

HA - ~~non~~ random, variable, my pku
packet 3 + Tongue HA
    ~~$~~ Balance 445⁰⁰

7-26-02  called pt. to see "if/what I needed to with
the info.

Keith A. Yount, DDS, FAGD
Diplomate, American Board of Orofacial Pain

# Imaging Order:                    6/27/2002

<u>Please send films by courier as soon as possible.</u>  Also, please <u>FAX REPORT</u> to 781-6430.

## MRI—scheduled for 7/8/02 @ 10:00 pm

Patient Name: Cynthia D. Barnhill                    DOB: 10/15/58
Address:        1745 Legion Road
                Chapel Hill, NC  27517

Home Telephone: # 942-5726

Insurance Company:  BCBS of NC State Health Plan

Insured's Name: self                    Member number:  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

Exam(s) Ordered: MRI of the TMJ's, please image through the entire condyles (bilaterally);
                please pay particular attention to the lateral poles.

Brief History:  patient had prior study done at Durham Regional Hospital in 1996
        Right joint:  moderate rotational crepitus, coarse translational crepitus
        Left joint:   moderate rotational crepitus, coarse translational crepitus; reciprocal click
                non-painful on opening at 12 mm and on closing at 15 mm; click was removed on
                opening and closing in protrusive; pop could be felt under finger during palpation

Please screen patient for presence of metallic particles/objects prior to examination.

Diagnosis: 524.69    Internal Derangement            307.81    Tension Headache

Doctor's phone: (919) 781-6600      fax: (919) 781-6430

Signature _Keith A. Yount_                    Keith A. Yount, DDS, FAGD
                                            Diplomate, Amer. Board Orofacial Pain

The patient Cyndi Barnhill was seen for exam on 6-19-02 ~~and~~ consult 7-18-02 and impression for impression for her orthotic. She has failed to return to delivery of the orthotic, ~~and~~ she has not schedule PT or Bio. The main reason for delays are multiple surgeries. Since we have not started the neuromuscular program, we can not report on MMI. She reports the symptoms of jaw pain began after accident. I can only report what I see at time accident which is ~~first~~ -- disc displacent w/o reductor, jaw muscle pain, and neck pain (see detail letter). I hope Cindy may be able to come in soon for the begining of her neuromuscular program as soon as her multiple surgeries are at end.

## RADIOLOGIST'S REPORT

UNIVERSITY OF NORTH CAROLINA HOSPITALS
DEPARTMENT OF RADIOLOGY
CHAPEL HILL, NORTH CAROLINA

| | | | |
|---|---|---|---|
| NAME: | BARNHILL, CYNTHIA D | MRN: 7092687 | |
| | | RACE: White | SEX: F |
| REQ PHYS: | Keith Yount, M.D. | SSN: 239158492 | DOB: 10/15/1958 |
| REQ | | LOCATION: Magnetic Resonance I | |
| SERVICE: | Magnetic Resonance | | |
| | | CLINIC: Magnetic Resonance I | |
| Reason for Exam: | internal derangement | | |

Physician Address:   Keith Yount, M.D.
4505 Fair Meadow Ln
Ste 207
Raleigh, NC 27607

| Date | Procedure ID | Procedure(s) | ICD |
|---|---|---|---|
| 7/8/2002 | 00715166 | TMJ MRI | |

## VERIFIED

07/0802     MRI OF THE BILATERAL TEMPOROMANDIBULAR JOINTS

DICTATED:   07/09/02

MR number:   709268-7.

Comparison study:   None.

HISTORY:   forty-three year old female with internal derangement.

TECHNIQUE:   multi-sequence, multi-planar MRI imaging of the bilateral temporomandibular joints was performed without intravenous Gadolinium administration.

FINDINGS:   Images through the right temporomandibular joint demonstrate displacement of the meniscus anteriorly on the closed mouth images which does not reduce on the open mouth images. The right meniscus is heterogeneous in its signal intensity. The right mandibular condyle and temporomandibular fossa are normal in appearance without evidence of erosive changes. The right condyle translates normally on the open mouth view.

Images through the left temporomandibular joint also demonstrate both anterior and medial displacement of the meniscus which also demonstrates heterogeneous signal. The left mandibular condyle and temporomandibular fossa are normal in appearance without evidence of erosive changes. The left condyle translates appropriately on the open mouth view.

Neither menisci reduce on the open mouth views.

IMPRESSION:   1. Anterior displacement of both temporomandibular joint menisci which do not demonstrate reduction on mouth opening. 2. Normal appearing bilateral mandibular condyles and temporomandibular joint fossae.    NC/vsh

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD               TEL: 919 942-5726
Chapel Hill      NC    27517    CHART #:6008205

7/23/2002        DAVID T. DELLAERO, MD        -CONTINUED-
POST-OP

7/30/2002        DAVID T. DELLAERO, MD
PRIOR PATIENT NEW CONDITION

**DATE OF INJURY:** 5/13/02

**CHIEF COMPLAINT:** Right shoulder pain following motor vehicle accident 5/13/02

**HISTORY:** 61 43-year old right hand dominant female reports that she was hit on the driver side of her vehicle by a small truck on the above date. She felt weak in the arm initially. Initially had some numbness which resolved. Currently has pain in the lateral arm posterior shoulder joint, anterior shoulder joint. She reports she has had a history of subluxation of the glenohumeral joint and feels that it did potentially slipped out of joint when this happened. It does interfere with her sleep. Pain is worse when reaching overhead.

**PAST MEDICAL HISTORY:** Previous Cortisone injections, oral steroids, fractures and depression/anxiety. Peptic ulcer, GI bleeding and asthma.

**SURGERIES:** Arthroscopic surgery to left knee 6/27/02, tonsillectomy in 1963 and two nasal septoplasties in 1982 and 1993.

**FAMILY HISTORY:** Arthritis, cancer, diabetes and depression.

**CURRENT MEDICATIONS:** Celexa and Tylenol #3.

**ALLERGIES:** 1. PERCOCET
2. NON-STEROIDALS

**SOCIAL HISTORY:** Accounting.

**TOBACCO/ALCOHOL:** Denies the use of tobacco, alcohol or recreational drugs.

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD                   TEL: 919 942-5726
Chapel Hill        NC     27517  CHART #:6008205

**PRIOR PATIENT NEW CONDITION**

**REVIEW OF SYSTEMS:** Positive for joint pains and acne.

**EXAMINATION:** On examination she appears well and in no
apparent distress. Cervical spine is nontender. Range of
motion is without discomfort and Spurling sign is negative.
She is tender at the right acromioclavicular joint mildly.
She has full forward elevation with a painful arc of motion.
External rotation with the arm at the side is to 70 degrees.
Impingement sign is positive. Internal rotation is to T7.
Elbow range of motion is full. Distal neurovascular function
is intact. External rotator strength is 4+/5 with discomfort
compared to 5/5 on the left. Internal rotator is 5/5
bilaterally. She has 1-2+ sulcus bilaterally. 1-2+ anterior
load shift and 2+ posterior.

**IMPRESSION:** 1. Rotator cuff strain possible focal tear with
multidirectional laxity and probable subluxation during
injury.

**DISPOSITION:** Reviewed this at length with her. We discussed
the risk and potential benefits of injection in the right
shoulder. She desires to proceed.

PROCEDURE: After sterile prep with Betadine using sterile
technique, she is given 3 cc of .5% Marcaine plain, 3 cc of 1%
Xylocaine plain, and 40 mg of Kenalog into the right shoulder
subacromial space. She will wait one week and then start a
supervised home exercise program. Return two weeks. If she
is not having any improvement following the injection with
strength or discomfort, may consider MRI scan.

**RX TODAY:** 1. TYLENOL W/CODEINE #3 TABS, 50, 0 refills, Sig:1-2
po q6h prn pain


Typed by tlw from dictation by David T. Dellaero, M.D.

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/59
1745 Legion RD                   TEL: 919 942-5726
Chapel Hill      NC      27517   CHART #:6008205

7/30/2002      DAVID T. DELLAERO, MD                    -CONTINUED
X-RAYS

X-RAYS ORDERED: Four views right shoulder.

REASON X-RAYS ORDERED:   Right shoulder injury with persistent
pain.

INTERPRETATION OF INTERNAL X-RAYS:  61   These demonstrate Type
I acromium.  There is a very small inferior humeral head
osteophyte.  No other degenerative changes, fractures, tumors or
other complicating features are noted and this is reviewed with
her.

Typed by tlw from dictation by David T. Dellaero, M.D.

7/31/2002      DAVID T. DELLAERO, MD
INTERVAL NOTE
Ms. Barnhill was having significant problems even after her
injection because of this and because of the chronicity of her
problem, weakness, and pain I am recommending MRI scan of her
right shoulder to rule out rotator cuff tear.

Typed by tnd from dictation by David T. Dellaero, M.D.

8/06/2002      DAVID T. DELLAERO, MD
PATIENT PHONE MESSAGE

DATE: 080602   TIME:  1203      TAKEN BY: KST
PHONE NO:      942-5726
PROBLEM: VICODIN FOR HER SHOULDER PAIN, ECKERDS 929-1178
TRIAGE SUGGESTION: [?]

PATIENT: BARNHILL, CYNTHIA D.        DOB: 10/15/58
1745 Legion RD                       TEL: 919 942-5726
Chapel Hill        NC        27517   CHART #:6008205

8/13/2002        DAVID T. DELLAERO, MD
FOLLOW-UP NOTE

DATE OF INJURY: 5/13/02

MEDICAL/REFERRING PHYSICIAN: Glenn Withrow, M.D.

CHIEF COMPLAINT: Right shoulder worsening pain.

HISTORY: 61  Ms. Barnhill reports that she has worsening pain
at rest, as well as with attempts at moving her right arm above
and below chest level. She reports that Vicodin is barely
controlling the discomfort. I have spoken to her physical
therapist, who feels that Ms. Barnhill's shoulder sx are
refractory to therapy at this point. The injection did not
help. She notes weakness, as well as pain, crepitation, and
sensation of instability. She reports that her left shoulder
also dislocated during the injury, but feels it has gotten much
better. No problems with her left knee by her report.

CURRENT MEDICATIONS: Celexa, Vicodin.

ALLERGIES: 1. PERCOCET
2. NON-STEROIDALS

EXAMINATION: On examination, there is a painful arc of motion.
There is also pain with rotation below shoulder level. She is
unable to tolerate this significantly. There is no warmth or
erythema about the shoulder. Distal neurovascular function is
intact.

IMPRESSION: Right shoulder reported instability with weakness
and pain despite PT and injection.

DISPOSITION:   Recommend MR/arthrogram to rule out rotator cuff
tear, rule out labral tear. Hold PT for now. Increase
Hydrocodone dosage to Lortab. Home TENS unit. Return
following MRI.

RX TODAY: 1. LORTAB 7.5 TABS, 50, 0 refills, Sig:1 po q6h pr
pain

Typed by sbc from dictation by David T. Dellaero, M.D.

PATIENT: BARNHILL, CYNTHIA D.          DOB: 10/15/58
1745 Legion RD                          TEL: 919 942-5726
Chapel Hill        NC        27517     CHART #:6008205


8/13/2002        DAVID T. DELLAERO, MD                    -CONTINUED
FOLLOW-UP NOTE

    cc:  Dr. Withrow


8/22/2002        DAVID T. DELLAERO, MD
DRUG REFILL PHONE MESSAGE

DATE: 082202        TIME: KST      TAKEN BY:
PHONE NO:        942-5726
DRUG REQUESTED:   LORTAB PLUS
PHARMACY: ECKERDS              PHARMACY NUMBER:  929-1178
TRIAGE SUGGESTION: [?]


8/23/2002        DAVID T. DELLAERO, MD
DRUG REFILL PHONE MESSAGE

DATE: 082302        TIME: 949      TAKEN BY: LP
PHONE NO: 919-942-5726
DRUG REQUESTED: LORTAB 7.5MG -- WILL RUN OUT OVER WKEND
PHARMACY:  ECKERD              PHARMACY NUMBER:  929-1178
TRIAGE SUGGESTION:

***** 2ND MSG ****


8/27/2002        DAVID T. DELLAERO, MD
FOLLOW-UP NOTE

DATE OF INJURY:  5/13/02

MEDICAL/REFERRING PHYSICIAN:  Dr. Glenn Withrow

CHIEF COMPLAINT:  Follow up right shoulder; still hurting.

HISTORY:    61    Ms. Barnhill is requiring increased narcotic
pain medicine for constant aching pain in the right shoulder.

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill        NC      27517   CHART #:6008205


8/27/2002       DAVID T. DELLAERO, MD              -CONTINUED-
FOLLOW-UP NOTE
It is interfering with sleep.  She is here for MRI results.
MRI demonstrated significant partial thickness tear bursal side
of the right supraspinatus and this is reviewed with her.


CURRENT MEDICATIONS:  Celexa; Lortab.


ALLERGIES: 1.  PERCOCET
2. NON-STEROIDALS


EXAMINATION: On exam; she has difficulty elevating arm without
pain today.


IMPRESSION:  1.  Chronic impingement/tendonitis right shoulder
and significant partial thickness rotator cuff tear.


DISPOSITION:   We discussed the diagnosis, prognosis, and
treatment options both surgical as well as conservative.  We
discussed the risks and potential benefits of right shoulder
arthroscopy with arthroscopic acromioplasty and debridement of
the rotator cuff.  Explained that would recommend incision and
repair of the rotator cuff tendon if tear is greater than 50%
thickness of the tendon.  She states she understands and would
want to have this done.  Will schedule this for her.


RX TODAY: 1. NORCO TAB 7.5 MG, 100, 0 refills, Sig:1-2 po tid
prn pain


Typed by dfg from dictation by David T. Dellaero, MD


cc:  Dr. Glenn Withrow


9/03/2002       DAVID T. DELLAERO, MD
PRIOR PATIENT NEW CONDITION


DATE OF INJURY: 05/13/02


MEDICAL/REFERRING PHYSICIAN:  Glenn Withrow, M.D.


CHIEF COMPLAINT:  Right knee pain and swelling following MVA
05/13/02.

PATIENT: BARNHILL, CYNTHIA D.          DOB: 10/15/58
1745 Legion RD                          TEL: 919 942-5726
Chapel Hill          NC        27517    CHART #:6008205


9/03/2002      DAVID T. DELLAERO, MD                    -CONTINUED
PRIOR PATIENT NEW CONDITION

**HISTORY:** 61 Ms. Barnhill reports that she has not worked
since 05/13/02, her accident. She has upcoming shoulder
surgery in nine days. She reports she has had recurrent right
medial knee pain and swelling following injury. She feels she
got a direct blow to her flexed knee and there may have been
some twisting. Partial giving way. She reports there is
locking. Did have bruising initially.

**PAST MEDICAL HISTORY:** Asthma, previous cortisone injections,
previous right wrist fracture, and depression.

**SURGERIES:** None.

**FAMILY HISTORY:** Arthritis and diabetes.

**CURRENT MEDICATIONS:** Celexa 40 mg q hs; Lortab 7.5 mg 3-6 per
day; Maxair and/or Albuterol 2 puffs prn.

**ALLERGIES:** 1. PERCOCET
2. NONSTEROIDALS
3. WALNUTS

**SOCIAL HISTORY:** Accounting. Single.

**TOBACCO/ALCOHOL:** Denies tobacco or alcohol use.

**REVIEW OF SYSTEMS:** Positive joint pain and swelling.
Positive for depression.
Remaining ROS negative.

**EXAMINATION:** She appears well, in no apparent distress. Alert
and oriented. Gait is mildly antalgic on the right. There is
asymmetric mild effusion on the right knee. She is tender at
the medial joint line and there is mild crepitation, worse
with compression medially. There is no straight or rotatory
instability. There is no evidence of patellar subluxation.
There is no calf tenderness. Homan's sign is negative.
Distal motor, vascular and sensory function are intact.

**IMPRESSION:** 1. Traumatic effusion right knee with medial

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 71 of 126

PATIENT: BARNHILL, CYNTHIA D.        DOB: 10/15/58
1745 Legion RD                        TEL: 919 942-5726
Chapel Hill        NC        27517    CHART #:6008205


9/03/2002        DAVID T. DELLAERO, MD        -CONTINUED-
PRIOR PATIENT NEW CONDITION
joint pain and crepitation at medial meniscus.

DISPOSITION: Will recommend MRI scan for right knee. She
reports that she would prefer to do this following her
shoulder surgery and I think this is reasonable. Return at
preop.

RX TODAY: NO PRESCRIPTION THIS VISIT.

Typed by kmc from dictation by David T. Dellaero, MD

cc: Dr. Withrow




X-RAYS

X-RAYS ORDERED: Three views right knee.

REASON X-RAYS ORDERED: Right knee injury.

INTERPRETATION OF INTERNAL X-RAYS: 61  Demonstrate no
fractures, tumors, avulsions or other complicating features and
this is reviewed with her.

Typed by kmc from dictation by David T. Dellaero, MD

cc: Dr. Withrow




9/09/2002        SAMUEL T. DYER, PA-C
PRE-OP

DATE OF INJURY: 05/13/02

MEDICAL/REFERRING PHYSICIAN: Glenn Withrow, M.D.

PATIENT: BARNHILL, CYNTHIA D. DOB: 10/15/58
1745 Legion RD TEL: 919 942-5726
Chapel Hill NC 27517 CHART #:6008205

**9/09/2002** **SAMUEL T. DYER, PA-C** -CONTINUED-

**PRE-OP**

**CHIEF COMPLAINT:** Right shoulder pain.

**HISTORY:** 61 Ms. Barnhill is a patient who has history of right shoulder dislocation. She states this occurred in an automobile accident. She also states MRI showed tendon tear. Based on her lack of progress with physical therapy and medications, Dr. Dellaero recommended surgical intervention. She presents today for that preop evaluation.

**PAST MEDICAL HISTORY:** Previous Cortisone injections, oral steroids, fractures and depression/anxiety. Peptic ulcer, GI bleeding and asthma.

**SURGERIES:** Arthroscopic surgery to left knee 6/27/02, tonsillectomy in 1963 and two nasal septoplasties in 1982 and 1993.

**FAMILY HISTORY:** Arthritis, cancer, diabetes and depression.

**CURRENT MEDICATIONS:** Celexa and Tylenol #3.

**ALLERGIES:** 1. PERCOCET
2. NON-STEROIDALS

**SOCIAL HISTORY:** Accounting.

**TOBACCO/ALCOHOL:** Denies the use of tobacco, alcohol or recreational drugs.

**REVIEW OF SYSTEMS:** Written documentation of a comprehensive review of systems in the in the Operative Notes section of the chart.

**EXAMINATION:** Written documentation of a multisystem organ exam is in the Operative Notes section of the chart.

**IMPRESSION:** 1. Right shoulder rotator cuff impingement/history of shoulder dislocation.

**DISPOSITION:** Same day surgery 09/12/02 for right shoulder diagnostic and operative arthroscopy with possible open

PATIENT: BARNHILL, CYNTHIA D.   DOB: 10/15/58
1745 Legion RD                  TEL: 919 942-5726
Chapel Hill        NC    27517  CHART #:6008205

9/09/2002      SAMUEL T. DYER, PA-C                -CONTINUED
PRE-OP
incision to repair ligaments and/or tendons by Dr. Dellaero. I
discussed the risks and benefits of surgery including risk of
bleeding, infection, persistent pain, loss of motion, need for
physical therapy, as well as the risks of unforeseen
complications such as blood clots and/or complications with
anesthesia. She states she understands and elects to proceed.
I witnessed her sign the operative consent form. Return
following hospital discharge.

**RETURN TO WORK STATUS:** No written restrictions.

**RX TODAY:** NO PRESCRIPTION THIS VISIT.

Typed by kmc from dictation by Samuel T. Dyer, PA-C supervised
by David T. Dellaero, MD

cc: Dr. Withrow

9/17/2002      SAMUEL T. DYER, PA-C
POST-OP

**DATE OF INJURY:** 05/13/02                         - —

**MEDICAL/REFERRING PHYSICIAN:** Glenn Withrow, M.D.

**CHIEF COMPLAINT:** Right shoulder pain.

**HISTORY:** 61 Ms. Barnhill started her physical therapy.
Stopped taking Oxycontin, is currently taking Percocet. Is
doing well this early postop.

**ALLERGIES:** 1. PERCOCET
2. NONSTEROIDALS
3. WALNUTS

**EXAMINATION:** Alert, oriented and in no apparent distress.
Portal incision sites are clean, dry and intact. Distal
sensation and circulation are intact.

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill        NC      27517   CHART #:PT6008205

3/16/2002      ROBIN L. BERNARD-LACY
INITIAL EXAM SHOULDER

DIAGNOSIS: Right acromioplasty scope 9/12/02.

PHYSICIAN: David T. Dellaero, MD

OCCUPATION: Accounting Tech. UNC

RECREATIONAL ACTIVITIES: N/A

CURRENT ACTIVITY LEVEL: Minimal.

PMH/SURGICAL HX: Unremarkable.

DIAGNOSTICS: Surgery.

PAIN RATING - REST  7/10    WORST    9/10.

S: Patient states that she wore sling for the first day and
has been out of it for the last 3 days. Patient pointing to
pain in shoulder and biceps region.

O: (53)  OBSERVATION: Patient came into clinic without
wearing sling.

    CERVICAL SCREEN: Not needed.

    STRENGTH: Will test at appropriate time.

    PALPATION: Increased tenderness around shoulder joint.

    ISOMETRIC RESISTANCE: Not tested.

    ROM:  Active (sitting)   Elevation: Not tested.

          External rotation: Arm at side: Not tested.
                             Arm at 90 degrees of abduction:
                             Not tested.

          Internal rotation: Not tested.

          Passive (supine)   Elevation: 30 degrees.

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill        NC      27517   CHART #:PT6008205


9/16/2002        ROBIN L. BERNARD-LACY           -CONTINUED-
INITIAL EXAM SHOULDER

          External rotation:
                         Arm at 90 degrees of abduction:
                         0 degrees.

          Internal rotation:  20 degrees.

     SPECIAL TESTS: None performed.

     TREATMENT: A description of the treatment, associated
     risks, benefits, and alternatives were discussed with the
     patient. Evaluation and initiation of therapeutic
     exercises for shoulder within protocol and passive range
     of motion to shoulder.

A: Pt with working dx of right shoulder acromioplasty who
presents with decreased range of motion, decreased manual
muscle test, increased pain, no independence with home
exercise program.

GOALS:
1.  ROM of right shoulder flexion to improve to 165, IR/ER to
    65 degrees for functional activities.
2.  Decrease edema to 0 to allow functional mobility.
3.  Pt will demonstrate and verbalize appropriate safety
    precautions.
4.  Pt will resume preillness level of function.
5.  Pain will decrease to 0 to allow for improved quality of
    life and restoration of function.
6.  Pt will demonstrate and verbalize increased awareness
    of appropriate postures and body mechanics during a
    variety of ADL's.
7.  Strength of GH and scapular musculature to improve to 5/5
    for functional activities.
8.  Pt will be independent with progressive h.e.p.

P: PT 2 x wk for 4 wks for stretching and strengthening and
modalities as needed.

ROBIN BERNARD-LACY, PT/ssr

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 76 of 126

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill        NC      27517   CHART #:PT6008205


  9/16/2002      ROBIN L. BERNARD-LACY              -CONTINUED-
INITIAL EXAM SHOULDER

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD                   TEL: 919 942-5726
Chapel Hill        NC      27517  CHART #:6008205

-CONTINUED

9/17/2002        SAMUEL T. DYER, PA-C
**POST-OP**

**IMPRESSION:** 1. Traumatic effusion right knee with medial joint pain and crepitation at medial meniscus.

**DISPOSITION:** Sutures removed.  Encouraged to be more aggressive with her physical therapy.  Follow up 3 weeks with Dr. Dellaero.

**RETURN TO WORK:** No written restrictions.

**RX TODAY:** 1. PERCOCET 5/325, 30, 0 refills, Sig:1 tab po q6h prn

Typed by tlw from dictation by Samuel T. Dyer, PA-C for David T. Dellaero, MD

cc:  Dr. Withrow

*Pending review by DYER, PAC-C SAMUEL T.

9/19/2002        DAVID T. DELLAERO, MD
**PHONE MESSAGE/RESPONSE**

Dr. Dellaero spoke with me this morning and asked me to talk with patient about getting evaluated today by Internal Medicine. I spoke directly with Cindy and she was going to call UNC (she has a lot of medical professional friends there) and get an appointment for today. I asked her to call me directly if she had any problem being seen. I later received a phone call from Carolyn Best asking if it was OK to release her medical records so that she could take them with her for her appointment and I authorized this. I also told Cindy that we were going to hold all PT visits until we heard it was all right for her to resume. I relayed this conversation to Dr. Barrie who was oncall last night and had talked to the patient. - lws

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill        NC     27517   CHART #:6008205


9/19/2002       DAVID T. DELLAERO, MD                    -CONTINUED-
PHONE MESSAGE/RESPONSE


Typed by [?] from dictation by [?].

[?]


9/20/2002       DAVID T. DELLAERO, MD
INTERVAL NOTE
After Ms. Barnhill was directed by me on 9/18/02 to go to the
closest emergency department for evaluation and rule out DVT.
She did prove to have DVT in her right upper extremity.  She
was not started on anticoagulation at that time.  By my
recommendation 9/19/02 Ms. Barnhill saw Dr. Lisa Hartman who
recommended anticoagulation therapy.  She will be taking this
for 3 to 6 months by her report.  She feels she is doing
slightly better.  We will see her as scheduled in 5 days.

Typed by tnd from dictation by David T. Dellaero, MD.


9/24/2002       DAVID T. DELLAERO, MD
POST-OP

DATE OF INJURY: May 13, 2002

MEDICAL/REFERRING PHYSICIAN:  Glenn Withrow, MD

CHIEF COMPLAINT:  Follow-up right shoulder.

HISTORY:  61  Ms. Barnhill reports that she is feeling much
better since she has had treatment initiated for right UE DVT.
She reports minimal discomfort in the shoulder.  She reports
that already the right shoulder feels tremendously better than
it did preoperatively.  She is noting some stiffness in her
neck which she does relate to her MVA 5/13/02.  She is also

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill        NC       27517  CHART #:6003205


9/24/2002      DAVID T. DELLAERO, MD                    -CONTINUE
**POST-OP**
reporting persistent pain in the medial right knee, which she
also relates to the injury.

**PAST MEDICAL HISTORY:** Unchanged.

**SURGERIES:** Unchanged.

**FAMILY HISTORY:** Unchanged.

**CURRENT MEDICATIONS:** Lovenox, Coumadin, Celexa, Vicodin.

**ALLERGIES:** 1. WALNUTS
2. PERCOCET
3. NON-STEROIDALS

**SOCIAL HISTORY:** Unchanged.

**EXAMINATION:** On examination, there is minimal swelling in the
right UE. Incision healed from arthroscopy. There is no
warmth or erythema. PROM is without discomfort. All heads of
the deltoid fire. Elbow ROM is full. Distal motor, vascular,
and sensory functions are intact. There is some stiffness
about the C-spine. She is very tender at the right knee medial
meniscus and there is mild crepitation and there is some
limitation at full extension. There is mild effusion.

On examination, gait is normal. There is no effusion left
knee.

**IMPRESSION:** Right shoulder chronic impingement, labral tearing.
2. Persistent right knee synovitis and tenderness medial
meniscus.
3. Neck pain and stiffness.
4. Chondral injury left knee with fibrotic plica synovium.

**DISPOSITION:** Reviewed at length with her. Will perform PT for
her shoulder. She is not requiring any pain medicines for this
by her report. Recommend MRI scan of the right knee to rule
out medial meniscus tear. Recommend PT for her neck. Return
as scheduled.

PATIENT: BARNHILL, CYNTHIA D.
1745 Legion RD
Chapel Hill NC 27517

DOB: 10/15/58
TEL: 919 942-5726
CHART #:6008205

**9/24/2002** **DAVID T. DELLAERO, MD** -CONTINUED-

**POST-OP**

Note: Ms. Barnhill would also like me to evaluate her left knee and rate it per NC Industrial Commission criteria for permanent partial impairment. She notes some occasional aching and stiffness in the knee. For this she has 10% permanent partial impairment of her left knee. No permanent restrictions for the left knee.

**RX TODAY:** NO PRESCRIPTION THIS VISIT.

Typed by sbc from dictation by David T. Dellaero, MD

cc: Dr. Withrow

**LETTER REGARDING PATIENT**

(Msc) LANIER LISA

PATIENT: BARNHILL, CYNTHIA D.       DOB: 10/15/58
1745 Legion RD                       TEL: 919 942-5726
Chapel Hill          NC      27517   CHART #:PT6008205


**9/26/2002        FRAN MASSA LPT**
**INITIAL EXAM CERVICAL**

**DIAGNOSIS:** Neck pain.

**PHYSICIAN:** David T. Dellaero, MD

**OCCUPATION:** Accounting tech. @ UNC.

**CURRENT ACTIVITY LEVEL:** Out of work.

**PMH/SURGICAL HX:** Asthma, right shoulder acromioplasty 9/12/02,
left knee scope, 6/27/02.

**DIAGNOSTICS:** None.

**PAIN RATING - REST** 7/10   WORST   9/10.

**S:** Patient reports injuring her neck in a motor vehicle
accident on 5/13/02 when she was in the parking lot of her
home. She states she was pulling in to the parking lot when a
neighbor backed out of a parking space at a high rate of speed,
striking the drivers and rear door of her 2001 CRV. She states
that the impact pushed her into the consol, her right knee
struck the console and her neck "snapped" side ways. She
states her neighbor was driving a GMC 94 pick up truck. She
was seen by Steven Todd, PA, family doctor the same day and was
treated conservatively. She states stiffness occurred in the
upper extremities, bilateral upper trapezius, neck and she
started experiencing weakness in the upper extremities
bilaterally. She states her neck pain has continued since the
accident and she has stiffness as well as spasms and reports no
improvement in general. She states there is sleep disturbance
1 to 2 x's per night with inability to fall back to sleep
quickly. Her pain is currently aggravated with riding in the
car, sitting at a computer or reading.

**O:** (53) **OBSERVATION:** Forward head rounded shoulders.

**CERVICAL FLEXIBILITY:**

1. Flexion: With chin 4 finger widths from sternal notch
   with complaint of bilateral neck pain as she points to

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill      NC      27517    CHART #:PT6C08205


9/26/2002      FRAN MASSA LPT                    -CONTINUED-
INITIAL EXAM CERVICAL
          the region over the bilateral facet gutters.
          Lateral Flexion:  Moderately limited.
                            (L) 15 degrees.
                            (R) 30 degrees with complaint of
          right lateral neck pain during both right and left side
          bending.

     2.   Extension:  Moderately limited with complaint of right
          lateral neck pain.
          Rotation:  (L) 45 degrees.
                     (R) 45 degrees with complaint of right
          lateral neck pain during right and left rotation.

     SHOULDER ROM:  Unable to assess secondary to recent
     shoulder surgery.  Passively, the right shoulder elevates
     to 105, ER to 45.

     NEURO:  Light-touch/sharp-dull discrimination intact upper
     extremities.

               Reflexes:  2+ and symmetrical throughout.

     MOTOR:  Unable to assess secondary to pain and recent
             shoulder surgery.

     PALPATION: Tender over bilateral cervical paraspinals,
     bilateral thoracic paraspinals from T12 to the C spine as
     well as C1 through C12 spinous processes.

     TREATMENT:  A description of the treatment, associated
     risks, benefits, and alternatives were discussed with the
     patient.  The patient was instructed in a home program of
     cervical lateral flexion stretch, rotation stretch,
     rag doll stretch and retraction.  The patient states she is
     "tired" and asked "Can we stop now?", stating that she is
     not feeling well.  The patient was coughing frequently
     during the exam, stating that her asthma is bothering her
     at this time.

A:   Pt with working dx of neck pain who presents status post
     motor vehicle accident 5/13/02.  Patient has significant

PATIENT: BARNHILL, CYNTHIA D.        DOB: 10/15/58
1745 Legion RD                       TEL: 919 942-5726
Chapel Hill      NC       27517      CHART #:PT6008205


9/26/2002        FRAN MASSA LPT                    -CONTINUED-
INITIAL EXAM CERVICAL
     loss of range of motion.  Pain level of 7 to 9/10.
GOALS:
1.  ROM of C spine to improve to WNL by discharge so patient is
    able to be independent with drive, able to overhead
    reach, perform work activities, perform recreational
    activities, perform household activities, perform community
    activities, perform functional activities.
2.  Pt will resume preillness level of function.
3.  Pain will decrease to less than 2/10 by discharge to allow
    for improved quality of life and restoration of function.
4.  Strength of UE's and C spine to improve to WNL by discharge
    so patient is able to perform work activities, perform
    recreational activities, perform household activities,
    perform functional activities.
5.  Pt will be independent with progressive HEP.

P:  Will follow the patient BIW.  Will progress as tolerated.

Fran Massa, PT/ssr


*Electronically signed on 10/16/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD                   TEL: 919 942-5726
Chapel Hill        NC    27517   CHART #:PT6008205


10/02/2002        FRAN MASSA LPT
PROGRESS NOTE

REFERRING PHYSICIAN: David T. Dellaero, MD

S: Patient presents with no new complaints. She states she
was unable to come in earlier in the week secondary to
illness.

O: (53) The patient tolerated active assisted range of
motion exercises, passive range of motion stretching was
performed to tolerance to the right shoulder. She tolerated
shoulder elevation to 145, ER to 40. She complained of pain
at end range. No adverse effects to today's session.

P: Continue to follow patient BIW.

Fran Massa, PT/ssr

*Electronically signed on 10/18/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD                   TEL: 919 942-5726
Chapel Hill        NC    27517   CHART #:6008205


10/08/2002      DAVID T. DELLAERO, MD              -CONTINUED-
POST-OP
 external rotation with the arm at the side is to 65 degrees.
 All heads of the deltoid fire.  Elbow range of motion is full.
 Distal motor, vascular and sensory function are intact.  There
 is minimal to no swelling in the forearm.  There is no edema in
 the hand.

 IMPRESSION:  1. Right shoulder rotator cuff strain, chronic
 impingement, labral tearing.
 2. Right upper extremity DVT.

 DISPOSITION:  Reviewed this at length with her.  She is going
 to return as scheduled.  At her next appointment, follow up of
 MRI results of the right knee.  She will continue to follow up
 with Dr. Hartman.

 RX TODAY: 1. VICODIN TABS, 50, 0 refills, Sig:1-2 po q6-8h prn
 pain


 Typed by tlw from dictation by David T. Dellaero, MD

 cc:  Dr. Withrow
      Dr. Hartman




10/29/2002      DAVID T. DELLAERO, MD
FOLLOW-UP NOTE

 DATE OF INJURY:  5/13/02

 MEDICAL PHYSICIAN:  Dr. Glenn Withrow

 REFERRING PHYSICIAN: Dr. Glenn Withrow

 CHIEF COMPLAINT:  Follow-up right knee and MRI results.

 HISTORY:  61  Ms. Barnhill reports that she has had persistent
 neck stiffness and no radiation.  Shoulder is feeling much
 better.  She has pain in the right knee and would like to get

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill        NC      27517   CHART #:PT6008205


10/24/2002        FRAN MASSA LPT
PROGRESS NOTE

REFERRING PHYSICIAN: David T. Dellaero, M.D.

S: Patient reports gradual improvement in symptoms. She
states her right shoulder is definitely improving with
surgery. She reports no problems with her home exercise
program exercises and does report compliance.

O: (53) The patient tolerated active assisted range of
motion exercises. She was instructed in isometric internal
rotation/ER strengthening and spine elongation, all to be
added to her home exercise program. She tolerated Theraband
scapular adduction and bicep curls also to be added to her
home exercise program. Passive range of motion stretching was
performed to tolerance. She tolerated shoulder elevation to
155 degrees. ER: To 40 degrees. No adverse effects to
today's session.

P: Continue BIW.

Fran Massa, PT/ssr

*Electronically signed on 11/06/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill        NC      27517  CHART #:PT6008205

10/25/2002      FRAN MASSA LPT
PROGRESS NOTE

REFERRING PHYSICIAN  David T. Dellaero, M.D.

S: Patient states her neck is "stiff". She complains of
bilateral neck and upper trapezius pain as well as "crunching
and popping" in her neck with movement.

O: (53) The patients home exercise program was reviewed.
She was instructed in cervical range of motion, cervical
retraction, rag doll stretch and we added spine elongation.
She then tolerated moist heat with TENS to the upper trapezius
and cervical paraspinals. No adverse effects to today's
session.

P: Continue to follow the patient BIW. Progress as
tolerated.

Fran Massa, PT/ssr

*Electronically signed on 11/06/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill        NC     27517   CHART #:6008205


10/29/2002     DAVID T. DELLAERO, MD              -CONTINUED-
FOLLOW-UP NOTE
 back to physical therapy bilateral knees.

 ALLERGIES: 1. WALNUTS
 2. PERCOCET
 3. NON-STEROIDALS

 EXAMINATION: On examination, gait is normal. She has near full
 range of motion of the right shoulder.

 INTERPRETATION OF OUTSIDE X-RAY: MRI demonstrated some mild
 articular cartilage irregularity posterolateral femoral condyle
 where she was not having discomfort. There were no medial
 abnormalities. No evidence of "internal derangement".

 IMPRESSION: 1. Mild synovitis right knee. 2. Impingement
 right shoulder.

 DISPOSITION: Recommend continue physical therapy for her neck
 and shoulder and we will add physical therapy for her knees. We
 will try some additional modalities for her neck. Return 6
 weeks.

 RX TODAY: NO PRESCRIPTION THIS VISIT.

 Typed by tnd from dictation by David T. Dellaero, M.D.

 cc: Dr. Withrow



11/05/2002     DAVID T. DELLAERO, MD
PRIOR PATIENT NEW CONDITION

 DATE OF INJURY: 5/13/02

 MEDICAL PHYSICIAN: Lisa Hartman, M.D.

 CHIEF COMPLAINT: Left knee pain requesting injection.

 HISTORY: 61 Ms. Barnhill reports she has noted pain and

PROGRESS NOTE:

Cynthia Barnhill
PT6008205
11.01.02

RF: ETP

S: FMS.

O: The patient tolerated physioball ROM stretching, wall pulley, table slides, supine wand elevation, supine ER stretching. She tolerated isometric IR/ER strengthening, spine elongation followed by PROM stretching with PT. She tolerated Theraband scapular adduction and bicep curls. NAD.

P: Continue to progress as tolerated.

Fm/ssr

CANCEL/NO SHOW

Cynthia Barnhill, PT6008205

Cxld

Fm/ssr

PATIENT:  BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                      TEL: 919 942-5726
Chapel Hill      NC      27517      CHART #:PT6008205


11/04/2002      FRAN MASSA LPT
PROGRESS NOTE

 REFERRING PHYSICIAN: David T. Dellaerc, M.D.

 S:  Patient presents with no new complaints.  Reports no
problems with home exercises.

 O:  (S3)  The patient tolerated active assisted range of
motion exercises and general strengthening below shoulder
level.  She tolerated scapular adduction, shoulder extension,
bicep curl strengthening and internal rotation/ER
strengthening.  Passive range of motion stretching was
performed to tolerance.  No adverse effects to today's
session.

 P:  Will increase Theraband resistance next session.

 Fran Massa, PT/ser

 *Electronically signed on 11/26/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill        NC     27517   CHART #:6008205


11/05/2002     DAVID T. DELLAERO, MD              -CONTINUED-
PRIOR PATIENT NEW CONDITION
swelling in the left knee. She'd like to have an injection.
She notes stiffness in her neck despite traction and therapy.
Shoulder is improved. Right knee causing discomfort and she
feels like she may like an injection in that in the future.

PAST MEDICAL HISTORY: Asthma, right arm blood clot, previous
Cortisone injection, previous oral steroids, previous
fractures, depression/anxiety, peptic ulcer disease and GI
bleeding.

SURGERIES: Arthroscope left shoulder.

FAMILY HISTORY: Arthritis, diabetes, hypertension.

CURRENT MEDICATIONS: Celexa 40 mg., Warfarin 7.5/5 mg.

ALLERGIES: 1. WALNUTS
2. PERCOCET
3. NON-STEROIDALS

SOCIAL HISTORY: Accounting, single.

TOBACCO/ALCOHOL: Negative.

REVIEW OF SYSTEMS: Positive for asthma, joint pain/swelling,
DVT diagnosed in 9/19/02.

EXAMINATION: She appears in no apparent distress. Gait is
normal. There is minimal effusion left knee, none in the
right. She is tender at both joint lines greater medial and
medial femoral condyle on the left. Right is mildly tender at
the medial joint line and pes anserine bursa. Right shoulder
active forward elevation is to 165 degress. External rotation
with arm at the side is to 60 degrees. There is no swelling
in the right forearm or hand. Cervical spine demonstrates
global stiffness certainly much worse than previously.

IMPRESSION: 1. Left knee synovitis. 2. Right knee pain. 3.
Right shoulder impingement. 4. Neck pain which, I explained to
her, I cannot determine the reason that it is worse now this
far from her motor vehicle accident.

PATIENT: BARNHILL, CYNTHIA D.       DOB: 10/15/58
1745 Legion RD                      TEL: 919 942-5726
Chapel Hill        NC       27517   CHART #:6008205


11/05/2002       DAVID T. DELLAERO, MD                -CONTINUED-
PRIOR PATIENT NEW CONDITION

DISPOSITION: Reviewed this at length with her. Recommend
discontinue traction, recommend activities as tolerated right
shoulder. She would like to proceed with injection in her left
knee. Procedure: after sterile prep with Betadine using
sterile technique, she is given 3 cc's 1/2% Marcaine plain, 3
cc's 1% Xylocaine plain, and 40 mg. Kenalog into the left
knee. Return six weeks.

RX TODAY: 1. VIOXX 12.5, 40, 1 refills, Sig:1 PO QD WITH FOOD
PRN PAIN

Typed by per from dictation by David T. Dellaero, M.D.

cc: Dr. Hartman


11/18/2002       FRAN MASSA LPT
PROGRESS NOTE

REFERRING PHYSICIAN: David T. Dellaero, M.D.

S: Patient presents with no new complaints.

O: (53) Patient tolerated ultrasound followed by
iontophoresis with Dexamethasone to the right knee. No
adverse effects to today's session.

P: Continue BIW. The patient was instructed in straight leg
raising and short arc quads to be added to her home exercise
program.

Fran Massa, PT/ssr

*Electronically signed on 11/26/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD                   TEL: 919 942-5726
Chapel Hill        NC    27517   CHART #:PT6C08205


**11/07/2002        FRAN MASSA LPT**
**PROGRESS NOTE**

**REFERRING PHYSICIAN:** David T. Dellaero, M.D.

S: Patient reports bilateral neck pain, upper trapezius pain.

O: (S3) The patient tolerated moist heat with TENS to the upper trapezius and neck. She was unable to tolerate any soft tissue work secondary to exquisite tenderness over the bilateral upper trapezius and neck. She declines cervical tracks and stated that this made her more uncomfortable after the last treatment session.

P: Will continue to follow the patient 1 to 2 x's weekly for cervical pain. Will progress as tolerated.

Fran Massa, PT/ssr

*Electronically signed on 11/12/2002 by MASSA, FRAN

PATIENT: BARNHILL, CYNTHIA D.    DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill        NC      27517  CHART #:6008205

11/18/2002      JACK J. HALPIN, PA-C
PRIOR PATIENT NEW CONDITION

**DATE OF INJURY:** 5-13-02

**MEDICAL PHYSICIAN:** Chapel Hill Internal Medicine

**CHIEF COMPLAINT:** Cervical discomfort and upper thoracic discomfort.

**HISTORY:** 201 Patient has had PT due to recent MVA 5-13-02. She has a follow-up appointment with Dr. Dellaero in the morning, however she is having spasm in the neck and wants something done at this time. Patient states the neck has never been x-rayed.

**PAST MEDICAL HISTORY:** Asthma, blood clot in right arm, previous Cortisone injections, previous oral steroids, previous fractures, and depression/anxiety. Peptic ulcer disease and GI bleeding.

**SURGERIES:** Arthroscopic left shoulder surgery.

**FAMILY HISTORY:** Arthritis, diabetes, and hypertension.

**CURRENT MEDICATIONS:** Celexa, Warfarin, Flexeril, and Vicodin.

**ALLERGIES:** 1. WALNUTS
2. PERCOCET
3. NON-STEROIDALS

**SOCIAL HISTORY:** She works in accounting. Single.

**TOBACCO/ALCOHOL:** Does not smoke.

**REVIEW OF SYSTEMS:** Positive for bleed easily and bruise easily.

**EXAMINATION:** This is a 44 year old white female well nourished and well hydrated. Alert and oriented times 4. Cranial nerves 2 through 11 grossly intact. C-spine she has full range of the C-spine but does complain of some discomfort over the left sternocleidomastoid region and several trigger points

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill     NC      27517     CHART #:6008205


11/18/2002     JACK J. HALPIN, PA-C                    -CONTINUED-
PRIOR PATIENT NEW CONDITION
  over the left trapezius region.  DTRS +2.  Strength is 5/5.

  IMPRESSION:  1. Cervical spasm.

  DISPOSITION:  Patient is taking Flexeril 10 mg one at bedtime.
  Patient advised to take 1 BID.  She will follow with Dr.
  Dellaero in the morning.

  RX TODAY:  NO PRESCRIPTION THIS VISIT.

  Typed by tnd from dictation by Jack Halpin, PA-C on patient of
  David T. Dellaero, M.D. supervised by Richard F. Bruch, MD

  cc:  Chapel Hill Internal Medicine

  *Pending review by HALPIN, PA-C, JACK



  X-RAYS

  X-RAYS ORDERED:  C-spine 4 views.

  INTERPRETATION OF INTERNAL X-RAYS:  201 Shows no acute fracture
  or dislocation.  There is some cervical straightening.

  Typed by tnd from dictation by Jack Halpin, PA-C on patient of
  David T. Dellaero, M.D. supervised by Richard F. Bruch, MD

  cc:  Chapel Hill Internal Medicine

  *Pending review by HALPIN, PA-C, JACK



11/19/2002     DAVID T. DELLAERO, MD
DID NOT KEEP APPOINTMENT


  Cancelled her appointment.  Rescheduled.

PATIENT: BARNHILL, CYNTHIA D.     DOB: 10/15/58
1745 Legion RD                    TEL: 919 942-5726
Chapel Hill      NC     27517     CHART #:6008205


11/19/2002     DAVID T. DELLAERO, MD              -CONTINUED-
DID NOT KEEP APPOINTMENT
Typed by kmc from dictation by David T. Dellaero, M.D.

PATIENT: BARNHILL, CYNTHIA D.      DOB: 10/15/58
1745 Legion RD                     TEL: 919 942-5726
Chapel Hill      NC      27517     CHART #:PT6008205


11/20/2002      FRAN MASSA LPT
PROGRESS NOTE

REFERRING PHYSICIAN: David T. Dellaero, M.D.

S: Patient reports her right knee is doing better. She
reports continued bilateral neck pain greater on the left,
also involving the left upper trapezius.

O: (53) The patient tolerated moist heat with TENS to the
left upper trapezius and neck as well as ultrasound to the
right inferior and medial knee followed by iontophoresis with
Dexamethasone to the right inferior knee. She then tolerated
short arc quads, straight leg raising and supine hip lift.
She tolerated cervical isometrics. I reviewed her home
exercise program. The patient was unable to remember her home
exercise program except straight leg raises. She was unable to
reproduce without verbal cuing. She states she has been given
so many home exercises, she was having a lot of difficulty
remembering them. The patient was given verbal
cues through her home exercise program.

P: Continue to follow the patient BIW. Progress as
tolerated.

Fran Massa, PT/ssr

*Electronically signed on 11/26/2002 by MASSA, FRAN

**PATIENT:**Cynthia Barnhill
1745 Legion Rd
Chapel Hill NC 27517

**DOB**: 10/15/1958
**TEL**: Phone: (919)942-5726
**CHART#**: 001006008205

--------------------------------------------------

12/31/2002 12:00 AM

David T. Dellaero MD

## ORTHOPAEDIC NOTE

**DATE OF INJURY:** 5/13/02

**MEDICAL PHYSICIAN:** Dr. Glenn Withrow

**REFERRING PHYSICIAN:** Dr. Glenn Withrow

**CHIEF COMPLAINT:** Recurrent neck pain and stiffness.

**HISTORY:** Ms. Barnhill reports that since her MVA 5/13/02 she has had recurrent pain and stiffness in the neck. She has done therapy for this in the past. Despite some initial incremental improvement, she has had persistent and now recurrence of worsening stiffness and pain in the neck with pain in the left arm with numbness and tingling into the left hand. She has had persistent recurrent occipital headache. CT scan of the head which she reported was obtained by Dr. Glenn Withrow was negative by her report.

**CURRENT MEDICATIONS:** Celexa, Flexeril, Vicodin and Coumadin.

**EXAMINATION:** On examination she appears well and in no apparent distress. Gait is normal. Cervical spine demonstrates some mild spasm dorsally. Active ROM is limited. She has full ROM of bilateral shoulders. There is no weakness in bilateral upper extremities. Reflexes are 2+ and symmetric.

**IMPRESSION:** Recurrent neck pain and stiffness with radiation left upper extremity and numbness and tingling refractory to time and initial course of physical therapy.

**DISPOSITION:** I recommend we obtain MRI of her cervical spine rather then restarting therapy at this time. Return following test.

Typed by tlw from dictation by David T. Dellaero, M.D.

cc: Dr. Withrow

*Allergies*

| Provider Id | Start Date | Brand Name | Dose | Rx Quanity | Rx Refills | Sig Desc |
|---|---|---|---|---|---|---|
| 5 | 01/14/2003 | Flexeril | 10mg | 60 | 0 | 1 po qd to bid prn spasm |
| 5 | 01/14/2003 | Vicodin | 5-500mg | 50 | 0 | 1-2 po qd prn pain |

PATIENT: Cynthia Barnhill
1745 Legion Rd
Chapel Hill NC 27517

**DOB**: 10/15/1958
**TEL**: Phone: (919)942-5726
**CHART#**: 001006008205

-----------------------------------------------

01/16/2003 09:00 AM

Atul L. Bhat MD
**ORTHOPAEDIC NOTE**

**DATE OF INJURY**: 5/13/02

**MEDICAL PHYSICIAN**: Dr. Lisa Hartman

**REFERRING PHYSICIAN**: David T. Dellaero, M.D.

**HISTORY**:       Ms. Barnhill is a pleasant 44-year old right hand dominant female who has been referred to the office today for consultation by Dr. Dellaero. Seen because of primary complaint of neck pain with associated headache. She also has a secondary complaint of a sensation of weakness in both her upper extremities as well as her complaint of paresthesias involving her left hand.

Ms. Barnhill indicates that she was involved in a MVA on 5/13/02. She was a restrained driver and sustained a side impact from the drivers side of her car. She denies any loss of consciousness following this event. She sought care from her primary care physicians office shortly there after. She begin experiencing her symptoms of neck pain as well as headaches a few days following this injury. She also injured her bilateral shoulder at the time of this injury and has undergone right shoulder arthroscopy with Dr. Dellaero at the North Carolina Specialty Hospital on 9/12/02.

Currently Ms. Barnhill experiences her neck symptoms which are located entirely in the posterior cervical spine. She rates the symptoms as 6/10 on the Visual Analog Scale and describes the sensation as aching and throbbing sensation. There are no specific aggravating or relieving factors identified for these symptoms.

The headaches that Ms. Barnhill experiences are located essentially behind her bilateral ears and radiate upwards posteriorly into the occiput. She denies any retro ocular radiation of her pain or any nausea, vomiting associated with these headaches. She states that her headaches usually occur only after the neck symptoms are typically intensified and can last for a few hours and rarely for a few days. Her symptoms in the posterior neck as well as retro rural region are described as sharp and she rates them as 8-9/10 on the Visual Analog Scale. She has also undergone a CT scan of her head in 11/02 and was told that this was essentially normal.

Her secondary complaint of sensation of weakness in both upper extremities is a generalized feeling without any specific aggravating or relieving factors. Her paresthesias which she experiences in her left hand are predominantly located along the volar aspect of her left index finger, middle finger, ring finger and little finger. She can sometimes wake up at night with these paresthesias and tries to alleviate them by shaking of her hand.

**PRIOR STUDIES**: X-ray, MRI of the cervical spine, CT scan of the head.

**PRIOR TREATMENTS**: Physical therapy, TENS unit.

**PAST MEDICAL HISTORY**:  Asthma, peptic ulcer disease.

**SURGERIES**: Tonsillectomy, nasal septoplasty, left knee arthroscopy by Dr. Dellaero on 6/27/02. Right shoulder arthroscopy by Dr. Dellaero on 9/12/02.

**FAMILY HISTORY:** Positive for arthritis in mother, coronary artery disease in grandmother and brother, hypertension, diabetes predominantly in paternal family and mental illness.

**CURRENT MEDICATIONS:** Albuterol, Flovent, Lexa pro, Flexeril, Vicodin as needed, Coumadin. She is on Coumadin secondary to deep vein thrombosis in her right upper extremity following the right shoulder surgery.

**SOCIAL HISTORY:** Ms. Barnhill is single and lives with her companion. Currently she is off work. She last worked in 4/02. She use to work in the accounting department at UNC and however has been off work secondary to an injury sustained after an accidental fall at work on 3/5/02.

**TOBACCO/ALCOHOL:** Denies any alcohol, smoking or drugs.

**REVIEW OF SYSTEMS:** Negative for any new GI, GU, neurologic, HEENT, endocrine, lymphatic, constitutional, or psychological complaints. Continues to experience her base line symptomatology of neck pain, headaches, and sensational weakness in bilateral upper extremities, bilateral shoulder pain and paresthesias in her left hand. Has occasional blurred vision, difficulty chewing, cough and joint stiffness.

**EXAMINATION:** Ms. Barnhill is alert and oriented person, who stands at the height of 59, weighs 195 pounds, pulse 83, BP 143/105, respiration 16. She is an alert and pleasant person and appears to be in mild distress on this office visit. There is a well healed scar from arthroscopy surgery along the right shoulder as well as the left knee. There was no spinal tenderness. There was no lymphadenopathy. There is no evidence of skin breakdown. Girth is symmetric on both upper and lower extremities including radial, ulnar, posterior tibial and dorsalis pedis. Capillary filling was normal.

ROM of the cervical spine was such that forward flexion was 40 degrees, extension was 30 degrees, and side bending was 20 degrees each. Left rotation at 30 degrees and left side bending at 20 degrees recreated right cervical paraspinal pain. Spurlings, root tension signs, Tinels and Allens maneuvers were negative. However Tinels was positive on the left at 40 seconds. ROM was limited in the right shoulder with abduction being 90 degrees and forward flexion being 90 degrees as well.

ROM was within normal limits in the upper spine. Nerve root tension signs and provocative maneuvers of sacroiliac joint syndrome and lumbar discogenic provocative maneuvers were negative. Muscle stretch reflexes revealed 2+ and symmetric in both upper and lower extremities. Babinski, clonus and Hoffman was negative. Sensory exam was intact to pinprick, light touch, and proprioception including the upper cervical dermatomal. There was no peripheral nerve sensory abnormalities.

Manual motor testing revealed 5/5 strength. Tenderness to palpation was noted bilaterally at the C2-3, and C3-4. However none of these maneuvers recreated any headaches.

**X-RAY INTERPRETATION:** I have no MRI films at this time for review. However, report states that MRI of the left cervical spine shows there is mild left neuro foraminal narrowing at C7-T1 due to disc osteophyte complex. There is mild disc osteophyte at C5-6.

**IMPRESSION:** I have indicated to Ms. Barnhill that she could be experiencing her symptomatology of neck pain as well as headaches from upper cervical internal disc disruption syndrome versus cervical zygapophyseal mediated pain. The cervical zygapophyseal joint could be involving C2-3, C3-4, C1-2 in that order. Sensation of weakness in bilateral upper extremities could be a result of myofascial dysfunction versus bilateral shoulder. Left hand paresthesias could be secondary to C8 radiculopathy versus compression of the median nerve at the distal wrist.

**DISPOSITION:** I have discussed with Ms. Barnhill the options that include diagnostic versus therapeutic cervical zygapophyseal joint injections as well as cervical transforaminal injections. In view of the fact that her neck symptoms as well headaches are bilateral, I would like to address this as a possible cervical discogenic mediated symptomatology. I would address this by performing C5 transforaminal ESI. If these fail to relieve her symptomatology, then I would

like to pursue addressing her symptoms by performing diagnostic and therapeutic facet joint injections beginning with C2-3, C3-4 and C1-2. Once her neck symptoms and headaches have been addressed, she may need an electrodiagnostic evaluation to further assess her left hand symptomatology. She will also need to be off Coumadin and we would need to monitor her INR. I have asked her to discuss this with Dr. Hartman and she will give me a call with Dr. Hartmans input. I have told her that I would be happy to discuss this with Dr. Hartman if she wishes so.

Typed by tlw from dictation by Atul L. Bhat, M.D.

cc: Dr. Hartman

*Allergies*
* Aspirin
* NSAID's

*Medications*

| Provider Id | Start Date | Brand Name | Dose | Rx Quanity | Rx Refills | Sig Desc |
|---|---|---|---|---|---|---|
| 5 | 01/14/2003 | Flexeril | 10mg | 60 | 0 | 1 po qd to bid prn spasm |
| 5 | 01/14/2003 | Vicodin | 5-500mg | 50 | 0 | 1-2 po qd prn pain |

Barnhill, Cynthia D        Sex:F        BD:10/15/1958        MR#:239158492        PT#:4657638

SHOULDER ARTHROGRAM S&I        Aug 19, 2002 15:15

EXAMINATION:   8054 - SHOULDER ARTHROGRAM S\T\I  - RIGHT Aug 19 2002  3:15PM
REASON: RT. SHOULDER DISLOCATION PAIN
73040    1508054
RESULT:  Procedure: Right Shoulder Arthrogram
Clinical History: 43 year old status post MVA with right shoulder
dislocation. Patient now with pain and weakness in the right shoulder.
Patient referred for right shoulder MR arthrogram.
Technique: Informed, witnessed consent obtained prior to the procedure.
Risks and benefits of the procedure were discussed with the patient.
Patient expressed an understanding of the intended procedure and agreed
to proceed as planned.
Fluoroscopy was used to mark the skin site overlying the inferior aspect
of the right humeral head. The area of the right shoulder was prepared
and draped in the usual fashion. Aseptic technique was observed. 1%
Lidocaine was used as a local anesthetic. Using fluoroscopy guidance, a
22 gauge spinal needle was inserted into the right glenohumeral joint. A
small amount of Omnipaque 240 was injected to confirm position.
Subsequently, approximately 10 ml of Magnevist/normal saline solution
(0.06 ml of Magnevist diluted in 20 ml of normal saline) was injected
into the right glenohumeral joint. After the Magnevist/normal saline
solution was injected, the 22 gauge spinal needle was removed. Patient
tolerated the procedure well with no immediate complications noted.
Patient was referred to MRI for further imaging.
IMPRESSION:   Fluoroscopic guidance used to place contrast media in right
glenohumeral joint prior to MRI study.
 BUNDLE: <BUNDLE_DOC>
Read By: RANDY CRUELL M.D.
Transcribed By: PSC
Electronically Signed By: RANDY CRUELL M.D.

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 105 of 126

·Barnhill, Cynthia D      Sex:F    ·    BD:10/15/1958     MR#:239158492     PT#:4457638

UPPER EXTREMITY JOINT                                   Aug 19, 2002 16:05

```
******************  ADDENDUM *******************


EXAMINATION:  9453 - MRI UPPER EXT JOINT W/O CONTRAST  - RIGHT  Aug 19
2002  4:05PM
REASON: RT. SHOULDER DISC LOCATION,
73221    1489453
RESULT:
*** VOICE TO TEXT RESULT ADDENDUM ***
Addendum: Coronal T2 weighted images 8-10 reveal intrasubstance increased
signal through the anterior fibers of the supraspinatus tendon near its
insertion with fraying of the bursal fibers, consistent with high grade
partial tear of bursal fibers vs. supraspinatus tendinopathy. Correlation
with history is suggested.
*** END OF ADDENDUM ***
RESULT:  Exam: Right shoulder MRI.
Indication: Status post MVA March 2,002. Now complaining of trouble
lifting of right, weakness in the right arm.
Technique: Images of the right shoulder were obtained in multiple planes
using several pulse sequences.
Contrast dose: 10 cc Intra-articular dilute gadolinium, one in 200 part
with normal saline.
Comparison: None.
Findings:
The tendons of the outer cuff are intact. There is no evidence for
contrast extravasation in the subacromial/subdeltoid bursa to suggest
full-thickness tear. The glenoid labrum is intact. The biceps and biceps
anchor are intact. The acromion process has type II morphology. Minor
osteophyte is present at the undersurface of the acromion with subjacent
minor subdeltoid bursa fluid, suspicious for impingement.
IMPRESSION:
1. No evidence for rotator cuff tear or labral injury.
2. Minor osteophyte at the undersurface of the acromion with tiny
subdeltoid bursal fluid, suspicious for impingement syndrome, which is a
clinical diagnosis.
 BUNDLE: <BUNDLE_DOC>
Read By: HEMANG JAYENDRA PATHAK M.D.
Transcribed By: PSC
Electronically Signed By: JAMES LESTER M.D.
```

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 106 of 126

BARNHILL, Cynthia                     Date of Surgery:      09/12/02
MR#:  3295                            Page 1 of 2

North Carolina Specialty Hospital
OPERATIVE REPORT

Preoperative Diagnosis:       Right shoulder partial-thickness rotator cuff tear and chronic impingement.

Postoperative Diagnosis:      Right shoulder partial-thickness rotator cuff tear and chronic impingement.

Procedure:       # 1- Diagnostic and operative arthroscopy right shoulder with arthroscopic acromioplasty.
                 #2 – Debridement glenohumeral joint, extensive.

Surgeon:  David T. Dellaero, M.D.

Assistant:  Sam Dyer, P.A.-C.

Anesthesia:    Interscalene block.

Estimated Blood Loss:    Minimal.

Drains:   None.

Specimen:    None.

Complications:    None.

Condition:    Stable to recovery room.

**Indications for Procedure:**  This is a 43-year-old right-hand-dominant female who injured her shoulder in an accident several months ago.  She has had worsening, constant pain in the right shoulder, interfering with sleep, pain with elevation, and impingement signs, type II acromion.  MRI was consistent with partial-thickness tearing of the rotator cuff bursal surface.

The risks and potential benefits of the procedure were discussed at length with the patient as well as alternative conservative treatment options and their prognoses.  She desired to proceed with surgery.

**Procedure in Detail:**   After informed consent was obtained and following prophylactic antibiotics, Ms. Barnhill was taken to the operating room and transferred to the operating room table following interscalene block anesthesia.  She was placed in the beach-chair position.  All bony prominences padded, head and neck in neutral position.

Examination under anesthesia demonstrated no instability and no stiffness.  The right upper extremity was prepped from the neck to the wrist in a sterile manner and a sterile field was created.  Portal sites and subacromial space were injected with 20cc of 1% Xylocaine with Epinephrine.  Posterolateral portal was created with the #15 blade.  The blunt obturator and arthroscopic sheath were gently introduced into the glenohumeral joint.  Anterosuperior portal was created under direct vision superior and lateral to the coracoid.

Examination of the glenohumeral joint:  There was partial-thickness tearing of the anterior supraspinatus.  This did not appear to be near 50% thickness of the tendon.  The articular surfaces were normal.  The biceps anchor, tendon, and pulley were normal.  The intra-articular subscapularis was intact.  There was no significant

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 108 of 126

labral abnormality. All glenohumeral ligaments were well-attached and the labrum well-attached to the glenoid.

_Glenohumeral joint debridement, extensive:_ Partial-thickness tear was extensively debrided to healthy tissue. Further probing demonstrated that it was < 25% thickness of the tendon.

The scope was then placed in the subacromial space.

_Arthroscopic acromioplasty:_ There was extensive thickened scarred bursa and this was removed with a shaver. There was fraying at the coracoacromial ligament. The ligament was resected with the shaver and Arthrocare wand. The rotator cuff was extensively probed and there was no evidence of significant bursal-side tearing nor focal thinning upon probing.

Soft tissue was removed from the anterior acromion and anterior acromioplasty was performed with a 6.0 sheathed bur from the lateral and posterior subacromial portals.

The subacromial space was irrigated. Hemostasis was obtained. Pain-buster was placed under direct vision. Portals were reapproximated with nonabsorbable suture. Dry sterile dressing, axillary pad, and sling were applied.

Ms. Barnhill was then gently assisted to the hospital bed and to the recovery area in stable condition. There were no obvious intraoperative complications.

Immediate Postoperative Plan:  The patient was discharged home in stable condition. Regular diet. Dressing instructions and Pain-buster removal discussed with patient.

Discharge Medications:  OxyContin 20mg, one p.o. q12h, #10. Percocet 5/325, one to two p.o. q4-6h p.r.n. pain, #50. Phenergan 25mg, #15, one p.o. q6h p.r.n. nausea.

Follow-up:  She will return to the office in approximately four days to initiate physical therapy and follow up appointment.

_David T. Dellaero, M.D._
9/23/02

DTD/ekm
Date received:  09/13/02
Date transcribed:  09/17/02

Please complete this form and bring it with you for the preoperative interview. If you are not sure about an answer, you may leave it blank and discuss it with one of our medical staff members.

Name: Cynthia Diane Barnhill    Surgery Date: 09/12/2002 Surgeon: Dellaero

Primary Care Physician: _____    Surgery To Be Done: Right Shoulder Scope

Diet: Regular    Problems with Chewing or Swallowing? No

Any Allergic / Unusual Reactions to Medications, Foods, Tape, Latex, Iodine or Betadine? Yes ☒ No ☐

Describe: Foods - Walnuts; Medications - Percocet & NSAIDS

List All Medications You Take ( Prescription and Nonprescription )

| Medicine | Dose | Times a Day | Medicine | Dose | Times a Day |
|---|---|---|---|---|---|
| Lortab | 7.5 | 3-5 x | | | |
| Celexa | 40 mg | 1 at Bedtime | | | |

| List All Operations or Hospitalizations | Date | Type of Anesthesia (general, local, spinal, epidural, unknown) |
|---|---|---|
| (R) Knee Arthroscopy | 06/27/2002 | Unknown - (Records at NCSH) |
| Nasal Septoplasty | 1982 / 1993 revised | General |
| Breast Biopsy | 1986 | General |
| Tonsillectomy | 1961 | General |

Have you ever had problems or complications from anesthesia? Yes ☐ No ☒ Describe:_____

Has anyone related to you had a high fever, breathing problems, or other problems with anesthesia? Yes ☐ No ☒

Do any of your relatives have a history of bleeding disorders, muscle disease, or trouble with anesthesia? Yes ☐ No ☒

Can you lie flat in bed? Yes ☒ No ☐    Do you need to sleep on more than one pillow? Yes ☐ No ☒

Do you use or have any of the following?

| | |
|---|---|
| TOBACCO? Yes ☐ No ☒ | |
| If cigarettes, how many packs a day? | |
| For how many years? | |
| If you used to smoke, when did you quit? | |
| How old were you when you started smoking? | |
| Does anyone else in the house smoke? Yes ☐ No ☒ | |
| ALCOHOL? Yes ☐ No ☒ | |
| If yes, how many drinks per day/week/month/year? | |
| RECREATIONAL DRUGS (marijuana, cocaine, etc.)? Yes ☐ No ☒ | |
| REMOVABLE DENTURES? Yes ☐ No ☒ | |
| If yes, partial or full sets? | |

| |
|---|
| PERMANENT CAPS / CROWNS / BRIDGES? Yes ☒ No ☐  /bottom |
| 2 (R) 1st & 2nd Molars; (R) 1st Bot. Mol.; (R) upper |
| LOOSE TEETH? Yes ☐ No ☒ |
| HEARING AID? Yes ☐ No ☒ |
| EYEGLASSES? Yes ☒ No ☐ |
| CONTACT LENSES? Yes ☐ No ☒ |
| WALKER / CANE / CRUTCH / WHEELCHAIR? Yes ☐ No ☒ |
| OTHER PROSTHESES? Yes ☐ No ☒ |

Have you or your child been exposed to measles, mumps, or chickenpox within the last 3 weeks? Yes ☐ No ☒

Have you ever been advised to take antibiotics before having dental work or surgery? Yes ☐ No ☒

Do you have any religious restrictions to your health care? Yes ☐ No ☒

How physically active are you?    ☐ Very Active    ☒ Somewhat Active    ☐ Not Very Active
                                 ( No Restrictions)   ( Able to Walk Up Stairs )   (Unable to Walk Up Stairs)

Who will bring you or your child here the day of surgery? Deedra A. Donley Phone # (919) 942-5726

DO YOU NOW HAVE OR HAVE YOU EVER HAD THE FOLLOWING:

| CARDIOVASCULAR | YES | NO |
|---|---|---|
| 1. High or Low Blood Pressure | ✓ | |
| 2. Angina / Chest Pain | | ✓ |
| 3. Heart Attack | | ✓ |
| 4. Irregular Heartbeat | | ✓ |
| 5. Heart Murmur | | ✓ |
| 6. Congestive Heart Failure | | ✓ |
| 7. Mitral Valve Prolapse | | ✓ |
| 8. Peripheral Vascular Disease / Poor Circulation | | ✓ |
| 9. Waking Up At Night Short of Breath | | ✓ |

| PULMONARY | YES | NO |
|---|---|---|
| 1. Asthma | ✓ | |
| 2. Pneumonia or Acute Bronchitis (2000) | ✓ | |
| 3. Chronic Bronchitis or Emphysema | | ✓ |
| 4. Shortness of Breath | | ✓ |
| 5. Tuberculosis | | ✓ |
| 6. Cold or Fever at Present or Within the Past 6 Weeks | | ✓ |

| NEUROLOGICAL | YES | NO |
|---|---|---|
| 1. Migraine Headaches | | ✓ |
| 2. Seizure | | ✓ |
| 3. Fainting Spells | | ✓ |
| 4. Stroke or Mini Strokes | | ✓ |
| 5. Psychiatric Condition (Depression) | ✓ | |
| 6. Claustrophobia | | ✓ |
| 7. Panic Attacks | | ✓ |

| GASTROINTESTINAL | YES | NO |
|---|---|---|
| 1. Hepatitis/Jaundice | | ✓ |
| 2. Hiatal Hernia, Frequent Heartburn, or Indigestion | | ✓ |
| 3. Peptic Ulcers    1986 after taking NSAIDS) | ✓ | |

| RENAL | YES | NO |
|---|---|---|
| 1. Kidney Failure or Dialysis | | ✓ |
| 2. Other Kidney Disease | | ✓ |

| ENDOCRINE | YES | NO |
|---|---|---|
| 1. Diabetes | | ✓ |
| 2. Thyroid Disease | | ✓ |
| 3. Pregnancy (Current) | | ✓ |
| Date of Last Menstrual Period  08/14/2002 | | |

| HEMATOLOGICAL | YES | NO |
|---|---|---|
| 1. Anemia | | ✓ |
| 2. Sickle Cell Disease or Trait | | ✓ |
| 3. Excessive Bleeding Problems | | ✓ |
| 4. HIV / AIDS | | ✓ |
| 5. Blood Transfusion | | ✓ |
| 6. Cancer | | ✓ |

| MUSCULOSKELETAL | YES | NO |
|---|---|---|
| 1. Arthritis of Neck or Jaw | | ✓ |
| 2. Muscular Dystrophy | | ✓ |
| 3. Low Back Pain | | ✓ |

| HEENT | YES | NO |
|---|---|---|
| 1. Glaucoma | | ✓ |
| 2. Hearing Loss | | ✓ |
| 3. Vision Loss | | ✓ |

| OTHER MEDICAL PROBLEMS OR SERIOUS ILLNESSES NOT PREVIOUSLY MENTIONED |
|---|
| TMJ problems bilaterally (related to accident 05/13/2002) |
| |
| |
| |
| |

Signature of Person Completing Form: _Cynthia Diane Ball_ Date: 08/27/2002

Relationship to Patient:   PATIENT

DO NOT WRITE BELOW THIS POINT.  THANK YOU FOR PROVIDING THIS INFORMATION.

| HT | WT | BP | HR | RR | T |
|---|---|---|---|---|---|
| | | | | | |

Mental Status / General Appearance: _____

Signature of Individual Reviewing Form: _____  Date: _____

DOC. ANES.XX2.FRM

# PECIALTY HOSPITAL, LLC
### Short Stay Physical Exam

Cynthia Barnhill _____ Age: _43_ History #: _____

Chief Complaint/Present Illness: _Right shoulder pain. Pain since injury._
_PT ineffective & sig. long-term relief._

ALLERGY: _NSAID's, walnuts_

Vital Signs: T._____ P._____ R._____ B/P._____ HT._____ WT._____ Physician _D. Dell____

General Appearance: _Woman in NAD_

| | |
|---|---|
| HEENT: | (X) Within Normal Limits  NC, AT  PERRLA |
| | ( ) Other   EOMI  CLEAR |
| Cardiac: | (X) Within Normal Limits |
| | ( ) Other   RRR, No M/R/C, S1 S2 ⊕ |
| Pulmonary: | (X) Within Normal Limits |
| | ( ) Other   CTA (B) |
| Abdomen: | (X) Within Normal Limits |
| | ( ) Other   Soft, NT, ND, B: ⊕ |
| Neuro: | (X) Within Normal Limits |
| | ( ) Other |

Other Pertinent Observations: _RLJ: 2+_ _biceps: √_
_ulnar: √_ _BR: √_
_Allen: ⊖_ _triceps: √_

**Provisional Diagnosis:**

(R) RTC impingement

**Planned Treatment:**

(R) shoulder arthroscopy, poss. open RTC repair

Physical Exam Completed By: _____ Date: 9-12-02

Signature/Title

Attending Physician Signature: _____ Date: 9/12/0

# SURGICAL/INVASIVE PROCEDURE
## NURSING RECORD - PROCEDURE

NAME: BARNHILL, CYNTHIA D
ACT#: 3295     SS#: 239153492
DOB: 10/15/58   AGE:43 SEX:F
DR: DELLAERO, DAVID T MD
DOS: 09/12/02

Time 1200
☑ Ambulatory ☐ Wheelchair ☐ Assistance

Pre-Op Vital Signs: 94/55
T 98 P 72 R 18 BP 94/55 SaO2 98% Glucose (If applicable)

| RESPIRATORY | LOC/NEURO | SPEECH | SKIN | GI |
|---|---|---|---|---|
| ☑ Regular | ☐ Alert | ☑ Normal | ☐ Warm | Abdomen: |
| ☐ Unlabored | ☐ Oriented x 3 | ☐ Other | ☐ Dry | ☐ Soft |
| ☐ Clear (Bilaterally) | ☐ Extremity Strength | ☐ English | ☐ Cool | ☐ Distended |
| ☐ Moderately Deep | | ☐ Other | ☐ Moist | ☐ Bowel sounds |
| ☐ Irregular | ☐ Deficit | | ☐ Edema | Present |
| ☐ Shallow | ☐ Disoriented | VISION/HEARING | | ☐ Other |
| ☐ Labored | | ☑ Normal | | |
| ☐ Congested | PSYCHOLOGICAL | ☐ Other | CARDIOVASCULAR | CURRENT PAIN |
| ☐ O2 lpm | ☐ Cooperative | | SOUNDS | ☐ No Pain |
| ☐ Other | ☐ Anxious | COLOR | ☐ Regular | Scale 0-10  8 |
| IVF R/L Rate KVO Cath 20 | ☐ Fearful | ☐ Pale | ☐ Irregular | Location/Descrip- |
| Site & Condition ① hand | ☐ Confused | ☐ Pink | ☐ Other | tion |
| Attempts___ Time___ | ☐ Hostile | ☐ Flushed | | |
| Signature:___ | ☐ Other | ☐ Dusky | | |

| PRE-OP MEDS | STRENGTH | FREQUENCY | ROUTE | TIME | INITIALS |
|---|---|---|---|---|---|
| LORAZEPAM | mg | X 1 | SL | | |
| VERSED | mg | X 1 | PO | | |
| ZANTAC | 150 mg. | X 1 | PO | | |
| METOCLOPRAMIDE | 10 mg. | X 1 | PO | | |
| DIAMOX | 250 mg. | X 1 | PO | | |
| ALBUTEROL in 3 cc NS | cc. | | NEB | | |
| METHYLPREDNISOLONE | 125 mg | | IV | | |
| CEFAZOLIN | 1 gram | OCOR | IV | | CC |
| VANCOMYCIN | 1 gram | 30 min prior to OR | IV | | |
| EMLA CREAM | | 30 min prior to IV | TOPICAL | | |
| AFRIN NASAL SPRAY | | 30 min prior to OR | NASAL | | |
| INSULIN | U | | SQ | | |
| INSULIN | U | | SQ | | |
| PILOCARPINE | % | 1 gtt q 5 min x 3 | | | |
| SUPROFEN | 0.03% | 1 gtt q 5 min x 3 | | | |
| FLOXAN | 0.3% | 1 gtt q 5 min x 3 | | | |
| TROPICAMIDE | % | 1 gtt q 5 min x 3 | | | |
| PHENYLEPHRINE | % | 1 gtt q 5 min x 3 | | | |
| MYDOLOGY | % | 1 gtt q 5 min x 3 | | | |
| IOPIDINE | 0.5% | | | | |
| GENTAMYCIN | 0.3% | 1 gtt q 5 min x 3 | | | |
| XYLOCAINE | 0.5% | X 1 | | | |
| SENSIVICAINE | 0.5% | 1 gtt q 5 min x 3 | | | |

| FOCUS | GOAL | ACTION | DATE/RN |
|---|---|---|---|
| Knowledge deficit r/t pre & post-op procedures/expectations | Patient will verbalize/demonstrate understanding of pre/post-op care | Provide written/audio/visual patient education material | |
| Anxiety/fear r/t anticipated surgical process | Patient/family will demonstrate de-creased anxiety/fear | Explain in simple/concise descriptions the surgical/ambulatory routine | |

| NURSE SIGNATURE | INITIALS | NURSE SIGNATURE | INITIALS |
|---|---|---|---|
| C Chichester RN | CC | | |

NAME: BARNHILL, CYNTHIA D
ACT#: 3295    SS#: 239155492
DOB: 10/15/58    AGE:43 SEX:F
DR: DELLAERO, DAVID T MD
DOS: 09/12/02

## PRE-ANESTHESIA EVALUATION

Patient Name: _Cynthia Barnhill_    Age: _44_    MR N _____

Surgeon: _Dellaero_    Date of Surgery: _9-12-02_

Proposed surgery: _Rt shoulder scope Acromioplasty_
_Poss open RCR_

**To be completed by the Anesthesiologist/CRNA:**

Allergies: Percocets - syncopal episodes
NSAIDs - PUD

Smoking Hx: Ø

Medications (circle those taken pre-op)
PCN   Albuterol inhaler
Intal
celexa

Previous surgery/anesthesia:
T + A
septoplasty
D + C
lymphnodect
(R) knee arthroscopy 1/2003
Dx scope 6/2002

Medical Problems
Asthma
Depression
? Low BP - premen
anemia

ETOH: _Ø_    Drug Abuse: _Ø_    Family history of anesthesia problems: No ☑  Yes ☐

Pertinent physical findings: Ht. _5'9"_  Wt. _200_  BP _____  HR _____  RR _____  T _____

Airway: √
Teeth: N
Mouth opening: N
Mallampati class: MP II
M → H distance
Neck (average) short fat
Neck mobility
Heart: N
Lungs: N
Other:

Laboratory (date all)
EKG _____
_____
CXR _____
_____

Summary of problems pertinent to anesthetic plan:

ASA Physical Status:    I    (II.)    III    IV    V    Emergency

Anesthetic Plan:    Local/MAC    Mask GA    GET    GA-L MA    Mask Induction

Anesthetic options, procedure &risks explained to the patient &/or guardian & questions answered. They appear to understand and wish to proceed.

Signature: _____    Date: _____

Chart reviewed. Patient interviewed and examined. Interval changes since pre-op: None

Date/Time: _09/12/02_

Signature: _Martin_

REVIEWED
C@2052 CRNA
09/12/02

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 115 of 126

# ANESTHESIA RECORD
## NORTH CAROLINA SPECIALTY HOSPITAL

NAME: BARNHILL, CYNTHIA D
ACT#: 3295    SS#: 239158492
DOB: 10/15/58   AGE:43  SEX:F
DR: DELLAERO, DAVID T MD
DOS: 09/12/02

MR# 3295   Date 9-12-02  OR# 4   Room
Sex F   HT 5'9"   BP 128/73   ASA Class 2

Diagnosis #1: FROSTAL THICKNESS RCT
Procedure #1: ARTHROSCOPY © SHOULDER

| PATIENT SAFETY |
| --- |
| Anes. Machine Drager 5.0   Checked |
| Safety Belt On   Emer. Vent Equip. |
| Lumbered Restraints R   Arms Tucked R   L |
| Pressure points checked & Padded |

| AGENTS AND DRUGS | | | | | | | TOTALS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Oxygen (LPM) | 1-1 2 | | | | | | |
| N2O/AIR (LPM) | | | | | | | |
| SEVO | | | | | | | |
| ISO/DES | | | | | | | |
| DTC/SUX (mg) | | | | | | | |
| MIDAZOLAM (mg) | | | | | | | |
| FENTANYL (mcg) | 50 | | | | | | |
| PENTOTHAL (mg) | | | | | | | |
| PROPOFOL (mg) | 50 | | | | | | |
| LIDOCAINE (mg) | | | | | | | |
| DROPERIDOL (mg) | | | | | | | |
| ATROP/GLYCO (mg) | | | | | | | |
| MORPHINE | | | | | | | |
| ODANSETRON | | | | | | | |

ANES. START 1411
OR ARRIVAL 1416
INDUCTION-X 1418
INCISION 1437
DRESSING 1523
LEAVE OR 1528
ANES. STOP 1535
TOTAL ANES TIME 84 m.

| EVENT MARK | | | |
| --- | --- | --- | --- |
| TOF | | | |
| EKG | | | |
| TEMP | | | |
| PULSE OX / RA | 100 | 99 | 98 |
| ET CO2 | | | |
| FiO2 | | | |
| MINUTE VENTILATION/RR | | 14 | 12 |
| PEAK INS PRESSURE | | | |
| SPONT/ASSIST/CONT. | | 5 | 5 |
| IV FLUIDS | LR | | |
| EST BLOOD LOSS | | | |

REMARKS: To OR#4 @ 14:16 - ROUTINE MONITORS - PRECURARIZED
ISB. (R) © 30 CC M. ROPIVOC (?) .75%.

TO PACU - GOOD CONDITION ©

| TOTAL | | |
| --- | --- | --- |
| BLOOD LOSS | < 50 | BLOOD GIVEN 0 |
| URINE OUTPUT | 0 | FLUIDS GIVEN 900 |

| PACU | | |
| --- | --- | --- |
| O2 Sat 94 | F.O2 |
| B/P 138/72 | P 105 |
| T 36° | R 18 |

# Intraoperative Nursing Record

NAME: BARNHILL, CYNTHIA D
ACT#: 3295    SS#: 239155492
Hosp    DOB: 10/15/58    AGE:43  SEX:F
DR: DELLAERO, DAVID T MD
DOS: 09/12/02

*Clark*

Date 9/12/02  O.R. # 4  Rec'd By *Creel*  Time In 1416  Incision 1437  Op. End 1523  Time Out 1527

## To OR:
- ☒ Stretcher  ☐ Wheelchair  ☐ Arms of

## ID Verification:
- ☒ Verbal  ☐ ID Band  ☐ Chart

## Verification of Procedure/Site:
- ☒ Verbal  ☒ Consent signed & witnessed
- ☒ Right  ☐ Left  Site *Shoulder*

## NPO after MN: /
- ☒ Yes  ☐ No  Since _____

## Allergies:
- ☐ NKDA  ☒ List *NSAIDS Walnuts*

## Skin Condition:
- ☐ Warm  ☐ Pale  ☐ Dry
- ☒ Flushed  ☐ Cool  ☐ Diaphoretic

## Mental/Emotional Status:
- ☒ Calm  ☐ Unresponsive  ☐ Agitated
- ☒ Oriented  ☐ Sedated  ☐ Apprehensive
- ☒ Alert  ☐ Disoriented  ☐ Combative

## Respiratory:
- ☒ Spontaneous  ☐ Other

## Type Anesthesia:
- ☐ General  ☐ MAC  ☐ Local
- ☐ Other *IS Block*

## IV:
Site *Hand*
☐ N/A
Fluid: ☒ Right  ☒ Left
☐ LR  ☐ D5 ½NS
☐ NS  ☐ Other _____
☐ D5 LR

## Prep Solutions:
- ☐ N/A  ☒ Betadine Prep *Duraprep*
- ☐ Betadine Scrub  ☐ Hibiclens
- ☐ Zephiran Chloride  ☐ 70% Alcohol
- ☐ 1:750 Aqueous
By Whom: *R Dellaero*

## Honan Balloon _____ mmHg
☒ N/A  Time ↑_____ ↓_____

## Tourniquet:
☒ N/A  ☐ Pressure _____ mmHg
Up at _____  Down at _____

## Laser:
☒ N/A  ☐ CO₂  ☐ Argon  ☐ Diode

## Warming Blanket:
☒ N/A  ☐ Yes: Setting Manual @ ___ °F

## X-Ray:
☒ N/A  ☐ Yes: Unit # _____
No. Taken _____  By Whom: _____

## Cautery:
☐ N/A  Unit # *Gyrocare*
☐ Unipolar  ☐ Bipolar  ☐ Thermal @ 7
Setting _____
Site of Cautery Pad _____  ☐ N/A ☐ R ☐ L
Skin Prep: ☐ Intact  ☐ Other: _____

## Local Anesthesia  ☐ N/A
- ☐ Cocaine  ☐ Lidocaine 1%
- ☐ Bupivacaine 0.25%  ☒ Lidocaine 1% w/Epi
- ☐ Bupivacaine 0.25% w/Epi  ☐ Lidocaine 2%
- ☒ Bupivacaine 0.5%  ☐ Lidocaine 2% w/Epi
- ☐ Bupivacaine 0.5% w/Epi  ☐ Lidocaine Top. 41%
- ☐ Morphine  ☐ Lidocaine 0.5% w/Epi
- ☐ Wydase
- ☐ Other

## Irrigations:
☐ N/A  ☒ Type *1 Acl 3000ml ī 1cc Epi 1:1000 1st bag*

## Personnel:
_____ Circulator
_____ Scrub 1
_____ Scrub 2
Time in: _____  Time Out: _____  Circulator Relief

_____ Scrub Relief
Time in: _____  Time Out: _____

*Creel CRNA* Anesthetist
*Dr. Pamato* Observer

## Dressing/Packing/Drains/Casts:
- ☐ drip pad  ☐ gauze  ☐ Geofoam
- ☐ splints  ☐ packs  ☐ Telfa
- ☐ cotton  ☐ staples wick  ☐ penrose
- ☐ J-P/Blake  ☐ NG tube  ☐ cast
- ☐ Eye Pad/Shield  ☐ Bite: *DressShoulder*
- ☐ Other: _____
- ☐ N/A  ☐ Foleycatheter

## Specimens Sent:
- ☒ N/A  ☐ fresh  ☐ frozen
- ☐ regular  ☐ Sent to: _____
- ☐ culture  ☐ Time: _____

## Position For Surgery: *Schlein Position*
- ☐ Supine  ☐ Prone  ☐ Semi-Fowlers
- ☐ Lateral R ↑  ☐ Lateral L ↑  ☐ Pillow ↓ Knees
- ☐ Safety Strap  ☐ SCD
Right Arm
☐ Armboard < _____ ° ☐ @ side
Left Arm
☐ Armboard < _____ ° ☐ @ side
☐ Other: _____
Pads  ☐ Elbows  ☐ Heels  ☐ Other

## COUNTED ITEMS

| | Initial | | First | Final |
|---|---|---|---|---|
| Scleral Plugs | | | | |
| RayTec  4 x 4 | 10 | | | 10 |
| 2 x 2 | | | | |
| Gauze Strips | | | | |
| Cottonoids | | | | |
| Peanuts | | | | |
| Tonsil Packs | | | | |
| Lap Sponges | | | | |
| Cotton Balls | | | | |
| Suture Needles | +2 | | | 3 |
| Blades | 1 | | | 1 |
| Other | | | | |

Time of Initial Count  1435
Time of Closing Count  1    
                       1523  2

## Special Considerations:
- ☐ Blind  ☐ Right  ☐ Left
- ☐ Hearing Loss  ☐ Right  ☐ Left
- ☐ Diabetic
- ☒ Hypertension *Hy D*  ☐ Heart Disease
- ☐ Pediatric  age _____  ☐ Seizures
- ☐ Smoker  ☐ Back Problems
- ☐ Asthma  ☐ Arthritis
- ☐ Prosthesis  Site _____
  ☐ In  ☐ Out
- ☐ Other _____

Comments _____

# NC Specialty Hospital

## Progress Notes

NAME: BARNHILL, CYNTHIA D
ACT#: 3295     SS#: 239158492
DOB: 10/15/58   AGE:43 SEX:F
DR: DELLAERO, DAVID T MD
DOS: 09/12/02

Patient Name (Last, First, Initial)

Hospital No.

Room

| Date and Time of Entry | |
|---|---|
| | **Operative Notes** |
| | |
| 9/12/02 | **Pre-Op Dx:** Partial Thickness RCT Chronic impingement |
| | **Post-Op Dx:** Same |
| | **Procedure:** Arthroscopic Subacromial Acromioplasty Resection Extensive |
| | **Anesthesia:** |
| | **Surgeon:** Dellaero |
| | **Assistant:** Dyer |
| | **EBL:** min |
| | **Complications:** O |
| | **Post-Op Condition:** stable to PACU |

NOTE: Entries to be dated and signed and the profession of the recorder shown. (Please conserve space and use full width of this sheet.)

# North Carolina Specialty Hosp
## Discharge Instructions

NAME: BARNHILL, CYNTHIA D
ACT#: 3295    SS#: 239158492
DOB: 10/15/58   AGE:43 SEX:F
DR: DELLAERO, DAVID T MD
DOS: 09/12/02

Date _9-12-02_    Time _1630_    AM /PM

Discharged To: ☑ Home   ☐ Nursing Home   ☐ Other (Specify) _____

Mode of Travel: ☐ Ambulatory   ☐ Stretcher   ☑ Wheelchair   ☐ Other _____

Left Accompanied By: _Roomate, Deedra Dowlen_

Medications Returned: ☐ Yes   ☐ No   ☑ N/A        Valuable Returned: ☐ Yes   ☐ No   ☑ N/A

Referral to Another Agency: ☐ Yes   ☑ No        Name of Agency: _____

Condition on Discharge: _Stable_

## Documentation of Patients Knowledge
### (Carbon to be given to patient at time of discharge)

**Diet:**
☐ Clear Liquids
☑ Liquids to Soft Food
☐ Resume Normal Meals
☑ Other _no greasy spicy_

**Activity:**
☑ Rest Remainder of Day
☑ Normal Activity May be Resumed
☑ No Lifting Heavy Objects
☑ May Shower and/or Bathe
☐ Ask Your Doctor About Your Return to Work/School
☑ May Drive _x 10 days post removal arrangements_
_Dlc Sling Friday 9-13-02 use as needed_

**Wound Care:**
☐ Dressing should be kept as is until seen by your doctor
☑ Dressing may be removed/changed on _on Saturday and open Denter Dressing or at_
☐ Specific Instructions: _apply premise x 5 min + then shower_
_may change Dressing daid and shower every day_

## Notify Your Doctor If Any Of The Following Occur:
☑ Large amounts of bleeding, drainage or swelling
☑ Temperature of 101 or above
☑ Pain unrelieved by medication
☑ Persistent vomiting or difficulty passing urine
☑ Extreme light-headedness/fainting
☐ Other _____

---

### For Assistance after Discharge Day or Night:
**.Triangle Orthopaedics (919) 220-5255 • NC Eye & Ear Clinics (919) 682-9341**

---

Medication & Directions for use: _augmentin 2 mg 1 po every 12 hr_
_Percocet 5/325 mg 1-2 hr q 4-6 hrs prn pain, Phenergan_
_prn nausea as needed for pain_

## For the First 24-Hours:
☑ You may feel weak after anesthesia/surgery and/or special procedures.
☑ Your ability to concentrate, your balance, coordination and judgment may be impaired. You are encouraged to have someone with you for the first 24 hours.
☑ Do not operate a car or vehicle. Do not drink alcoholic beverages.
☑ Avoid making important legal or financial decisions. You may not be able to think clearly.
☑ Do not take tranquilizers or sleeping pills. Take pain medication as directed by doctor.

Follow-Up Appointment: _Pt. Dr. out is her own appt next week_
_≈ 5 am Dwyer - Pt appt already set up_

The above information has been discussed with me and I understand the instructions given:

_Cynthia Barnhill_                    _Anna (Adickes)  RN 9-12-02_

Patient / Responsible Person Signature          Discharging Nurse Signature          Date

Rev. 1/02
NPSH-120

6008205

**Duke University Health System**
**Department of Radiology**
Box 3808
Durham, NC 27710
Phone (919) 684-2711

PATIENT:  BARNHILL, CYNTHIA DIANE
MRN:  Y70771      ACCT: 597928
LOC:  PMRA_RADN - MPDC
DOB:  10/15/1958      RACE: W
SEX:  F      AGE on Exam Date  44 Y

## RADIOLOGY DIAGNOSTIC REPORT

ORDER #: 2225500

REQUESTING MD: STUDY MDOUTSIDE, MD
ATTENDING MD: STUDY MDOUTSIDE, MD
INDICATIONS:  INTERP O/S MRI R KNEE TRIANGLE ORTHO

### REPORT STATUS: FINAL

|  | EXAM DATE | EXAM ID |
|---|---|---|
| EXAMS:    TRI MRI LOWER EXTREM ANY JOINT | 10/10/02 | 1936199 |

MRI of the right knee dated 10/9/02.

There are no old studies for comparison.

History: Auto accident in May of 2002. Medial knee pain and jointline crepitation.

Technique: Standard knee protocol.

Findings: There is no evidence of meniscal tear. The ACL and PCL are intact. There is no evidence of joint effusion. The patellar tendon and quadriceps tendons appear normal.

The medial collateral lateral collateral ligament complexes are intact. No marrow signal abnormalities are noted.

There is some mild thinning of cartilage in the posterior aspect of the lateral femoral condyle. The trochlea appears relatively shallow.

Impression:
1. No evidence of internal derangement or effusion.
2. Minimal cartilage irregularity.

I have reviewed the film and concur with the above findings.

Report Release Date/Time: 20021011081341890
Resident MD: Lindell, Kenneth

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 120 of 126

Form
MS6140P
07/01/2000.

**Duke University Health System**
**Department of Radiology**
Box 3808
Durham, NC 27710
Phone (919) 684-2711

PATIENT:  BARNHILL, CYNTHIA  DIANE

MRN:    Y70771      ACCT: 587928
LOC:    PMRA_RADN - MPDC
DOB:    10/15/1958    RACE: W
SEX:    F        AGE on Exam Date  44 Y

ORDER #: 2223500

REQUESTING MD: STUDY  MDOUTSIDE, MD
ATTENDING MD: STUDY  MDOUTSIDE, MD
INDICATIONS:  INTERP O/S MRI R KNEE TRIANGLE ORTHO

VERIFIED BY: ROGER L. COTHRAN, MD
APPROVING MD: ROGER L. COTHRAN, MD

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 121 of 126

Form
M2314SP
07/31/200c

6008205

**Duke University Health System**
**Department of Radiology**

Box 3808
Durham, NC 27710
Phone (919) 984-2711

PATIENT: BARNHILL, CYNTHIA DIANE

MRN: Y70771    ACCT: 111473
LOC: PMRA_RADN - MPDC
DOB: 10/15/1958    RACE: W
SEX: F    AGE on Exam Date 44 Y

## RADIOLOGY DIAGNOSTIC REPORT

ORDER #: 2340624

REQUESTING MD: STUDY MDOUTSIDE, MD
ATTENDING MD: STUDY MDOUTSIDE, MD
INDICATIONS: INTERP O/S MRI CSPINE TOA

## REPORT STATUS: FINAL

| | EXAM DATE | EXAM ID |
|---|---|---|
| | 1/7/03 | 2123439 |

EXAMS:    TRI MRI CERVICAL SPINE

MRI cervical spine dated 1/6/03.

History: Auto accident in May 2002. Persistent neck pain. Rule out HNP on left side.

There are no old studies for comparison.

Technique: Standard protocol without contrast.

Findings: The sagittal images there is normal alignment of the spine. There is suggestion of a mild disk bulge at C5-6. There is no evidence of tonsillar ectopia. No abnormal cord signal is noted. The signal intensity within the vertebral bodies appears normal. No fractures are noted.

Evaluation of the axial images demonstrates:

Mild disk osteophyte complex at C5-6 which minimally narrows the anterior CSF space. There is no evidence of central canal or foraminal stenosis.

Mild left foraminal narrowing is present at C7/T1 due to disk osteophyte complex.

Impression:
1. No evidence of a central canal stenosis or significant disk herniation.
2. Mild left neural foraminal narrowing at C7/T1 due to disk osteophyte complex.

Report Release Date/Time: 20030110135708450
Resident MD: Lindell, Kenneth

Case 1:04-cv-00171-WLO    Document 1    Filed 02/19/04    Page 122 of 126

6005205
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

Sign Q

# Duke University Medical Center
Department of Radiology

**BARNHILL, CYNTHIA DIANE**
  MRN:  Y70771
  DOB:
  Sex:  F

Ordering MD:    STUDY MDOUTSIDE
Attending MD:   STUDY MDOUTSIDE

| Study Date | Accession # | Procedure Code | Procedure/Reason For Study | Order Status |
|------------|-------------|----------------|----------------------------|--------------|
| 1/7/2003 | 2340624-2123 | 0813X | TRI MRI CERVICAL SPINE INTERP O/S MRI CSPINE TOA | SC |

## *** Preliminary Report ***

MRI cervical spine dated 1/6/03.

History: Auto accident in May 2002. Persistent neck pain. Rule out HNP on left side.

There are no old studies for comparison.

Technique: Standard protocol without contrast.

Findings: The sagittal images there is normal alignment of the spine. There is suggestion of a mild disk bulge at C5-6. There is no evidence of tonsillar ectopia. No abnormal cord signal is noted. The signal intensity within the vertebral bodies appears normal. No fractures are noted.

Evaluation of the axial images demonstrates:

Mild disk osteophyte complex at C5-6 which minimally narrows the anterior CSF space. There is no evidence of central canal or foraminal stenosis.

Mild left foraminal narrowing is present at C7/T1 due to disk osteophyte complex.

Impression:
1. No evidence of a central canal stenosis or significant disk herniation.
2. Mild left neural foraminal narrowing at C7/T1 due to disk osteophyte complex.

| | |
|---|---|
| Dictated on: | 1/7/2003  1:36:32PM |
| Interpreted by: | Salutario Martinez |
| Assisted by: | Kenneth Lindell |
| Transcribed by: | PowerScribe |

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 123 of 126



Form
M6311SP
07/31/2000

**Duke University Health System**
**Department of Radiology**
Box 3808
Durham, NC 27710
Phone (919) 684-2711

PATIENT: BARNHILL, CYNTHIA DIANE
MRN: Y70771      ACCT: 111473
LOC: PMRA_RADN - MPDC
DOB: 10/15/1958    RACE: W
SEX: F          AGE on Exam Date 44 Y

ORDER #: 2340624

REQUESTING MD: STUDY MDOUTSIDE, MD
ATTENDING MD: STUDY MDOUTSIDE, MD
INDICATIONS: INTERP O/S MRI CSPINE TOA

VERIFIED BY: SALUTARIO MARTINEZ, MD
APPROVING MD: SALUTARIO MARTINEZ, MD

Case 1:04-cv-00171-WLO   Document 1   Filed 02/19/04   Page 124 of 126

**EXHIBIT D**

 **COPY**


LAW GROUP, P.A.

April 11, 2003

Team 51
State Farm -- Regional Headquarters
1500 State Farm Blvd.
Charlottesville, VA 22906

RE:    Our Client:    Cynthia Barnhill
        Insured:      Cynthia Barnhill
        D/A:          5/13/2002
        Claim:        33 0459699
        Our File No.:  203404

Dear Sir or Madam:

Please be advised that I represent Cynthia Barnhill in the above referenced matter. Medical bills for the following are enclosed:

| | |
|---|---:|
| The Family Doctor | $ 140.00 |
| Avalon Medical Group | 180.00 |
| Raleigh Facial | 1,389.75 |
| UNC Physicians and Assoc. | 300.00 |
| Triangle Orthopaedic Assoc. | 13,167.00 |
| Medical Modalities, Inc. | 180.00 |
| Durham Radiology Assoc. | 401.00 |
| Durham Regional Hospital | 1,599.00 |
| Durham Anesthesia Assoc. | 780.00 |
| North Carolina Specialty Hosp. | 7,380.66 |
| South Tech Ex. Inc. | 625.00 |
| Total | $ 26,142.41 |

Please mail the check to our office.

If you have any questions, please give me a call.

With best wishes, I am

Sincerely,

Lisa Lanier

LL:rs
cc:Cynthia Barnhill

OFFICES IN DURHAM AND RALEIGH