IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:04CV00171

FILED APR 22 2004

| | |
|---|---|
| CYNTHIA D. BARNHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION OF DISMISSAL |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

NOW COME the parties in the above-captioned case and hereby stipulate to the dismissal **with prejudice** of all claims asserted in this matter pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This the 21 day of April, 2004.

LANIER LAW GROUP, P.A.

By: _____
Kevin Ginsberg
Attorney for Plaintiff
600 S. Duke Street
Durham, NC 27701

PATTERSON, DILTHEY, CLAY, BRYSON & ANDERSON, L.L.P.

By _____
Scott Lewis
State Bar No. 22167
Attorney for the Defendant
2516 Independence Blvd., Suite 200
Wilmington, NC 28412

00-0776